# Exhibit 5

# Taitano, Simone

| | |
|---|---|
| **From:** | Odom, Jessica |
| **Sent:** | Wednesday, November 11, 2020 8:05 PM |
| **To:** | Ken Pearson |
| **Cc:** | Taitano, Simone; Vaughn, Katherine; Michael Johnson; Adam J. Kress |
| **Subject:** | RE: [EXT] Young v. Instant Brands |

Ken and Adam,

It was nice speaking with you today on the discovery issues you raised in your letters dated September 11, 2020 and September 18, 2020 in the Young and Snyder matters. While we were not able to reach agreement on the OSI issue, below are the key points from our call:

- Instant Brands' positions on the discovery disputes in Snyder and Young are consistent with positions taken in other matters such as Shipley.
- We agree to produce OSI for the specific models at issue in each case, for 2 years prior to the subject incident.
- We will supplement documents within the next 30 days assuming the Protective Order is entered by the Court at that time.
- We will aim to supplement our written discovery responses within the next 2 weeks.
- We are agreeable to a 90-day extension of discovery, and I will prepare stipulations.
- In Young, Plaintiff is agreeable to a deadline of 3 weeks after our engineering expert's inspection is completed to identify experts.

Please let me know if any of the above is incorrect or if I missed anything.

Thanks,
Jessica


**Jessica Cabral Odom**
**Partner**
Atlanta
404.567.6586 or x4046586

**From:** Ken Pearson <kpearson@johnsonbecker.com>
**Sent:** Monday, November 9, 2020 6:23 PM
**To:** Odom, Jessica <Jessica.Odom@lewisbrisbois.com>
**Cc:** Taitano, Simone <Simone.Taitano@lewisbrisbois.com>; Vaughn, Katherine <Katherine.Vaughn@lewisbrisbois.com>; Michael Johnson <mjohnson@johnsonbecker.com>; Adam J. Kress <akress@johnsonbecker.com>
**Subject:** RE: [EXT] Young v. Instant Brands


Thank you, Jessica. That will work great. I appreciate you setting up the call. Please send invites to Adam and me. Thanks, Ken

KENNETH W. PEARSON• PARTNER



**From:** Odom, Jessica <Jessica.Odom@lewisbrisbois.com>
**Sent:** Monday, November 9, 2020 5:00 PM
**To:** Ken Pearson <kpearson@johnsonbecker.com>
**Cc:** Taitano, Simone <Simone.Taitano@lewisbrisbois.com>; Vaughn, Katherine <Katherine.Vaughn@lewisbrisbois.com>; Michael Johnson <mjohnson@johnsonbecker.com>; Adam J. Kress <akress@johnsonbecker.com>
**Subject:** Re: [EXT] Young v. Instant Brands

Hi Ken, In counterpart to my Snyder emails, I'm available on Wednesday at 2:30ET/1:30CT. If that works, I can send a dial-in. Thanks.

Regards,
Jessica



Jessica Cabral Odom
Partner
Jessica.Odom@lewisbrisbois.com

**T:** 404.567.6586  **F:** 404.467.8845

1180 Peachtree Street NE, Suite 2900, Atlanta, GA 30309  |  LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

> On Nov 6, 2020, at 5:08 PM, Ken Pearson <kpearson@johnsonbecker.com> wrote:



Hi Jessica,

This is the counterpart to the email I sent a few minutes ago in Snyder (S.D.S.), inquiring about your availability for a meet-and-confer call next week. As I mentioned in the prior email, we'd like to get a motion to compel on file in this case. We can be available next Tuesday (10th) or Wednesday (11th) between 11:00 a.m. and 3:00 p.m. Central, and we propose that we discuss both of the Georgia cases during the same call in light of their similarity. If you would let us know your availability and who you'd like on the call, we'll route a calendar invite with a call-in number.

Thanks Jessica, and enjoy your weekend.

Best regards,

Ken

KENNETH W. PEARSON• PARTNER
<image001.png>
Johnson Becker PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386
Direct: 612-436-1879
Facsimile: 612-436-1801
kpearson@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1879 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.