# Exhibit 7

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
 2                   COLUMBUS DIVISION

 3   S.P.S., a minor, by and    § CIVIL ACTION FILE NO.
     through LINDIE SNYDER,     § 4:19-cv-212
 4   her mother, custodial      §
     parent and next friend,    §
 5                              §
                                §
 6              Plaintiff,      §
                                §
 7       vs.                    §
                                §
 8   INSTANT BRANDS, INC., and  §
     DOUBLE INSIGHT, INC.,      §
 9   d/b/a INSTANT POT          §
     COMPANY,                   §
10                              §
                                §
11              Defendants.     §
                                §
12   ~~~~~~~~~~~~~~~~~~~~~~~~~

13            VIDEOTAPED DEPOSITION OF
                  LINDIE SNYDER
14            CONDUCTED REMOTELY

15
                  11:07 a.m. EST
16        Thursday, the 23rd day of July 2020

17

18

19
        Blanche J. Dugas, CRR, RPR, CCR No. B-2290
20

21

22

23

24

25
```

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    **Pages 2..5**

**Page 2**

```
 1        APPEARANCES OF COUNSEL VIA VIDEOCONFERENCE
 2   On Behalf of the Plaintiff:
         ADAM J. KRESS, Esquire
 3       Johnson Becker, PLLC
         Suite 1800
 4       444 Cedar Street
         St. Paul, Minnesota  55101
 5       (612) 436-1800
         (612) 436-1801 (facsimile)
 6       akress@johnsonbecker.com
 7   On Behalf of the Defendants:
         JESSICA C. ODOM, Esquire
 8       Lewis, Brisbois, Bisgaard & Smith, LLP
         Suite 2900
 9       1180 Peachtree Street, NE
         Atlanta, Georgia  30309
10       (404) 567-6586
         (404) 467-8845 (facsimile)
11       jessica.odom@lewisbrisbois.com
12   Also Present:
         James Downie, videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1              INDEX OF EXAMINATION
 2   EXAMINATION                          PAGE
 3   EXAMINATION                            5
     BY MS. ODOM
 4
 5                 -  -  -
 6              INDEX TO EXHIBITS
 7   EXHIBIT    DESCRIPTION              PAGE
 8    1     Notice of videotaped          28
           deposition of Plaintiff
 9         Lindie Snyder
10    2     Complaint with exhibits       49
           attached
11
      3     Drawing                       57
12
13        (Original Exhibits 1 and 2 have been
          attached to the original transcript.
14        Exhibit No. 3 has been retained by Mr.
          Kress)
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1        Videotaped Deposition of Lindie Snyder
               July 23, 2020
 2
 3        VIDEOGRAPHER:  This is the beginning
 4   of Media 1 in the deposition of Lindie
 5   Snyder in the matter of "SPS" versus
 6   Instant Brands, Incorporated, et al.
 7   Today's date is July 23rd, 2020.  The time
 8   is 11:07 a.m.
 9        If the attorneys present will please
10   introduce themselves for the record, after
11   which the court reporter will swear the
12   witness.
13        MR. KRESS:  Good morning.  Adam Kress
14   admitted pro hac vice on behalf of the
15   plaintiff.
16        MS. ODOM:  Jessica Odom with Lewis
17   Brisbois on behalf of the defendant Instant
18   Brands, Inc.
19             LINDIE SNYDER,
20   having been first duly sworn, was examined and
21   testified as follows:
22        MS. ODOM:  All right.  This will be
23   the deposition of Lindie Snyder taken by
24   notice and agreement of counsel for
25   purposes of discovery and all other
```

**Page 5**

```
 1   purposes permitted under the Federal Rules
 2   of Civil Procedure.  All formalities are
 3   waived.  All objections except those going
 4   to the form of the question and the
 5   responsiveness of the answer are reserved
 6   until the time of the deposition's first
 7   use, if that is agreeable.
 8        MR. KRESS:  That's agreeable.
 9        MS. ODOM:  Okay.
10   EXAMINATION
11   BY MS. ODOM:
12        Q.  Good -- I guess it's still morning.  So good
13   morning, Ms. Snyder.  How are you doing today?
14        A.  Good morning.  I'm doing fine.  How are you?
15        Q.  Good.  Have you ever given a deposition
16   before?
17        A.  I have not.
18        Q.  Okay.  So I'll just lay down a few ground
19   rules that may help us -- especially since this
20   deposition is being taken remotely to help it go as
21   smoothly as possible.  First of all, if you don't
22   understand any of my questions, please let me know.
23   I'll be happy to try to rephrase them or re-ask them.
24        If at any time you need a break, also let me
25   know that.  I'd just ask that you answer the question
```

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                              Pages 6..9

**Page 6**

1  that's on the table.  I'll prompt you for a break
2  probably every hour just for a comfort break.
3  Hopefully this won't take that long, but, you know, do
4  let me know if you -- if you need a break.
5         Also, the court reporter is taking down
6  everything we say.  So to help her out, we need to try
7  not to speak over each other.  So you might anticipate
8  the end of my question, but if you'll let me get my
9  question out before you start answering, I will also
10 try to let you complete your answer before I ask my
11 next question; is that fair?
12     A.  Yes.
13     Q.  Okay.  And if you will also just remember to
14 answer verbally, yes, no, rather than just say --
15 nodding or shaking your head or saying uh-huh
16 (affirmative) or huh-uh (negative), that will also
17 help the court reporter take down everything we say
18 accurately.
19         All right.
20         MS. ODOM:  And will the witness be
21     reading and signing, Adam?
22         MR. KRESS:  Yes, ma'am, we'd prefer
23     to.
24     Q.  (By Ms. Odom)  All right, Ms. Snyder.
25 Please state your full name.

**Page 7**

1      A.  Lindie Calhoun Snyder.
2      Q.  Have you ever gone by any other names?
3      A.  Before I was married.  Lindie Lee Calhoun.
4      Q.  And what's your current address?
5      A.  88 Signal Court, Hamilton, Georgia 31811.
6      Q.  And how long have you lived at that address?
7      A.  Four years.
8      Q.  And were you living there, just to confirm,
9  on December 20th, 2017?
10     A.  Yes.
11     Q.  Does anyone else reside with you at that
12 address?
13     A.  Yes.  My husband --
14     Q.  Who?
15     A.  -- and -- my husband, James Snyder III, and
16 my three children.
17     Q.  All right.  Can you go ahead and name your
18 children and their ages, please.
19     A.  "LBS," and she's fourteen.  "SPS," she's
20 ten, and "JGS" is nine.  (NAMES REDACTED)
21     Q.  And what's your date of birth?
22     A.  7/24/79.
23     Q.  And I'd also like to ask your Social
24 Security, but we'll go off the record for that.
25     A.  Is that necessary?  Okay.

**Page 8**

1      (Social Security number provided off
2      the record.)
3      Q.  (By Ms. Odom)  Could you give us a summary
4  of your educational background.
5      A.  I graduated from high school in 1997 here in
6  Hamilton, Georgia.  I went to college in Columbus,
7  started at Columbus State University.  Graduated from
8  Troy University with my bachelor's degree in '01,
9  education.  And then I went back a couple years later.
10 I don't remember the exact date, but I have a master's
11 and a specialist in educational leadership from Troy
12 University.
13     Q.  And that was in June 2008?
14     A.  Yeah, that's right, 2008, and then I
15 graduated with the other one in -- let's see.  My son
16 was -- I was pregnant.  So that was '09.  They were
17 back to back.  They're hanging on the wall.  I have to
18 look at the exact date.  I'm sorry.
19     Q.  And can you give me your educational
20 background -- I'm sorry -- employment background.  And
21 you can kind of go in reverse chronological if that is
22 helpful.
23     A.  Okay.  So currently I'm -- I've been working
24 for the Harris County School District for 21 years.
25 I'm a principal right now.  I have been an assistant

**Page 9**

1  principal, athletic director, teacher and substitute
2  for the Harris County School System over the past
3  21 years.
4         And before that -- do you need prior to
5  that?
6      Q.  Yeah.  What did you do prior to that?
7      A.  Okay.  So I was a paraprofessional for the
8  Muscogee County School District for two years along at
9  the same time I also worked in real estate for two
10 different agents, Jim Owens and Ann Boles, for four
11 years while going to college and working as a
12 paraprofessional.  And then --
13     Q.  So let me back you up.
14     A.  -- prior to that -- uh-huh (affirmative).
15     Q.  Let me get some rough time frames for these
16 positions.
17     A.  Okay.
18     Q.  So when were you the paraprofessional?
19     A.  '99 to 2001.
20     Q.  And who was your employer?
21     A.  Muscogee County School District.
22     Q.  Okay.  And did you say you did that while
23 you were in college; is that what you were saying?
24     A.  No.  I was not in college when I did that.
25 I was working part time also as a Realtor assistant

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                                      Pages 10..13

**Page 10**

1  for two agents while I was doing that.
2      Q.   Okay.
3      A.   So from 2001 back till -- well, no, I'm
4  sorry. '97 to 2002, I worked with the real estate
5  agent part time.
6      Q.   And is that residential?
7      A.   It is. It was, yes. They worked at a
8  couple different brokerage firms, but those were the
9  two agents I was always with.
10     Q.   Okay. And tell me their names again.
11     A.   Jim Owens and Ann Boles.
12     Q.   How do you spell Ann's last name?
13     A.   B-O-L-E-S.
14     Q.   Do you have any medical training, Ms.
15 Snyder?
16     A.   No. I'm a first responder, CPR and first
17 aid certified, but other than that, no. Nothing
18 official.
19     Q.   Could you say that one more time. I'm
20 sorry. You were speaking a little fast for me to
21 catch everything you said. Can you just repeat that?
22     A.   Oh, okay. I'm first aid, first responder, I
23 guess is what you call it, CPR and first aid
24 certified. But other than that, no official other
25 training.

**Page 11**

1      Q.   Okay. And what does your husband do?
2      A.   He is a farm manager.
3      Q.   Did you say farm manager?
4      A.   Yes.
5      Q.   Okay. Just want to make sure I'm hearing
6  you clearly. And who is his employer?
7      A.   Uxah Hatchee, U-X-A-H, H-A-T-C-H-E-E, LLC.
8      Q.   Does he have any medical training?
9      A.   No.
10     Q.   And do you have any legal training?
11     A.   No. Educational law, but other than that,
12 no.
13     Q.   Does anyone in your family have medical
14 training that you're aware of?
15     A.   No.
16     Q.   Anyone in your family have legal training?
17     A.   No.
18     Q.   Okay. So it looks like we have gone as
19 early as 1997 for your employment. Is that your -- is
20 that the totality of your employment history?
21     A.   Well, no. I had two other jobs I did as
22 well in high school and through part of college. I
23 worked at Callaway Gardens from I believe 1996 until
24 2001.
25     Q.   And what did you do there?

**Page 12**

1      A.   I was -- worked at the bike barn, I worked
2  at the ski pavilion, and I did childcare for corporate
3  groups.
4      Q.   Okay.
5      A.   And then I had one other job, and that was I
6  was a cook at Moe's and Joe's Restaurant for 1996.
7      Q.   And where is Moe's and Joe's located?
8      A.   Pine Mountain, Georgia.
9      Q.   Do you have any prior arrests or
10 convictions?
11     A.   No.
12     Q.   And I ask that question of everyone, so no
13 offense.
14     A.   Yeah.
15     Q.   I also ask this question of everyone. Do
16 you have any -- have you ever filed for bankruptcy?
17     A.   No.
18     Q.   Have you ever testified at trial?
19     A.   No.
20     Q.   And I think you said you've never given a
21 deposition before; is that correct?
22     A.   That's correct.
23     Q.   Have you ever filed any lawsuits?
24     A.   No.
25     Q.   Have you ever filed any or have any lawsuits

**Page 13**

1  been filed on behalf of your children?
2      A.   No.
3      Q.   And have you ever been a defendant in a
4  lawsuit?
5      A.   A what?
6      Q.   A defendant. Has a lawsuit ever been filed
7  against you?
8      A.   Oh. No. Oh, no.
9      Q.   All right. I would like to get some
10 background on -- would you like me to refer to her as
11 "SPS"? Is that --
12          MS. ODOM: Adam, is that --
13          MR. KRESS: That would be my
14     preference.
15          MS. ODOM: Okay. Okay.
16          MR. KRESS: We don't have a protective
17     order in yet, which I was going to ask you
18     about.
19          MS. ODOM: Yes, I'll be sending you
20     one of those too.
21     Q.   (By Ms. Odom) Okay. So we'll refer to the
22 plaintiff in this case as "SPS." Is that okay with
23 you, Ms. Snyder?
24     A.   (Witness nods head affirmatively.)
25     Q.   Okay. Can you provide the birth date of

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                          Pages 14..17

Page 14

1  "SPS."
2      A.   March 31st, 2010.  No.
3      Q.   Did you say --
4      A.   Yes, that's right.  March 31st, 2010.  I'm
5  sorry.  All my children's birthdays are very close.  I
6  have to think about it.
7      Q.   I only have one, and I still have to think
8  about it sometimes, so understood.
9           And I also need to get her Social, and we'll
10  do that off the record.
11      A.   Okay.  Hang on.  I didn't know I'd need
12  that, so give me just a second to look it up.
13      Q.   Take your time.
14           (Social Security number provided off
15       the record.)
16      Q.   (By Ms. Odom)  And where was "SPS" born?
17      A.   She was born in Columbus, Georgia.
18      Q.   What is her -- is she -- I guess she's ten
19  years old now; is that correct?
20      A.   Yes.  Yes.
21      Q.   And what grade will she be entering in the
22  fall?
23      A.   She'll be going into fifth grade.
24      Q.   And what school does she attend?
25      A.   She'll be going to Creekside School.

Page 15

1      Q.   And is that the same school that you're a
2  principal of?
3      A.   It is, yes.
4      Q.   And I meant to ask you, when did you become
5  principal?
6      A.   I became principal here 19 -- I'm sorry --
7  2018-'19 school year.  So 2018.  August of 2018.
8  Well, July technically.  Yeah.
9      Q.   And prior to that, were you the assistant
10  principal?
11      A.   I was the assistant principal here at
12  Creekside for one year, the previous year.  And then I
13  was assistant principal and athletic director at the
14  middle school, Harris County Carver Middle School, for
15  seven or eight years.  Seven years, I believe.
16      Q.   All right.  And tell me, outside of school,
17  what are "SPS's" activities?
18      A.   She does dance and plays -- plays sports and
19  swim.
20      Q.   Does she play sports on any teams or is that
21  more just informal?
22      A.   Well, not right now.  She was signed up for
23  flag football this summer, but we didn't get to do
24  that.
25      Q.   And for dance, has she been able to do any

Page 16

1  dance during the summer, camps, things like that?
2      A.   No, she has not.  She hadn't been able to
3  dance for quite a while.
4      Q.   And is that due to the pandemic or due to
5  any of her injuries from this incident or both?
6      A.   The -- yeah, the pandemic mostly.
7      Q.   It's my understanding that she's on a dance
8  competition team; is that correct?
9      A.   She had to stop that because she was not
10  able to wear the makeup anymore --
11      Q.   And what did --
12      A.   -- due to her injuries.
13           She stopped -- hold on, I'm -- let's see.
14  This -- she finished the 2018 competition season and
15  did 2019.  So she hasn't done it since -- she didn't
16  do the 2020 competition season.  So last -- the '19 --
17  2019 summer.  So a summer ago.
18      Q.   So she was able to compete last summer,
19  summer of 2019.
20      A.   Hold on.  I'm sorry.  I have to look at the
21  calendar.  I've been planning so many things that the
22  dates just run together.  Let me look just a second.
23      Q.   No, take your time.
24      A.   Okay.  No, she was not able -- she did not
25  participate in the 2019 season either.  So she

Page 17

1  finished out competition in June of -- June of 2019
2  was the last time she competed.
3      Q.   And what -- specifically what type of makeup
4  is she unable to wear?
5      A.   She's unable to wear any -- she's unable to
6  wear any kind of foundation or anything that touches
7  her skin where she was burned.
8      Q.   And is there a reason she's unable to
9  compete because of her team or her coaches won't allow
10  her to because she can't wear makeup or is it more of
11  her personal -- she doesn't want to compete because
12  she can't wear the makeup?
13      A.   If she doesn't wear the makeup, the team
14  loses points, so she's not willing for them to suffer
15  because of her.
16      Q.   Did her team ask her to stop competing at
17  any point?
18      A.   No.
19      Q.   Since her last competition, June 2019, has
20  she been asked to compete?
21      A.   I mean, they said they missed her, but...
22      Q.   I'm sorry, is that a no, she hadn't been
23  asked to compete?
24      A.   Well, yes, they said they missed her and
25  they'd like to have her back, but she declined.  I'm

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                                    Pages 18..21

**Page 18**

1  sorry, I guess that didn't go through.
2      Q.   That's okay.  Yeah, there might be some of
3  that going on, so just let me know if I -- you know,
4  if you said something and I didn't hear you.
5           Okay.  So we talked about how "SPS" stopped
6  competing after June 2019.  Has she been able to
7  continue dance lessons?
8      A.   No.
9      Q.   And why is that?
10     A.   She chose not to.
11     Q.   And when did she stop taking dance lessons?
12     A.   June 2019 was the last time she danced.
13     Q.   And what was the reason behind her not
14 continuing dance lessons?
15     A.   Because she was at a level higher than the
16 classes that she would have had to have participated
17 in not being on the competition team, and it wasn't
18 beneficial to her.
19     Q.   And did she compete in ballet, jazz and
20 character?
21     A.   Yes.
22     Q.   And did she receive any awards individually?
23     A.   I'm sorry, what was your last?
24     Q.   Did she receive any dance awards, trophies,
25 in an individual capacity versus a team capacity?

**Page 19**

1      A.   No, not for the dance competitions, no.
2      Q.   Did she receive any team awards?
3      A.   Yes.
4      Q.   And do you recall what dance competition she
5  competed in?
6      A.   She partis- -- she competed in -- the
7  Inspire is one of the ones that she competed in a lot.
8      Q.   Could you say that one more time.  I didn't
9  hear it.
10     A.   Yes.  It's called Inspire, I-N-S-P-I-R-E.
11 That's a national dance competition.  There were a
12 couple other smaller competitions that she competed
13 in, but the majority of the ones we did were Inspire
14 in different locations.  There were multiple Inspire
15 competitions.
16     Q.   Since "SPS" has not been dancing since
17 June 2019, are there other sports and activities that
18 she's taken up instead?  I know you referred to flag
19 football in the summer, although she wasn't able to do
20 that.  Any other activities?
21     A.   She participated in some STEAM activities
22 with her school and 4-H activities with our county.
23     Q.   And I apologize, did you say singing
24 competitions?
25     A.   STEAM, S-T-E-A-M.  It's like STEM, but you

**Page 20**

1  add the art.  So it's STEAM.
2      Q.   I apologize.
3      A.   Yeah.
4      Q.   And what type of competition is STEAM?
5      A.   It -- she just did some of the art camps and
6  other activities at school, garden club, those kind of
7  things, as a part of the STEAM education.
8      Q.   Okay.  And what type of 4-H activities has
9  she been doing?
10     A.   Poultry judging and egg handling.  She's a
11 certified egg handler.
12     Q.   Okay.  Any other activities since -- we'll
13 go back to since December of 2017 that she has
14 participated outside of dance and the other activities
15 you just mentioned?
16     A.   Nothing as part of a team, no.  Just, you
17 know, the normal kid stuff.
18     Q.   Sure.
19          Does "SPS" have any plans returning to
20 dance, for instance, if she's able to wear makeup
21 again?
22     A.   She has tried several times.  She would like
23 to.  So it's still something she wants to do, but not
24 sure if she will be able to or not.
25     Q.   And can you talk to me about exactly why

**Page 21**

1  she's unable to wear makeup.
2      A.   Because the skin on her face was burned off
3  and the new growth skin is just so sensitive.  The
4  doctor describes it a lot like baby skin, I guess.
5  But she -- it just burns when she wears it, and her
6  sensitivity is just very -- very high.
7      Q.   And a minute ago you said that she's tried.
8  Do you think that she's tried to dance again or she's
9  tried to wear makeup again?  I wasn't sure.
10     A.   She's tried to wear the makeup again.
11     Q.   Has there been any improvement in the
12 irritability when she wears makeup?
13     A.   Not at this time, there hasn't.  There
14 hasn't been a lot of time passed, but not right now.
15     Q.   Does she go to any kind of specialist,
16 whether it's a dermatologist or any physician specific
17 for her skin care at this point?
18     A.   Not right now.  Insurance has denied those
19 requests.  So not right now.
20     Q.   And has -- has "SPS" tried any makeups that
21 are created specifically for patients who have burn
22 injuries?
23     A.   Well, I don't know of any makeup
24 specifically for burn injuries, but she absolutely has
25 tried makeup especially for sensitive skin, very

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 22..25

Page 22

1   expensive makeup.
2       Q.   And that makeup hasn't made any difference?
3       A.   No.
4       Q.   All right.  Have you seen a notice of your
5   deposition?  I don't know if that's something that you
6   have in front of you, or I can probably try to share
7   my screen if that's helpful.  It was the notice of
8   videotaped deposition of plaintiff Lindie Snyder.
9       A.   Uh-huh (affirmative).
10      Q.   Do you have that --
11      A.   I can pull it up.  I can pull it up.
12      Q.   Okay.  If that's easier for you, or I can if
13  you'd prefer.
14          MR. KRESS:  Jessica, I don't have
15      it --
16          MS. ODOM:  Okay.
17          MR. KRESS:  -- in front of me.  It's
18      not on my laptop.  Can you please share a
19      screen, please?
20          MS. ODOM:  Yeah, let me share.
21          MR. KRESS:  Thank you.
22          MS. ODOM:  Okay.  Can you guys see it?
23          MR. KRESS:  Yes, ma'am.
24          THE WITNESS:  Yes.
25      Q.   (By Ms. Odom)  Is it big enough?  I can

Page 23

1   never tell if you guys are seeing exactly what I see.
2   Is it readable?
3          MR. KRESS:  Yes, ma'am.  At least for
4      me.
5          THE WITNESS:  Yes.  Yes.
6      Q.   (By Ms. Odom)  Okay.  Well, this is your
7   deposition notice, and if we scroll to towards the
8   last couple of pages, there's an Exhibit A here where
9   I requested that you produce certain items if you have
10  them in your possession.  So first of all, have you
11  gone through this list yet, Ms. Snyder?
12      A.   Well, I -- yes, I looked at the list.
13      Q.   Okay.  Well, I'll just quickly go down it
14  and tell me if you have anything that is responsive in
15  your possession.
16          Do you have any materials regarding
17  defendant Instant Brands or any of their products such
18  as the Instant Pot IP-DUO 60 V2, which is the model
19  that you had at the time of the incident?
20      A.   No.
21      Q.   Do you have any medical records, notes,
22  imaging of plaintiff "SPS" in your possession that you
23  haven't already provided to your attorneys?
24      A.   No.
25      Q.   Do you have any documents you've created or

Page 24

1   were created for you relating to "SPS's" medical
2   history?
3       A.   Nothing that's not already provided.
4       Q.   Did you create any kind of memo or notes
5   regarding "SPS's" medical history?
6       A.   No.
7       Q.   Did you prepare any notes, diaries, journal
8   entries, anything like that related to "SPS's" medical
9   treatment and her injuries from this incident?
10      A.   No.
11      Q.   Do you have any letters, either sent to you
12  or received by you on behalf of "SPS" from any of her
13  medical providers stemming from the subject incident?
14      A.   No, nothing that I haven't shared with you
15  guys.
16      Q.   Okay.  Do you have any of the containers or
17  labels for the prescription medication "SPS" took?
18      A.   No, I don't.
19      Q.   All right.  What about correspondence
20  between you and any health insurance company, HMO or
21  governmental agency regarding the incident in this
22  lawsuit, do you have any such correspondence with your
23  insurer, Blue Cross Blue Shield?
24      A.   No.
25      Q.   Okay.  And I noticed in some of the

Page 25

1   discovery responses and documents produced by your
2   counsel that your insurance company said denied
3   some --
4       A.   Right.
5       Q.   -- things such as the laser treatment.  I
6   think earlier you said denied going to a dermatologist
7   or specialist like that.  Do you have correspondence
8   reflecting that?
9       A.   No.  Whenever I called about that particular
10  e-mail, that was just part of the conversation on the
11  phone.
12      Q.   Okay.  So nothing in writing denying
13  coverage for any of those treatments?
14      A.   No.  No.
15      Q.   Do you have any statutory or hospital liens,
16  notices of liens, notices of alleged subrogation
17  rights related to the medical expenses arising from
18  this incident?
19      A.   No.  Huh-uh (negative).
20      Q.   Okay.  Are you aware of any medical liens?
21      A.   No.
22      Q.   Do you have -- other than any photographs
23  that you've already provided your counsel, do you have
24  anything else depicting "SPS's" physician or the
25  subject incident?

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
Lindie Snyder on 07/23/2020                                    Pages 26..29

Page 26

1    A.  No.  I mean, you -- you have the photos in
2  the -- in the document.
3    Q.  Okay.  And I have received photos of *SPS*
4  and a couple photos of the Instant Pot in this case.
5  My question is:  Do you have any photographs or videos
6  of the kitchen area soon after this incident occurred?
7  Did you take anything like that or did anyone else
8  take any images?
9    A.  No.
10    Q.  All right.  And I think I asked you this,
11  but just to confirm, do you have any diaries,
12  journals, calendar entries that you maintained
13  reflecting *SPS's* condition, her medical treatment
14  for this?
15    A.  No.  No.
16    Q.  Did you review any documents in preparation
17  for your deposition today, Ms. Snyder?
18    A.  No.
19    Q.  All right.  And do you have any additional
20  medical bills or medical invoices or statements
21  related to *SPS's* injuries in this case other than
22  what you've already provided to your counsel?
23    A.  No.
24    Q.  Do you have any documents quantifying any of
25  the out-of-pocket expenses that you're asserting in

Page 27

1  this case?
2    A.  No.  Everything I have, I've already turned
3  in.
4    Q.  How about No. 15?  Any and all plans for
5  reimbursement or payment of medical expenses or other
6  healthcare costs filed by *SPS* or on her behalf with
7  any insurance company or medical reimbursement
8  flexible spending account administrator.  Do you have
9  anything with respect to that?
10    A.  No.
11    Q.  Do you have any of the packaging or the user
12  manual or anything that came with the Instant Pot --
13    A.  No, I don't.
14    Q.  -- in this incident.
15        Okay.  And we'll talk about that a little
16  bit later.  And do you have any photographs or videos
17  or images of the Instant Pot immediately after the
18  incident occurred?
19    A.  No, I don't.
20    Q.  Or soon after the incident occurred.
21    A.  I don't recall.  No.
22    Q.  And do you have any social media posts,
23  messages, videos, anything like that related to this
24  incident or *SPS's* injuries?
25    A.  No.  I don't participate in social media.

Page 28

1    Q.  So you don't have a Facebook or Instagram --
2    A.  No.
3    Q.  -- or Twitter account?
4    A.  No, I don't.
5    Q.  Does *SPS* have any of those -- any social
6  media accounts?
7    A.  No.
8    Q.  And does your husband have any social media
9  accounts?
10    A.  No.
11    Q.  And one more.
12        MS. ODOM:  And we'll mark the
13    deposition notice as Exhibit 1.  Court
14    reporter, I can e-mail you a copy of that.
15        (Defendants' Exhibit 1 was marked for
16    identification.)
17    Q.  (By Ms. Odom)  Did you review any of *SPS's*
18  medical records in preparation for the deposition
19  today?
20    A.  No.
21    Q.  Did you review any of the expert reports
22  prepared in this case?
23    A.  Any of the what?
24    Q.  Expert reports --
25    A.  I didn't look at anything before today, no.

Page 29

1    Q.  Okay.  And I -- and I appreciate that.  I
2  just still have to ask the questions to make sure the
3  record is clear.
4        Have you reviewed any -- any materials from
5  Instant Brands at any point?
6    A.  No.
7    Q.  Did you review -- well, let me ask you this:
8  Do you have a copy of the user manual that came with
9  the Instant Pot involved in the incident on
10  December 28th, 2017?
11    A.  I no longer have that, no.
12    Q.  And when is the last time you recall having
13  that user manual?
14    A.  Shortly after we came home from the hospital
15  with *SPS* -- I'm sorry -- with her.
16    Q.  And do you mean after the incident on
17  December 28th, 2017?
18    A.  Yes.
19    Q.  Okay.
20        MR. KRESS:  Jessica, at this point,
21    I'll just move to strike the reference.  Do
22    you have any objection with that?
23        MS. ODOM:  Yes.  No objection.  And if
24    at any point during the deposition her name
25    is inadvertently stated, then I have no

**Page 30**

1  objection to striking it and inserting
2  "SPS."
3      MR. KRESS:  Thank you.
4      Q.  (By Ms. Odom)  Okay.  So you recall having
5  the user manual when you returned from her hospital
6  admission after the December 28th, 2017 incident; is
7  that correct?
8      A.  It was still in the house, yes.
9      Q.  Okay.  And what do you -- what happened?
10  And was it discarded at some point after that?
11      A.  Yes.
12      Q.  And do you recall the circumstances or is
13  that just something you went and looked for later and
14  couldn't find it, so it must have been discarded at
15  some point?
16      A.  I wasn't going to be using it again.  I
17  threw it away.
18      Q.  Okay.  Other than the user manual, did you
19  have any other materials that came with the Instant
20  Pot that you discarded after the incident?
21      A.  Like the box and things that it came in; is
22  that what you're asking?
23      Q.  Yes.
24      A.  Oh, no.  I threw that away when I opened
25  the -- when I opened it when I got it.

**Page 31**

1      Q.  Okay.  And I'll get back to that too.  So it
2  is my understanding that you received the Instant Pot
3  in December of 2016; does that sound right?
4      A.  Yes.
5      Q.  Okay.  And it was a gift; is that correct?
6      A.  Yes.
7      Q.  And who gifted that to you?
8      A.  My mother.
9      Q.  It was December 16th.  Was it a Christmas
10  gift or holiday gift?
11      A.  Yes.
12      Q.  And where did your mother purchase the
13  Instant Pot?
14      A.  I'm not sure.
15      Q.  And when you received it, was it in the
16  original box?
17      A.  Yes.
18      Q.  Is it your understanding that it was a
19  brand-new product?
20      A.  Yes.
21      Q.  Did you receive a gift receipt with it?
22      A.  No.
23      Q.  And you have no idea to this day where your
24  mother purchased it?
25      A.  No.

**Page 32**

1      Q.  And what's your mother's name?
2      A.  Rhonda Calhoun.
3      Q.  And where does she reside?
4      A.  Shiloh, Georgia.
5      Q.  Did you say Shiloh?
6      A.  Yes.
7      Q.  Okay.  And can you describe the packaging
8  that the Instant Pot came in.
9      A.  I mean, it was just the box that it came off
10  the shelf in.  I don't -- I don't remember what was
11  inside the box filled up.  It had, you know, plastic
12  around it and Styrofoam or whatever packing inside the
13  box.
14      Q.  And do you recall any labeling, any
15  instructions on the exterior of the box?
16      A.  There was the owner's manual that came with
17  it, but I don't know of anything else.
18      Q.  Do you recall seeing any kind of
19  instructions on the actual box that it came in?
20      A.  Oh, gosh, no.  I don't remember anything
21  like that.
22      Q.  All right.  And were you the one who
23  actually removed the Instant Pot from the box and took
24  it out from the packaging?
25      A.  Yes.

**Page 33**

1      Q.  And when you opened the box, did you notice
2  any kind of scratches, any kind of damage to the
3  Instant Pot that was unusual?
4      A.  No.
5      Q.  Did it appear to be a new -- a brand-new
6  product?
7      A.  Yes.
8      Q.  And when you opened the Instant Pot, was the
9  lid already attached to the base?
10      A.  I don't remember.
11      Q.  If you recall.  Okay.
12      A.  I don't remember.
13      Q.  Do you remember if the lid was locked to the
14  cooker base when you first opened the package?
15      A.  I don't remember if it was separate or if it
16  was together.  I just -- I mean, it was all packaged
17  up and I had -- I don't remember.  That was a long
18  time ago.
19      Q.  Where did you typically store the Instant
20  Pot at your house?
21      A.  In the kitchen pantry on the shelf.
22      Q.  Do you have, like, a walk-in pantry?
23      A.  Yes.
24      Q.  And when it was stored, did you store it
25  in -- I know some people keep the box and, you know,

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                                    Pages 34..37

**Page 34**

1   put everything back in the box and put it on the
2   shelf.
3       A.   I'm not one of those, no.
4       Q.   So when it was in your pantry, it was
5   just --
6       A.   Sitting on the shelf.
7       Q.   -- sitting by itself?
8       A.   Yes.
9       Q.   Did you ever leave the Instant Pot out on
10  your countertop in between uses?
11      A.   No.
12      Q.   Okay.  And you recall there was a user
13  manual with -- that accompanied the Instant Pot;
14  correct?
15      A.   Yes.
16      Q.   Did it come with a recipe book?
17      A.   It may have.  I don't remember.
18      Q.   You don't recall.
19      A.   I don't remember.
20      Q.   Did the Instant Pot come with a quick start
21  guide separate from the user manual?
22      A.   I don't know if it was separate.  I don't
23  remember.
24      Q.   All right.  Other than the user manual, do
25  you recall any other kind of written instructions that

**Page 35**

1   came with the Instant Pot?
2       A.   I'm not sure.
3       Q.   All right.  And prior to the first use of
4   the Instant Pot, did you clean it?
5       A.   Did I what?
6       Q.   Did you clean it?
7       A.   Yes.
8       Q.   And did you actually do it or someone else
9   in your family?  Sorry.
10      A.   I did it.
11      Q.   And what did you use when you initially --
12  that first initial clean of the Instant Pot?  What did
13  you use to clean it?
14      A.   Dawn dish soap.
15      Q.   Did you ever put the actual Instant Pot base
16  in water?
17      A.   No.  No.  We were supposed to clean that
18  with just a warm rag, and that's all I ever did.
19      Q.   All right.  And prior to December 28th,
20  2017, you had that Instant Pot for approximately one
21  year.  How often did you use it?
22      A.   Two or three times -- well -- well, once a
23  week.  So about three or four times a month, maybe
24  more.
25      Q.   And what types of things did you typically

**Page 36**

1   cook in your Instant Pot?
2       A.   I made soups in it.  I made meatloaf.  I did
3   beverage drinks and chicken, I think I did in there
4   one time, so lots of different kind of things.
5       Q.   And prior to this Instant Pot that you
6   received from your mom in December 2016, did you have
7   another one before that?
8       A.   No.
9       Q.   Did you ever use just a stovetop pressure
10  cooker prior to that?
11      A.   No, not personally.
12      Q.   And since this incident, have you had an
13  Instant Pot?
14      A.   No.
15      Q.   Or any other kind of electronic pressure
16  cooker?
17      A.   No.
18      Q.   How about since this incident, have you used
19  a stovetop pressure cooker?
20      A.   No.
21      Q.   Where did you typically get your recipes for
22  the things that you cooked in your Instant Pot?
23      A.   Pinterest and just googling all recipes.  I
24  have a lot of Pinterest cooking boards.
25      Q.   It's my understanding at the time of the

**Page 37**

1   incident you were making hot chocolate; is that
2   correct?
3       A.   Yes.
4       Q.   And had you made it -- had you made hot
5   chocolate in the Instant Pot before December 28th,
6   2017?
7       A.   I had made hot chocolate in there before,
8   yes.
9       Q.   Okay.  How many times?
10      A.   One other time.  This was the second time I
11  had made hot chocolate.  I had made a lot of hot teas
12  in there too.
13      Q.   Okay.  And when was the first time you made
14  hot chocolate in the Instant Pot?
15      A.   It was not long after I got it.  So probably
16  December or January of 2016, 2017.
17      Q.   So approximately a year before?
18      A.   Yes.
19      Q.   Since --
20      A.   Yes.
21      Q.   And do you recall where you got the recipes
22  for the hot chocolate, or I guess I'm assuming you got
23  a recipe.  Do you remember how you figured out how to
24  make hot chocolate in the Instant Pot?
25      A.   Yeah.  I saw it on Pinterest.

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    **Pages 38..41**

Page 38

1    Q.   And do you think you used the same Pinterest
2  recipe in December 2018 as you used the first time?
3    A.   Yes.
4    Q.   There was a user manual that was attached to
5  the complaint in this incident.  Do you know where
6  that user manual came from if it's not the one that
7  you actually received with the Instant Pot?
8    A.   I'm not sure.
9    Q.   Okay.  Have you seen a copy of the user
10 manual that was attached to the complaint in this
11 lawsuit?
12   A.   Yes, I did see a copy of that.
13   Q.   Okay.  And did it appear to be similar to
14 the one you received with your Instant Pot?
15   A.   Yes.
16   Q.   Okay.  Did you find the user manual online
17 or is something that your attorney might have dealt
18 with?
19   A.   I'm not sure.
20   Q.   Okay.  All right.  I am going to share my
21 screen again.  I don't know if you have a copy of the
22 complaint in front of you, but I can just share the
23 screen for you.
24        MS. ODOM:  All right.  Can you guys
25    see it?

Page 39

1        MR. KRESS:  We can.
2        MS. ODOM:  Okay.  Great.
3    Q.   (By Ms. Odom)  All right.  Now I'm going to
4  scroll down to the user manual attached to it and ask
5  you some questions.
6        Now, is it fair to say you don't know if
7  this user manual is the exact version of the one that
8  came with your Instant Pot?
9    A.   It looks exactly like the one.  I mean, I
10 used it all the time.  It looks exactly like that one,
11 but I mean, I'm not --
12   Q.   And you said you used the user manual all
13 the time.  How often would you say you referred to it?
14   A.   Most every time I used it.  Because I used
15 it for so many different things, making sure I pushed
16 the right buttons.
17   Q.   And do you think you read the user manual
18 word for word?
19   A.   I read it very carefully.
20   Q.   And before you ever -- your first use of the
21 Instant Pot, did you go through and read the manual?
22   A.   Yes.
23   Q.   And you said you think you used it, you
24 know, about every time that you ever used the Instant
25 Pot.  So would you say that would have been at least

Page 40

1  once a week?
2    A.   Oh, yeah.  Yes.
3    Q.   Did you review the user manual right before
4  you used it on December 28th, 2017?
5    A.   I don't remember exactly.
6    Q.   Do you remember if you use -- if you read it
7  on December 28th, 2017 prior to the incident?
8    A.   Yes, I checked the settings for the soup.
9    Q.   And do you recall, did you look at any other
10 parts of the user manual or just -- did you just look
11 at the settings for the soup that day?
12   A.   On that day, most likely just the soup, but
13 I don't know.
14   Q.   And when you looked at the user manual
15 typically in preparation of using it, was it usually
16 to check the settings to make sure you're pressing the
17 right buttons for the specific use you need at that
18 time or did you go through and look at different pages
19 of the user manual at different times?
20   A.   I looked at multiple pages depending on what
21 I was making.  Because part of the reason I wanted it
22 was the safety features, and I wanted to make sure I
23 was doing it right each time.  So I looked at it a
24 lot.
25   Q.   And did you feel like you understood the

Page 41

1  instructions and the warnings in the user manual?
2    A.   Yes.
3    Q.   Did the wording seem easy to understand to
4  you and clear?
5    A.   Yes.
6    Q.   Did you ever call Instant Pot on, you know,
7  any kind of customer help line if you had questions or
8  issues with your Instant Pot?
9    A.   No.
10   Q.   Did you ever have any questions or issues
11 with your Instant Pot prior to December 28th, 2017?
12   A.   No.
13   Q.   Would you say that the owner's manual
14 answered any questions when you needed to know how to
15 cook certain items?
16   A.   Yes.
17   Q.   Okay.  Were you ever concerned about the
18 safety features of the Instant Pot after reading the
19 user manual?
20   A.   No.  I trusted it to do what it said it was
21 going to do.
22   Q.   Did anyone else in your family read the user
23 manual?
24   A.   I don't know.
25   Q.   Did anyone else in your family use the --

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 42..45

Page 42

1  use the Instant Pot?
2    A.   No.
3    Q.   Did any of your children use the Instant Pot
4  without your supervision?
5    A.   No.
6    Q.   Did any of your children ever help you
7  program the Instant Pot or pour things into the
8  Instant Pot or in any way work with the Instant Pot?
9    A.   I never let them push the buttons, but
10  they -- they helped mommy cook, meaning I'm standing
11  by, mommy watching, because they were so much younger
12  at the time.
13    Q.   So you would have them stand beside you as
14  you were using the Instant Pot, but you were always
15  there to supervise?
16    A.   Right.
17    Q.   Did you ever have to use the troubleshooting
18  section of the user manual?
19    A.   Not that I recall.
20    Q.   And let me flip to it real quick just to
21  refresh your memory.  I'll try not to go too fast.
22  Sorry, there's really no way for me to -- okay.
23         All right.  So there's a troubleshooting
24  table.  This is Page 22 of 25 on Document 1 of 1 on
25  the document.  Okay.  So seeing this, do you recall

Page 43

1  ever having to use this troubleshooting table if you
2  had an issue with the Instant Pot?
3    A.   I do recall looking at the table, but I
4  never had any issues that I had to go there for.
5    Q.   Prior to December 28th, 2017, did you have
6  any safety concerns regarding the Instant Pot?
7    A.   No.
8    Q.   After reading the user manual, did you
9  understand that you should not ever force the lid
10  open?
11    A.   Yes.
12    Q.   And after reading the user manual, did you
13  understand that hot liquids might be inside and when
14  you're cooking, when you open the lid, they might --
15  they might escape?
16    A.   Yes.
17    Q.   And after reading the user manual, did you
18  understand that it should not be used near children,
19  that the Instant Pot should not be used around
20  children?
21    A.   I don't recall that.
22    Q.   Did you ever watch any videos on the
23  Internet, out on social media about how to use the
24  Instant Pot?
25    A.   No.

Page 44

1    Q.   Did you ever go on the Internet prior to
2  December 2018 and read any articles related to how to
3  use the Instant Pot?
4    A.   No.
5    Q.   Do you recall reviewing any kind of
6  marketing or advertising for the Instant Pot prior to
7  December 2018?
8    A.   December -- I mean, yeah, that's -- I looked
9  at -- saw commercials and looked at it on the Internet
10  to ask for it as a Christmas gift prior to 2016.
11    Q.   Okay.  So you actually asked for an Instant
12  Pot from your mother --
13    A.   Yeah.
14    Q.   -- for Christmas?
15    A.   Yes.
16    Q.   Okay.
17    A.   Yeah.
18    Q.   And when you say you looked at it on the
19  Internet, do you mean you would go look for the
20  product on the Internet, see which one you wanted,
21  that type of thing, or what do you mean by that?
22    A.   Just online shopping.
23    Q.   Got it.
24         And where did you typically -- or where --
25  if you recall, where did you do your online shopping

Page 45

1  for an Instant Pot?
2    A.   I don't know.  I mean, I use Amazon a lot,
3  Walmart.  I don't -- I don't recall exactly.
4    Q.   Prior to December 2018, did you ever get on
5  the Instant Pot website?
6    A.   No.
7    Q.   And prior to December 28th, 2017, did you
8  ever look at any instructional videos either from the
9  Instant Pot website or anywhere else on the Internet?
10    A.   No.
11    Q.   Okay.  So I was stepping back to the user
12  manual.  I will direct you to Page 3.  Okay.  All
13  right.  Do you see Page 3 in front of you?
14    A.   I do.
15    Q.   Okay.  And is it big enough to read?  I can
16  try to enlarge it.
17    A.   I can -- I can see it.
18    Q.   Okay.  Here, let me see if I -- all right.
19  That might be a little bit better.
20    A.   Yeah.
21    Q.   Okay.  So No. 2 reads, "This appliance
22  should not be used near children or by individuals
23  with disabilities or limited knowledge in using
24  pressure cookers."
25         Do you recall reading that instruction?

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                                    Pages 46..49

**Page 46**

1      A.   I don't.

2      Q.   I'm now moving to Page 4 of the user manual.

3  Here you can see the word "Warning" and then it says,

4  "Spilled food can cause serious burns.  Keep

5  appliances and cord away from children.  Never drape

6  cord over edge of counter.  Never use outlets below

7  counter and never use with an extension cord."

8      Do you recall seeing that warning relating

9  to keeping the Instant Pot away from children?

10     A.   I don't recall seeing that.

11     Q.   All right.  Going back to Page 3 of the

12  manual.  I'll direct you to No. 12, which says, "Do

13  not open the pressure cooker until the unit has cooled

14  and all internal pressure has been released.  If the

15  handles are difficult to push apart, this indicates

16  that the cooker is still pressurized so do not force

17  it open.  Any pressure in the cooker can be hazardous.

18  Please use cooking preparations."

19     Do you recall seeing that instruction that

20  if the handles are difficult to push apart, it

21  indicates that the cooker is still pressurized and not

22  to open?

23     A.   Yes.  It says that in multiple places.  I do

24  recall seeing that.

25     Q.   Okay.  And that's something you understood

**Page 47**

1  prior to --

2      A.   Absolutely.

3      Q.   -- opening -- okay.

4      Let me just finish it.  I know you

5  understand what I am getting at.

6      But prior to ever using the -- prior to the

7  first use of the Instant Pot, you were -- you

8  understood that you should not try to force the lid

9  open at any point because the cooker could still be

10  pressurized?

11     A.   Yes.

12     Q.   All right.  And I'm looking at Page 9 of the

13  manual under No. 3, the third bullet.  It says, "To

14  avoid personal injuries, never attempt to force down

15  the float valve to open the lid.  Do not open the lid

16  until after the pressure is completely released

17  naturally or manually by opening the pressure release

18  valve."

19     So that, again, is instructing you not to

20  force open the lid; correct?

21     A.   That is correct.  Yes.

22     Q.   And I missed the first bullet there, but it

23  says, "Caution:  Do not open the lid until pressure

24  inside the pot is completely released.  As a safety

25  feature, the lid is locked and won't open until the

**Page 48**

1  float valve drops down."

2      And were you aware of this as well --

3      A.   Yes.

4      Q.   -- after you read the user manual?

5      A.   Yes.

6      MS. ODOM:  Okay.  We've been going

7  about an hour.  Do we want to take a quick

8  break or how are you feeling, Ms. Snyder?

9      THE WITNESS:  I'm fine.

10     MR. KRESS:  I would be okay with a

11  break, Jessica.

12     MS. ODOM:  Okay.  Yeah, let's take a

13  break.  It is 12:14.  Do we want to

14  reconvene at 12:30?  Is that okay?

15     MR. KRESS:  That works just fine for

16  me.  Lindie, does that work for you?

17     THE WITNESS:  That's fine.

18     MR. KRESS:  Perfect.

19     MS. ODOM:  Okay.

20     VIDEOGRAPHER:  The time is 12:14 p.m.

21  We're now off the record.

22     (A recess was taken.)

23     VIDEOGRAPHER:  The time is 12:32 p.m.

24  We're back on the record.

25     MS. ODOM:  All right.  Before I get

**Page 49**

1  started questioning, I do want to mark the

2  complaint and attachment as Exhibit 2, and

3  I'll e-mail a copy of that to the court

4  reporter as well.

5      (Defendants' Exhibit 2 was marked for

6  identification.)

7      Q.   (By Ms. Odom)  Ms. Snyder, earlier you were

8  saying that you cooked several types of things in your

9  Instant Pot including beverages.  Were there other

10  beverages including hot chocolate that you cooked in

11  the Instant Pot?

12     A.   Hot tea and soups.

13     Q.   All right.  And the hot tea, did you -- what

14  setting did you use for your hot tea?

15     A.   The soup setting.

16     Q.   Just similar to when you made hot chocolate,

17  similar process?

18     A.   Yes.

19     Q.   Okay.

20     A.   Yes.

21     Q.   And where did you get the recipe for your

22  tea?  Is that also from Pinterest?

23     A.   Yes, Pinterest.

24     Q.   Prior to you receiving the Instant Pot in

25  December of 2016, did you have family members and

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                                   Pages 50..53

**Page 50**

1  friends that had used the Instant Pot before that?
2      A.   No.
3      Q.   Where did you learn about the Instant Pot?
4      A.   I actually saw a commercial for it.
5      Q.   And do you recall when you saw that
6  commercial?
7      A.   Probably summer of 2016.
8      Q.   Is there any detail of the commercial you
9  remember?
10     A.   I do -- I remember talking about it being
11  safe.  And I had a -- I had a friend who talked about
12  getting one because of the same thing, but at the time
13  she didn't have one yet.
14     Q.   And when you say it talking about it being
15  safe, the commercial talking about the Instant Pot
16  being safe, is there a specific safety issue you had a
17  concern about or do you just mean in general?
18     A.   Well, the old style stovetop cookers like my
19  grandmother used, that was the complaint with those,
20  is you never knew what was going to happen.  So it was
21  the top, you know, would come off or whatever -- or
22  whatever.  So I considered getting into canning and
23  that was one of the things it talked about, that you
24  wouldn't have to worry about it exploding or, you
25  know, all the safety things it had built in to stop

**Page 51**

1  that.  I don't remember exactly the wording, but it
2  appealed to me at the time because that's what I was
3  looking for.
4      Q.   And did -- are you aware of any instances of
5  friends or family members prior to that time having an
6  instance where their pressure cooker, whether it was
7  stovetop or electric, exploded or had a similar
8  incident?
9      A.   I had never -- I mean, it was just stories
10  around the dinner table from, you know, years past,
11  but nothing recent that I was aware of.
12     Q.   Okay.  Prior to December 2018, had you heard
13  of any incidents where an Instant Pot exploded or
14  caused burn injuries to a user?
15     A.   No.
16     Q.   All right.  Before you received the Instant
17  Pot in December 2016, did you have any other
18  electronic kitchen appliances like a slow cooker or
19  rice cooker, things like that?
20     A.   I had a Crock-Pot.
21     Q.   Anything else other than the Crock-Pot?
22     A.   No.
23     Q.   And who is the manufacturer of the Crock-Pot
24  that you own or Crock-Pots that you own?
25     A.   I have no idea .

**Page 52**

1      Q.   Do you know the brand, I should say?
2      A.   I do -- I do have -- yeah.  I do have one
3  that is a Black & Decker, but I'm not sure what the
4  other two are.
5      Q.   Okay.  So you have three Crock-Pots total?
6      A.   I do.
7      Q.   All right.  And did you have all three of
8  those prior to December 2016?
9      A.   Yes.
10     Q.   And one of them is a Black & Decker.  You're
11  not sure what the brand names are of the other two?
12     A.   No.  And the only reason I know that is
13  because it's black and that's the only thing on it is
14  Black & Decker.  The others are decorated up.  I have
15  no idea what they are.
16     Q.   Have you ever had any issues with your --
17  with your Crock-Pot, in terms of --
18     A.   No.
19     Q.   -- any issues --
20     A.   No.
21     Q.   And when you received those three
22  Crock-Pots, did you read the user manuals for each of
23  them?
24     A.   Yes.
25     Q.   And is that your typical practice when you

**Page 53**

1  receive a new product to read the user manual that
2  accompanies it?
3      A.   Yes.
4      Q.   And do you typically pay special attention
5  to any warnings and user manuals?
6      A.   Yeah, I mean, I try to.
7      Q.   And do you typically follow warnings and
8  instructions included in user manuals?
9      A.   I try to, yes.
10     Q.   As we sit here today, are you aware of
11  any -- any incidents you personally know about of
12  anyone else having incidents with their Instant Pot?
13     A.   No, no one personally.  I've heard of
14  second- and thirdhand stories since this has happened,
15  but I don't know anybody personally that's had the
16  things that I've had happen.
17     Q.   And when you say second- or thirdhand, do
18  you mean stories that you either saw on the news or
19  Internet or is this from actual people that have told
20  you kind of second- or third --
21     A.   Actual -- yeah, actual people who said, oh,
22  I know JC and that happened to her or, whatever, you
23  know, whatever, something like that happened to her,
24  kind of thing.
25     Q.   And did you ever go and try to speak to any

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                                    Pages 54..57

Page 54

1  of the people who had those incidents?
2      A.   No.
3      Q.   Have you ever gone online since
4  December 28th, 2017 to search for any incidents or
5  lawsuits or mentions, reports of an Instant Pot
6  explosion causing burn injuries?
7      A.   No, I didn't.
8      Q.   Were you ever concerned about being injured
9  while you were using the Instant Pot?
10     A.   No.
11     Q.   Were you ever concerned about your children
12 potentially being injured while using the Instant Pot?
13     A.   No.
14     Q.   All right.  Ms. Snyder, I would like to talk
15 about the actual incident, December 28th, 2017.  Can
16 you describe kind of the layout of your kitchen.
17     A.   So there's an island in the middle of the
18 kitchen, kind of a rectangle, and the other counter
19 spaces around that.  And then there's a --
20     Q.   Like a U around the island or an L around
21 the island?
22     A.   No.  It's -- it's completely open.  It's
23 like a -- like the island is in the middle of a
24 doughnut, so to speak.  It's a doughnut hole of a
25 kitchen.  And there's a bay window where we have a

Page 55

1  table sitting over on the side.
2      Q.   Is there any way you could draw a little
3  diagram of it for me?  That might be helpful.  And I
4  won't -- you know, it doesn't have to be to scale or
5  anything.  It's just to give me an idea.
6      A.   Don't judge my artwork.
7      Q.   I promise I won't.
8      A.   Okay.  Can you see that?
9      Q.   I'm going to take a quick picture so I can
10 remember what that looks like.  Okay.
11          And just so I can -- can you tell me what
12 all your handwriting is?
13     A.   Yeah.  So this is the table.
14     Q.   Okay.
15     A.   This is the pantry.
16     Q.   Okay.
17     A.   This one is the fridge.
18     Q.   All right.
19     A.   The counter with the stove is here.
20     Q.   Okay.
21     A.   This is the island.
22     Q.   All right.
23     A.   This is the door to the hallway.
24     Q.   Okay.
25     A.   This is the sink and the dishwasher and

Page 56

1  there's a counter there.
2      Q.   All right.
3      A.   And then that's the door to the kitchen
4  porch.
5      Q.   Okay.  Great.  Thank you.
6          That's very helpful.
7      A.   Uh-huh (affirmative).
8      Q.   Okay.  And then can you maybe indicate
9  where -- let's say just an X where the Instant Pot was
10 located at the time of the incident?
11     A.   I was right here at the island.
12     Q.   Okay.  All right.  And then so that's where
13 the Instant Pot was on the --
14     A.   It was sitting on the counter right there,
15 yeah, because there's an outlet right there.
16     Q.   Okay.  And then can you indicate with -- I'm
17 awful at this.  Can you indicate maybe with a circle
18 where you were standing?
19     A.   (The witness complies.)
20     Q.   Okay.  And can you indicate maybe with a
21 triangle where "SPS" was standing.
22     A.   Let's see.  She was right here.  Let me try
23 to get it back in the same place so you can see the
24 picture.  Lord have mercy.
25     Q.   Yep.

Page 57

1      A.   Sorry.
2      Q.   It's okay.
3      A.   She was standing -- she was beside me a
4  little bit and about one step back, I guess.  She was
5  just right -- right there.
6      Q.   So to your -- to your right; is that
7  correct?
8      A.   She was to my right, yes.  That is correct.
9  Yes.
10     Q.   Okay.  Thank you.  I appreciate that.  And
11 if you could maybe just sign that beautiful piece of
12 art.  We'll mark it as Exhibit 3.
13          (Defendants' Exhibit 3 was marked for
14      identification.)
15          THE WITNESS:  Okay.
16          MR. KRESS:  Lindie, please save that.
17          THE WITNESS:  Yeah.
18          MR. KRESS:  I'll have you send that to
19      me and I'll send it to Jessica.
20          MS. ODOM:  Thank you.
21          THE WITNESS:  Sure.  Not a problem.
22     Q.   (By Ms. Odom)  Very helpful though.  I
23 appreciate that.
24          Okay.  And do you know roughly how -- what
25 the height of your kitchen island is?

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                                    **Pages 58..61**

Page 58

1    A.  I'm going it say standard height.  About
2  four and a half -- I mean, it's standard.  Whatever
3  kitchen height is.  About waist high.
4    Q.  Okay.  So at the time of the incident, if
5  you could describe, like, the top of the counter to
6  "SPS," in relation to where her, you know -- where it
7  ended on her body.  I don't know if that's a question.
8    A.  Yeah, I do.  She -- she's a tall little
9  girl.  She was right about chest high.  Because she's
10  able to stand at the counter comfortably and see and
11  help with things.  So it was about chest high on her.
12  Just -- just under her chest.
13    Q.  Okay.  And I saw in her medical records that
14  it said she was about 55 inches at the time of the
15  incident.  Does that sound about right?
16    A.  Yeah.  Yeah.
17    Q.  And just -- and how tall are you?
18    A.  I'm five-seven, five-six.  So 65 inches, I
19  guess.
20    Q.  And do you recall what you were wearing at
21  the time of the incident?
22    A.  Yeah.  I actually was wearing jeans and my
23  athletic HD pull over.
24    Q.  Is that a long sleeve?
25    A.  It's a -- it's like a hoodie without the

Page 59

1  hood.  So it's a zip-up thing.
2    Q.  And sorry, is it long sleeve, short sleeve?
3    A.  It is, yes.  Sorry.  It's long sleeve.
4  Yeah, long sleeve.
5    Q.  And what about what was "SPS" wearing?
6    A.  She had on a long-sleeve t-shirt and --
7  yeah.  Long-sleeve t-shirt.
8    Q.  Was she wearing anything else?
9    A.  Huh-uh (negative).  No.
10       Well, jeans, yeah.  She was wearing jeans.
11    Q.  Well, I know sometimes kids do just wear
12  shirts.
13    A.  Yes.  And that's what made me think she was
14  wearing jeans because those were her favorite and they
15  got ruined.
16    Q.  And can you describe was the top of the
17  long-sleeve T, was it just a regular kind of crew
18  neck, V-neck?
19    A.  It was a V -- round -- what is that, crew
20  neck, round.
21    Q.  It's my understanding that your son also
22  came in -- came into the kitchen at some point during
23  the incident; is that correct?
24    A.  He did, yeah.
25    Q.  Okay.  And I guess I should probably ask you

Page 60

1  on that diagram if you will also indicate where he was
2  when he came into the room or where he was standing,
3  whether he was hit with any of the contents.  Maybe
4  you can think of some way to mark him.
5    A.  I put a little square.
6    Q.  Okay.  Perfect.  Okay.  And what was your
7  son wearing at the time of the incident?
8    A.  He was wearing a short-sleeve t-shirt and a
9  pair of athletic pants.
10    Q.  And about how tall was he at the time of the
11  incident?
12    A.  He -- he was about a head shorter than "SPS"
13  at the time.  So maybe eight or ten inches shorter.
14  Maybe around 45 inches or so.
15    Q.  And then was the Instant Pot, was the
16  control panel facing you at the time of the incident?
17    A.  Yes.
18    Q.  Is that typically where you would put the
19  Instant Pot when you used it, on the island?
20    A.  Yes.  Uh-huh (affirmative).  Yes.
21    Q.  And how close to the edge of the counter
22  would you say the Instant Pot was at the time of the
23  incident?
24    A.  I try to put it back about a hand length
25  from the edge just so the kids couldn't touch it if

Page 61

1  they went by.  So maybe six inches away from the edge.
2    Q.  Were there any other areas in the kitchen
3  where you used the Instant Pot or placed the Instant
4  Pot when you used it?
5    A.  No.  No.  Because I -- I mean, that was
6  where the outlet was and that was just a convenient
7  spot so that's where I always put it.
8    Q.  I was going to ask you if there was an
9  outlet there in that spot.
10    A.  Yeah.
11    Q.  You put it there.  Okay.
12       And on that particular day, did somebody
13  take the Instant Pot from the pantry and then set it
14  on the counter that day?
15    A.  I did, yeah.
16    Q.  Okay.  And I'm also not great with
17  measurements, but how would -- you know, what would
18  you describe the dimensions of your kitchen island?
19    A.  It's probably about three feet wide by four
20  and a half, five feet long.
21    Q.  And what material is your countertop made
22  out of?
23    A.  Laminate.
24    Q.  Do you -- did you have anything placed
25  underneath the pressure cooker at the time of the

**Page 62**

1  incident?
2      A.   No.
3      Q.   And did you typically ever put anything
4  underneath it when you used it?
5      A.   No.
6      Q.   How -- how tall are the ceilings in your
7  kitchen?
8      A.   Probably eight or nine feet.  Yeah, probably
9  about eight or nine feet.
10     Q.   Do you have any --
11     A.   Maybe ten.  I don't know.
12     Q.   -- cab- --
13     A.   Yeah, I do.
14     Q.   I'm sorry.  Were you answering my question
15  are there cabinets above the island?
16     A.   I'm sorry.  No.  Oh, no, they are not.
17     Q.   Okay.  No cabinets above the island.
18     A.   Not above the island, no.
19     Q.   Were you clarifying how tall the ceilings
20  were?  I may have interrupted you.
21     A.   Yeah.  I'm sorry.  I think I was just
22  thinking out loud.  I know there's a cabinet up above
23  the fridge, so it's probably around, like I said, ten
24  feet.
25     Q.   Is there a light fixture above the island?

**Page 63**

1      A.   Yes.
2      Q.   Can you describe it.
3      A.   It is -- it's just a -- the fluorescent long
4  lights that are right up against -- you know, on the
5  ceiling, and there's just a wooden decorative piece
6  like a crown modeling piece to make it look like an
7  actual -- a little bit fancier, but it's not a fancy
8  fixture.  It's just right up against the ceiling.
9      Q.   Got it.  I think I know exactly what you're
10  talking about.  How far away would you say the
11  electrical outlet was from the Instant Pot?
12     A.   Gosh, I don't know.  The cord could reach
13  from there without it being curled or rolled up or
14  anything, but it wasn't stretching.  I mean, if it had,
15  you know, slack in it, but it was extended.  I mean,
16  the -- it's a few inches down from the top of the
17  counter and then I had it slid back a few inches.  So
18  maybe a foot from the plug to the end of the cord,
19  something like that.
20     Q.   Is the outlet actually on the kitchen
21  island?
22     A.   It's on the side of the counter, uh-huh
23  (affirmative), yeah.
24     Q.   And is the electrical outlet on the side of
25  the counter that you were standing at in the diagram?

**Page 64**

1      A.   Yes.  Yes.
2      Q.   Actually, could you, on that diagram, also
3  indicate where the electrical outlet was.
4      A.   So it's offset just a little, and I just put
5  an "E" because it's on the side of the counter and the
6  cord went straight up and over.
7      Q.   Okay.  Okay.  Great.  That's very helpful.
8  Thank you.
9           Okay.  So moving on to the ingredients of
10  your hot chocolate.  Can you tell me exactly what --
11  what you used that day.
12     A.   The Swiss Miss hot chocolate packet and
13  whatever amount of water it said to put.  And it was a
14  box of maybe eight -- six or eight packets, and then
15  whatever the recipe is for water with Swiss Miss.
16     Q.   So it was just the Swiss Miss packets and
17  water?
18     A.   Yes.
19     Q.   Okay.  And you think it was six to eight
20  whatever a full box of the Swiss Miss package would
21  be?
22     A.   Uh-huh (affirmative).  Yeah.  That's right.
23     Q.   And then you just multiplied the water per
24  pack?
25     A.   That's right.

**Page 65**

1      Q.   And then what was the -- from the Pinterest
2  recipe, did it also tell you what settings to use,
3  timings for the Instant Pot, things like that?
4      A.   You push the soup button.  You do it as soup
5  and that was all you had to do.
6      Q.   So you --
7      A.   It's whatever the soup setting is.
8      Q.   Okay.  Okay.  So walk me through what you
9  did when you put the contents in.  Was the -- was the
10  Instant Pot already plugged in or...
11     A.   Typically I would put it on the counter and
12  I didn't usually plug it in until right when I got
13  ready to start pushing -- you know, to start setting
14  the settings, but I can't promise.  I mean, I don't
15  know exactly when I -- at what moment, if I put the
16  stuff in first or plugged it in first or whatever.
17  I'm not 100 percent sure.
18     Q.   And did you typically or do you remember in
19  this instance when you were putting the ingredients in
20  the inner pot, did you have the inner pot separate
21  from the base and then you put the contents in then
22  put the inner pot in or was it already inside?
23     A.   I don't remember.  I mean, I -- I've done it
24  both ways.  I don't remember.  I apologize.
25     Q.   And if at any point you don't remember, that

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                         Pages 66..69

**Page 66**

1   is a totally fine answer.
2        Okay.  So you said earlier that you made the
3   hot chocolate recipe one other time in the past.  Did
4   you do the same thing, the full box of Swiss Miss and
5   the water?
6        A.   Yes, I did.
7        Q.   Okay.  And did you add all of the
8   ingredients into the pot yourself or did your children
9   help with that?
10       A.   No.  I did it all.
11       Q.   All right.  So once the ingredients were in,
12   you shut -- closed the lid; is that correct?
13       A.   Uh-huh (affirmative).  Yeah.
14       Q.   And do you recall there being any issues
15   when you went to close the lid at that point?  Any
16   resistance or anything unusual?
17       A.   No.
18       Q.   And once all the ingredients were in the
19   pot, how full was the pot?
20       A.   It was probably three-quarters full.  It's
21   just over half a pot or so.  So not all the way full,
22   but it was probably -- three-fourths is a good
23   estimate.
24       Q.   In terms of inches from the top of the
25   Instant Pot, could you estimate how close it was to

**Page 67**

1   the top?
2        A.   Maybe three.  I don't exactly remember, but
3   specifically how it was whenever I was doing something
4   that was liquid.
5        Q.   And when you made the chocolate -- hot
6   chocolate recipe the year prior, did you have any
7   issues with it, with the Instant Pot?
8        A.   No.
9        Q.   All right.  So you closed the lid and then
10   what did you do next?
11       A.   I closed the lid, and I -- best I can
12   remember, I pushed the -- the setting for -- and I
13   always have -- I also looked it up because different
14   things were different buttons.  But the -- whatever
15   the setting is for soup, whatever it tells you in the
16   book to push for soup, I pushed the soup setting and
17   then we moved on to the other part of the counter and
18   started working on other things.
19       Q.   So the recipe didn't specify a cook time.
20   It just said to push the soup button or the soup
21   setting?
22       A.   Well, right, because the Instant Pot does
23   its own timing.
24       Q.   And when you hit the setting for the soup,
25   did it indicate how many minutes it was going to take?

**Page 68**

1        A.   On the front of the timer, it said
2   30 minutes, and, you know, it counts down from there.
3   So about 30 minutes and then there's a time for it to
4   cool down.
5        Q.   At any time prior to the incident in
6   December 2018, did you notice anything unusual or any
7   damage or anything on the -- on the lid of the Instant
8   Pot?
9        A.   No.
10       Q.   Did you ever check the circular rubber
11   gasket under the lid to make sure it was seated
12   properly?
13       A.   Yes, every time.
14       Q.   Before you used it every time; is that what
15   you mean?
16       A.   Every time before I put it on the pot, yes.
17       Q.   Did you ever notice that there were any
18   tears on the gasket?
19       A.   No.
20       Q.   Did you ever have to clean the gasket?
21       A.   Yeah, that was part of what it tells you how
22   to clean it.  That was part of it.
23       Q.   So did you clean it after every use?
24       A.   Yes.
25       Q.   Okay.  And did you clean the Instant Pot

**Page 69**

1   after every use?
2        A.   Yes.
3        Q.   All right.  Prior -- on that day prior to
4   the incident, did you check the pressure release valve
5   knob?
6        A.   I checked that every time just to make sure
7   that it was, you know, in there like it was supposed
8   to be and all that.
9        Q.   All right.  Did you ever notice that there
10   were any clogs or blockages?
11       A.   No.
12       Q.   Ever have any problems moving the knob?
13       A.   No.
14       Q.   All right.  Prior to the incident, did you
15   have to check the float valve to make sure it was in
16   good condition?
17       A.   I always made -- that was part of the
18   process was checking those things before I used it
19   every time.
20       Q.   And did the grommet -- that kind of silicone
21   grommet on the float valve, did it appear to be clean
22   and in a good condition?
23       A.   Yes.
24       Q.   All right.  And when you placed the lid back
25   onto the Instant Pot, all you used --

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                     Pages 70..73

**Page 70**

1    A.   Hang on.  My computer shut down.  Okay.  Go
2  ahead.
3    Q.   Are you okay?  Is everything all right?
4    A.   Yeah, my computer just went to sleep, so...
5    Q.   Okay.  Okay.  When you were putting the lid
6  back on the cooker, did you rotate it -- I think it's
7  clockwise -- to make sure it was -- I don't think
8  that's right.
9    A.   Yeah.  It tells you to turn it -- yeah,
10  clockwise I think is what it says.  Whatever -- you
11  put it on and you turn it a certain way and you feel
12  it lock in.
13    Q.   And did you look at the little triangles
14  that you kind of line up to --
15    A.   Yeah.  They lock in place, right, and they
16  lined up.
17    Q.   All right.  And you recall doing all these
18  things prior to using it on December 28th, 2017; is
19  that correct?
20    A.   Yes.  Yes.
21    Q.   And were you the one on December 28th, 2017
22  that locked the lid on the cooker?
23    A.   I was.
24    Q.   Okay.  And on the day of the incident, are
25  you aware of anyone else handling the Instant Pot?

**Page 71**

1    A.   No.
2    Q.   Okay.  And when you locked the lid, did you
3  have any problems with it, any resistance or was it
4  just in like a normal lock?
5    A.   Just seemed like a normal -- normal lock.
6    Q.   And when you locked the lid, do you use one
7  or two hands?
8    A.   I always used two hands just to make sure it
9  goes on there evenly.
10    Q.   Are you left-handed or right-handed?
11    A.   I'm left-handed.
12    Q.   I guess I should have also asked you if you
13  were ambidextrous.
14    A.   That's okay.  I'm very left-handed.
15    Q.   On that -- on the day of the incident or at
16  any other time when you used the Instant Pot, did you
17  ever, after locking the lid, kind of lift up the
18  Instant Pot to make sure that it was locked on
19  correctly or is that not something you typically did?
20    A.   I didn't do that all the time.  When I first
21  started using it, it was one of the things that it,
22  you know, was talking about checking to make sure
23  that, you know, that it was -- you could tell that was
24  one of the safety things for it.  But as soon as
25  you -- it locks into place, immediately you can tell

**Page 72**

1  that it was down and then there was no need to go back
2  and try it again.
3         So, yes, I tried to make sure that it was
4  locked in place, but I didn't go back later and do
5  anything else.
6    Q.   Okay.  So prior to the incident, it seemed
7  like the lid was on correctly and was locked
8  correctly.
9    A.   Yes.  Yes.
10    Q.   Are you the one who plugged the Instant Pot
11  in that day?
12    A.   Yes.
13    Q.   And do you recall when you first plugged in
14  the Instant Pot did you notice any messages or
15  anything on the control panel display?
16    A.   I don't recall anything on there, no.
17    Q.   Prior to the day of the incident, did you
18  ever get any kind of, you know, messages on the
19  control panel display that indicated there was any
20  kind of error or problem?
21    A.   I did not.
22    Q.   All right.  And when you plugged in the
23  cooker, did it make any kind of noises, beeping or
24  anything like that?
25    A.   When you plug it in, it normally beeps, but

**Page 73**

1  it was the regular just -- you know, I got power beep.
2  Nothing out of the ordinary.
3    Q.   And were you the one who actually programmed
4  the cooker that day, the Instant Pot that day?
5    A.   Yes.
6    Q.   And you looked at the user manual prior to
7  programming it to confirm the instructions and how to
8  do it?
9    A.   Yes.  Yes.
10    Q.   Do you recall, did you look at any other
11  sections of the user manual that day other than
12  looking at the settings for soup?
13    A.   I don't recall looking at anything else that
14  day.
15    Q.   All right.  So after you selected the soup
16  cook mode, did you see a light next to the cook mode
17  indicating that that's --
18    A.   Uh-huh (affirmative).  That it was on --
19  yeah.  Yes.
20    Q.   Okay.  And do you recall was it a flashing
21  or a solid light?
22    A.   I don't remember, but I remember it was
23  whatever it was supposed to be.  It was all set, like,
24  good to go before I moved away from it.
25    Q.   Had you ever used any other cook mode other

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
Lindie Snyder on 07/23/2020                                      Pages 74..77

Page 74

1  than soup to make drink beverages?
2      A.  No, not for drink beverages.
3      Q.  All right.  So once you selected the cook
4  mode, you saw the light beside the cook mode.  Any
5  other messages on the display at that point?
6      A.  No.  It just started with the countdown
7  timer.
8      Q.  All right.  And it counted down from
9  30 minutes; is that correct?
10     A.  I think that was right, yeah.
11     Q.  At any point during the cook cycle, did you
12 try to change the cook time setting or change anything
13 on the display?
14     A.  No.  No.
15     Q.  And you indicated earlier that once you
16 programmed the cooker, you went to the other side of
17 the island and did other things; is that -- is that
18 right?
19     A.  Yeah.  Yeah.
20     Q.  Did you ever leave the kitchen in the
21 30 minutes or were you there the whole time?
22     A.  I was in the kitchen the whole time.  Yes.
23 The kids were in and out, but I was in the kitchen
24 working on cooking.
25     Q.  Okay.

Page 75

1      A.  I believe I was.
2      Q.  Did you select a pressure setting when you
3  programmed it or did it -- you just used the default
4  setting?
5      A.  I used whatever the default setting -- I
6  mean, I followed it exactly the way it said to follow
7  it.  I don't -- I never changed that -- yeah, I never
8  changed those settings.
9      Q.  Okay.  And about what time of day was it
10 when you started the cooking process?
11     A.  Gosh, I -- you know, I don't even remember.
12 I don't remember.  I'm sorry.  There was a lot going
13 on that day once from that incident on.  I don't
14 remember a lot about the time.  I'm sorry.
15     Q.  No, no problem.
16         Okay.  While the Instant Pot was cooking --
17 was in the cooking mode, do you recall hearing any
18 noises from the Instant Pot or anything unusual?
19     A.  No.
20     Q.  Did it seem to be just a normal cook time?
21     A.  Yeah.  Yeah, I mean, everything seemed like
22 it was supposed to.
23     Q.  Did you actually observe the float valve
24 elevating up to the up position?
25     A.  Yes.  That's when I -- that's the reason I

Page 76

1  went over to check it and see if it was done.
2      Q.  How long after the cooker started do you
3  recall seeing the float valve elevate?
4      A.  I don't know.
5      Q.  After you started the cook cycle, did you
6  ever see any changes on the display panel other than
7  the time counting down?
8      A.  Yeah, no, other than the time counting down,
9  no.
10     Q.  In the 30 minutes, did you ever go back and
11 check on the Instant Pot or was it not something that
12 you needed to do?
13     A.  I looked at it a time or two while I was in
14 the -- you know, as I was going around the kitchen
15 back and forth to the pantry and that kind of thing,
16 but, I mean, I use it on a regular basis so everything
17 seemed normal.
18     Q.  Have you ever tried putting the Instant Pot
19 lid while it was cooking?
20     A.  No.  Huh-uh (negative).  I mean, it said not
21 to.
22     Q.  Did you ever use this sauté -- I mean the
23 sauté cooking mode where you actually don't put the
24 lid on top?  Did you ever use that function?
25     A.  No.

Page 77

1      Q.  Okay.  So at some point did the Instant Pot
2  indicate to you that the cooking was complete?
3      A.  Yes.
4      Q.  Okay.  And what -- what indication did you
5  have that it was complete?
6      A.  After the timer goes down, I think it's like
7  a -- the thing -- the valve comes up and the pressure
8  is released.  And a lot of times with liquid there's
9  not even a lot of pressure like a -- you know, not a
10 lot of steam always comes out.
11         But it had every indication that it was done
12 like always, and so I thought it was finished.
13     Q.  Did you hear any beeps or any kind of sounds
14 indicating that it was finished?
15     A.  Yeah.  I think it always had some kind of
16 beep right at the -- I don't remember if it was like a
17 warning beep and then it's done or it was a beep, but
18 I -- but, yes, it did make the normal sound.
19     Q.  Okay.  And once you hear kind of that sound
20 that the cook cycle is complete, what did you do next?
21     A.  Like always, I went over to take the top off
22 and the moment I touched it, the top flew off into the
23 air and the liquid came out very forcefully.
24     Q.  Okay.  So after -- so let me clarify first.
25 So after the 30 minutes is finished, the countdown is

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 78..81

Page 78

1  done, did you see that the Instant Pot changed
2  settings to a different setting like the keep warm
3  setting or something else or do you recall?
4      A.  Yeah, it goes to -- after a certain amount
5  of time, it goes to where it's just -- I believe it's
6  a keep warm.  I don't remember exactly what it -- I
7  mean, but it always follows the same cycle.
8      Q.  Okay.
9      A.  It's been a long time.
10     Q.  Is it the --
11         I apologize.  And so once the Instant Pot
12  sound -- makes the sound indicating that the cook
13  cycle is finished, does that indicate to you that it
14  is fully vented and it's at that point safe to remove
15  the lid or did you wait until after that?
16     A.  You -- you had to wait for just a little bit
17  after that.  But it was once the valve was all the way
18  up -- and honestly it has been so long now, I mean, I
19  used to use it on a regular basis.  It's been so long
20  now, but I -- I would get the book out a lot of times
21  even at the end just to make sure how long do I wait
22  or does that mean it's ready because different
23  settings had different things.
24         So it is highly likely that I looked at the
25  book to see what it said that day as well because,

Page 79

1  again, there's different times for different things.
2      Q.  Okay.  So you don't recall specifically that
3  day, but it is likely that you might have looked at
4  the user manual before you even attempted to remove
5  the lid just to check?
6      A.  It is highly likely, yes.  Yes.
7      Q.  Did you ever move the Instant Pot while it
8  was cooking at the time of the incident?
9      A.  No.  Huh-uh (negative).
10     Q.  Did you vent the steam using the pressure
11  release handle at the time of the incident?
12     A.  I -- I did whatever it told me to do.  I
13  mean, it's -- I just remember I always had to check it
14  because it was different every time, and whatever it
15  said to do, I could assure you that's what I did.
16     Q.  Okay.  So you don't recall specifically, but
17  you would have done whatever the user manual instructs
18  you to do.
19     A.  Right.  Right.  Sometimes it tells you to
20  check the valve and I -- but I was not -- I wasn't
21  going to do it without looking.  But I never got the
22  chance to -- as soon as I touched the top of it , it
23  flew off.
24     Q.  Okay.  And let's go over that.  So when you
25  say as soon as you touched it, both hands, one hand

Page 80

1  and --
2      A.  I had only put one -- one finger.  I mean, I
3  was just -- hadn't even put my whole hand on it yet.
4      Q.  Okay.  And where -- do you recall exactly
5  where on the Instant Pot that you had your finger on
6  when the top flew off?
7      A.  You grab it with two -- you know, you grab
8  it on both sides of that handle.  So it is highly
9  likely that it would have just been -- it was right
10  there at the handle, and whichever hand -- I want to
11  say my left hand was almost there getting ready to
12  grab the handle and it -- the moment I touched it, I
13  didn't have a chance to grab it.
14     Q.  Okay.  So you didn't even -- you weren't
15  even trying to open it.  At that point --
16     A.  I was just trying to put my hand on it at
17  the time, yeah.
18     Q.  Okay.  So would it be your understanding
19  that it would have -- the top would have come off even
20  if you hadn't touched it?  It was just kind of
21  coincidence that you were touching it at the same time
22  that it came off or...
23     A.  It is highly likely that it was about to
24  come off whether I had touched it or not.
25     Q.  Okay.  From the time that the Instant Pot

Page 81

1  made the sound indicating that the cook cycle was
2  finished until the time that the top flew off, how --
3  how long would you say that duration was?
4      A.  Maybe a couple minutes because I -- when --
5  as soon as I -- again, it's been a while.  But
6  typically my routine was I would hear the beep, go
7  grab the manual.  It was usually laying right there
8  beside it on the counter.  Grab the manual and look to
9  see what the steps were for that setting and then go
10  to start that process.  So just a couple minutes,
11  whatever it -- time it took to do that.  And, I mean,
12  it was open on that page, so...
13     Q.  Were you saying you recall the user manual
14  being open right before this incident occurred?
15     A.  Yes.  I'm almost certain that it was sitting
16  there on the counter because I know I grabbed -- I
17  know I grabbed it.  Every time I did soup, I had to
18  check it every time.
19     Q.  Okay.  Do you recall prior to the incident
20  seeing any steam being released from the Instant Pot?
21     A.  I don't really recall.  I'm sorry.  I was
22  doing a lot of other things.
23     Q.  Was the cook -- was the Instant Pot still
24  plugged in when the incident occurred?
25     A.  Yes.

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                                      **Pages 82..85**

Page 82

1    Q.   And was the Instant Pot still powered on
2  when the lid flew off?
3    A.   Yes.
4    Q.   And when the lid flew off, were you standing
5  just where you indicated on your diagram?
6    A.   Yes.
7    Q.   Okay.  So how close would you say you were
8  to the Instant Pot when the lid flew off and the
9  contents exploded?
10   A.   I was maybe an inch from the counter and
11 however tall I am from the top of the Instant Pot.  So
12 just a few inches.
13   Q.   And where -- how far away was "SPS" at that
14 time?
15   A.   She was probably a foot, foot and a half
16 away from me.
17   Q.   A foot and a half directly to your right or
18 kind of --
19   A.   She was to my right and one step -- she was
20 to my right and one step or so back.  So about a foot
21 and a half away diagonally.
22   Q.   And where did the -- where did the top land
23 when -- or the lid land when it came off?
24   A.   You know, I don't know.  I don't know.  I
25 have no idea.

Page 83

1    Q.   And once the -- lid popped off the top
2  of the Instant Pot, was it pretty instantaneous when
3  the contents came out as well?
4    A.   Yes.
5    Q.   And was "SPS" -- was she facing the Instant
6  Pot when the incident occurred, when the explosion
7  occurred?
8    A.   She was.
9    Q.   And then I know you indicated where your son
10 was.  Did he walk in very -- you know, almost at the
11 exact same time as the explosion occurred?
12   A.   Yeah.  Yeah.  Moments before, he had just
13 walked into the kitchen.
14   Q.   And was he also facing the direction of the
15 Instant Pot?
16   A.   He was.
17   Q.   And how far away was he from the Instant
18 Pot, would you say, when the incident occurred?
19   A.   Maybe -- maybe two feet.
20   Q.   Did any of the contents of the Instant Pot
21 make contact with you?
22   A.   Yes.
23   Q.   Okay.  And tell me what location, where on
24 your body.
25   A.   Mostly from around my neck and chest area

Page 84

1  down, on my clothes.  I got some on my arms where my
2  sleeves were pulled up, and I -- it was all over my
3  legs and things as well.
4    Q.   And did you receive any medical treatment?
5    A.   I did not.
6    Q.   Did you do any -- did you need any
7  self-treatment for any of the contents splashing onto
8  you?
9    A.   No.  I mean, I -- mine wasn't very bad.  I
10 don't even really remember myself, to be honest with
11 you.
12   Q.   Did you have any -- any burns or were most
13 of the parts covered with clothing that hit you?
14   A.   For me, it was just a little -- little bit
15 on my arms.  Like if you would -- if you touched the
16 oven when you're taking something out, you
17 accidentally, a red mark.  It was almost like a
18 sunburn on my arms, but mine faded pretty quickly.
19   Q.   And which arm or was it both arms?
20   A.   It was both arms, yeah.  But it was just in
21 spots.  I didn't -- it didn't get -- it didn't get me
22 good, I guess, because I was close -- closer.
23   Q.   Did you have to put any kind of ointment or
24 take any kind of medication for those spots?
25   A.   I didn't do anything on them, no.  I wasn't

Page 85

1  worried about myself.
2    Q.   Any -- any other parts of your skin that
3  were exposed to the contents of the Instant Pot other
4  than both arms that you described?
5    A.   No.  Huh-uh (negative).  Yeah, I don't think
6  so.
7    Q.   Was it your forearm or inside of your
8  forearm?
9    A.   It was the tops of my -- like the -- the top
10 part of my forearm, yeah.
11   Q.   And you had your sleeves rolled up; is that
12 correct?
13   A.   Yeah.  I had them pushed up a little ways.
14 I mean, it got on my clothes, but, you know, that
15 didn't get through the clothes like it did with the
16 kid.
17   Q.   Okay.  And describe for me "SPS's" exposure
18 to the contents.
19   A.   So when all of it -- when it came out when
20 it came down or whatever, but it got her forehead, her
21 face, her chin, the ear, around her ears, her neck and
22 chest area, and then it was her left shoulder.  Yeah,
23 it got her whole shoulder here on the top and all from
24 the chest to the shoulder area.
25   Q.   And the chest and left shoulder area, I

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                                    Pages 86..89

Page 86

1  assume that was covered by her long-sleeve t-shirt; is
2  that correct?
3     A.   It was, yes.  And I didn't notice that that
4  part was burned initially because it was covered up.
5  I mean, I saw the hot chocolate all over it, but...
6     Q.   You didn't realize that it had gotten
7  through the clothing?
8     A.   Right.
9     Q.   And will you describe to me what you recall
10 of how the contents kind of exploded or spilled or do
11 you recall kind of the direction of where it all went?
12    A.   I just remember it looked like one of those
13 volcano science experiments that you see on TV where
14 it just -- I mean, it was un -- unlike anything I had
15 ever experienced.  It just seemed to come out and just
16 mushroom out, and it just seemed to go everywhere, but
17 it was just so fast.  It just went -- I don't know.
18 It was so weird.
19    Q.   Did the contents actually go up to the
20 ceiling of your kitchen?
21    A.   Yeah, there were -- yeah.  It went
22 everywhere.  I mean, we found spots of hot chocolate
23 for a long time as we were cleaning up.
24    Q.   Okay.  So did the ceiling -- did it hit the
25 lighting fixture?

Page 87

1     A.   Yeah, it hit the -- the cover of it.
2     Q.   And it --
3     A.   The counter, the fridge -- counter, the
4  fridge.
5     Q.   I'm sorry.
6     A.   The counters, the fridge, the floor.
7     Q.   Did you have to do any kind of not
8  remodeling, but repairs in the kitchen as a result?
9     A.   I had a friend come over and took care of
10 all that.  So I don't recall exactly what I all was --
11 was fixed, but they did fix some things for us while
12 we were gone.
13    Q.   When you say while you were gone, was this
14 soon after the incident or...
15    A.   For the three-day -- yeah.  We were -- we
16 were in the hospital with her for the next three days.
17    Q.   So while you were at the hospital, you had a
18 friend come in and kind of clean up and do any kind of
19 repairs that might have been needed?
20    A.   Uh-huh (affirmative).  Yeah.  I mean, I
21 didn't ask her to.  She did that for us.
22    Q.   And are you aware of any kind of, you know,
23 more structural repairs that were needed rather than
24 kind of more cleanup?
25    A.   Not to my knowledge.  Not to my knowledge.

Page 88

1     Q.   And do you remember the name of the friend
2  who did that for you?
3     A.   Yeah.  It was -- her -- I don't -- you know
4  I don't know her first name.  Mrs. Bass.  Her
5  husband's name is Andre, and I believe it was he
6  and -- him and her.
7     Q.   Was that Bass, B-A-S-S?
8     A.   Uh-huh (affirmative).  Yeah.  I've known him
9  a lot longer than I have her.
10    Q.   Once the lid of the Instant Pot came off,
11 did the actual base of the pot, did it move?  Did it
12 get tipped over?  Do you recall there being any kind
13 of movement there?
14    A.   I don't recall.  I was just trying to figure
15 out why the kids were screaming, so I don't recall.
16    Q.   And is it your understanding that the lid
17 completely came off the Instant Pot?
18    A.   It -- yes.  From what I can -- could tell,
19 yes.
20    Q.   All right.  But you don't recall where it
21 landed?
22    A.   I'm not exactly sure.
23    Q.   Do you recall if the lid itself hit the
24 ceiling at the time of the incident?
25    A.   I'm -- I don't think it hit the ceiling

Page 89

1  because I think as it -- it was flying off, my hand
2  kind of knocked it somewhere.  And I don't know
3  exactly where it landed, but my husband and I were
4  just thinking it could -- we don't think it hit the
5  ceiling because it -- I mean, surely it would have
6  done something.  And I do remember it hit my hand as
7  it was coming off.  So I think maybe I diverted it and
8  it just went somewhere else.
9     Q.   Okay.  And do you remember which hand it was
10 that it --
11    A.   I think it was my right hand.  Yeah, I think
12 it was my right hand as it was flying off.
13    Q.   Do you recall if the pressure release valve
14 handle was on the lid when it was ejected?
15    A.   To my knowledge, everything was still intact
16 as it should have been.  I would have noticed, I
17 think, if I weren't there.
18    Q.   And did all of the contents of the Instant
19 Pot -- were all of the contents ejected as well?
20    A.   It appeared to be that all of them -- all of
21 the content came out, but I didn't -- I never went
22 back and looked to see if there was anything left in
23 there or maybe what fell right back down into it.  I'm
24 not sure.  Enough of it went on my kitchen that there
25 couldn't have been too much left.

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                           Pages 90..93

**Page 90**

1    Q.   And I think you said this already, but are
2  you aware of anyone taking any pictures of how the
3  kitchen looked after the incident?
4    A.   No.  It would have had to have been them,
5  and they didn't do it.
6    Q.   When you say them, the Basses?
7    A.   The Basses, uh-huh (affirmative).  Yeah.
8    Q.   Okay.  Other than yourself and "SPS" and
9  your son, was anyone else in the room when the
10  incident occurred?
11    A.   My husband was not in the room.  It was just
12  me, "SPS" and my son.
13    Q.   Okay.
14    A.   My husband wasn't home.
15    Q.   I was just going to say your husband was not
16  home at the time of it.
17    A.   He was not.  My other child was in another
18  room as well, my oldest.
19    Q.   Okay.  After the incident occurred, did --
20  what did you do after that?
21    A.   I tried to -- tried to figure out why the
22  kids were screaming.  My son slung his shirt off, and
23  I looked down at "SPS" and saw her face looked --
24  looked like the hot chocolate on it.  And so we -- we
25  ran to the sink.  I got a paper towel to wipe off the

**Page 91**

1  hot liquid, and her face came -- I mean, like, her
2  skin all came off as well.  And I stopped wiping,
3  called for my oldest, and we all went to -- we ran to
4  get in the car to go to the -- initially I was
5  planning on going to the emergency room.
6    MR. KRESS:  Jessica, do you mind if we
7      take another quick break?
8    MS. ODOM:  No, absolutely.  I was just
9      about to suggest it myself.  Okay.  So it's
10      1:40.  How long do you we need?  Are we
11      thinking another 15 minutes or, Ms. Snyder,
12      do you need longer?
13    MR. KRESS:  How long do you need,
14      Lindie?
15    THE WITNESS:  Can you give me until
16      2:00?  I need to get some of these purchase
17      orders out for my -- my staff.  They're
18      waiting on some stuff for me.  And if I
19      could have -- that would be about what,
20      20 minutes.  That would give me time.
21    MS. ODOM:  Yep, that's no problem for
22      me.  Okay.
23    THE WITNESS:  Thank you.
24    VIDEOGRAPHER:  This is the end of
25      Media 1.  The time is 1:39 p.m.  We're now

**Page 92**

1      off the record.
2    (A recess was taken.)
3    VIDEOGRAPHER:  This is the beginning
4      of Media 2.  The time is 2:00 p.m.  We're
5      back on the record.
6    Q.   (By Ms. Odom)  All right.  Ms. Snyder, at
7  any point during the cooking process or at any point
8  prior, do you recall anyone in your household touching
9  the Instant Pot?
10    A.   No, ma'am.  No.
11    Q.   Not aware of anyone moving or touching the
12  Instant Pot before the incident?
13    A.   No.  No.
14    Q.   At any point did anyone pull the electric
15  cord on the Instant Pot prior to the incident?
16    A.   No.  No.
17    Q.   And you don't recall the Instant Pot ever
18  being tipped over or moved from where you initially
19  set it for the cook cycle?
20    A.   No.  No, I do not.
21    Q.   After the incident, did you notice anything
22  on the actual -- actual Instant Pot base?  Any
23  scratches, dents, anything that might have occurred
24  during the incident?
25    A.   Not to my knowledge.

**Page 93**

1    Q.   Do you recall there being any dents on the
2  Instant Pot prior to the incident?
3    A.   Not to my knowledge, no.
4    Q.   All right.  After the incident, do you
5  recall there being any dents in the Instant Pot?
6    A.   No.  Not to my knowledge, no.
7    Q.   All right.  After the incident, what did you
8  do with the Instant Pot?
9    A.   My -- the Basses had bagged it up in just a
10  black trash bag in the kitchen so that it was out of
11  the way, and when I got home, I put it in a closet on
12  a shelf in a different area.
13    Q.   Did -- did the Basses clean the Instant Pot
14  after the incident?
15    A.   No.
16    Q.   And so did you ever open that bag and look
17  at the Instant Pot after you got back from the
18  hospital?
19    A.   No, not right away, I did not.
20    Q.   Okay.  And when was the next time you
21  actually opened up the bag and looked at the Instant
22  Pot?
23    A.   Earlier this year.
24    Q.   And was that prior to providing it to your
25  counsel?

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                                    Pages 94..97

Page 94

1    A.   Yes.
2    Q.   Okay.  And what did it look like when you
3    took it out of the bag or did you take it out of the
4    bag?
5    A.   I took it out.  I know I put it in a box.  I
6    don't -- yeah, I took it out because I took pictures
7    of it and then I put it back in a different bag.  But
8    it -- it still -- it was dirty, you know, had some of
9    the residue of the -- the hot chocolate on it, but it
10   didn't appear to be dented in any way, the base of it.
11   Q.   All right.  And you said the Basses put it
12   in -- did you say a black, like, garbage bag?
13   A.   Yeah, they just grabbed a black garbage bag
14   from the kitchen.  She showed it to me in the bag.
15   When we got home, she opened the bag and showed it to
16   me.  But as far as me taking it out and looking at it
17   or anything, I didn't do that.  I just closed it on up
18   and put it in the closet.
19   Q.   And you didn't take any pictures at that
20   time; is that correct?
21   A.   I did not.  I did not.
22   Q.   And -- and where did you -- what closet did
23   you put it in?
24   A.   I put it in the hall closet.
25   Q.   Is that on -- is your house one story,

Page 95

1    two story?
2    A.   It's a -- it's a three story, but it's in --
3    it's on the main level just down the hallway.
4    Q.   All right.  And --
5    A.   From the kitchen.
6    Q.   Did it remain -- is it your understanding it
7    remained there until earlier this year when you
8    retrieved it to provide it to your counsel?
9    A.   It did.  It was on the shelf above where
10   anyone else could reach and nothing else was -- it
11   wasn't bothered there.
12   Q.   Okay.  So from -- excuse me.  From December
13   or January -- sorry.  December 2017 or January 2018
14   when the Instant Pot was put in that hall closet until
15   early this year in 2020, you don't think it was ever
16   touched or moved or handled in any way; is that
17   correct?
18   A.   It was not.  That is correct.
19   Q.   All right.  And when you took it out of the
20   bag, you said you -- you took some pictures.  Did you
21   put it down on the kitchen counter?  What did you do
22   exactly?
23   A.   I put it on the table in the dining room.  I
24   just sat the bag down on the table, pulled the bag
25   away from the Instant Pot and took pictures of it on

Page 96

1    the table.
2    Q.   Okay.  And how -- roughly how many pictures
3    did you take?
4    A.   Oh, gosh, I'm not -- I'm not sure.  I just
5    tried to take several so you could see it at different
6    angles.
7    Q.   Five, ten, more?
8    A.   Probably five, six.  Between five and ten
9    maybe.  I'm not exactly sure.
10   Q.   All right.  And did you take those with your
11   phone camera or a regular camera?
12   A.   I did.  Yeah, just my phone camera.
13   Q.   All right.  And you provided all those to
14   your counsel; is that correct?
15   A.   I did, yes.
16   Q.   All right.  Did you take any video of the
17   Instant Pot?
18   A.   Huh-uh (negative).  No, I didn't.
19   Q.   And other than the residue from the
20   incident, did the Instant Pot look otherwise normal to
21   you?
22   A.   Yes, but the -- the lid appeared to have --
23   the lid didn't appear to be quite right.  Maybe some
24   damage to it.
25   Q.   Can you describe it for me?

Page 97

1    A.   I hope you don't think I'm an idiot, but,
2    no, I really don't -- I just remember the valve -- I
3    don't think the valve was completely all the way
4    there.  I'm -- there are some small wires -- I just
5    remember thinking that it didn't look right.
6    Q.   Was the -- when you retrieved the Instant
7    Pot, was the lid on top of it?
8    A.   Yeah, when she -- you know, like I said, she
9    put it in the bag and she showed it to me.  She had
10   just sat the lid on top of the Instant Pot, and so it
11   was all there.
12   Q.   Was the lid locked or was it just kind of --
13   A.   No.  It was just --
14   Q.   -- sitting on top?
15   A.   It was just sitting on top.
16   Q.   All right.  So you took some pictures, and
17   then did you say you put it in a different bag?
18   A.   I put it in a different bag and I put it in
19   a box to mail to be inspected.
20   Q.   Okay.  And what kind of bag did you put it
21   in?
22   A.   Another trash bag.
23   Q.   And did you put any packing or anything
24   around it in the box?
25   A.   Yeah, I think I had to put some packing

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                                Pages 98..101

**Page 98**

1   around it because the box was -- I mean, it's kind of
2   a weird-shaped container anyway.  So I packed it a
3   little bit.
4       Q.   And what kind of packing did you use?
5       A.   It would have either been plastic bags or
6   newspaper.  I don't exactly remember.  But that's
7   pretty much all I have at the house.  And I did it
8   right at -- I want to say it was kind of in the
9   quarantine business so I know I didn't go out and buy
10  anything specific for it.
11      Q.   And did you -- when you retrieved the
12  Instant Pot and took it out of the bag, did you move
13  the lid in any way or remove the lid and put it back
14  on or did you just leave it as is?
15      A.   I mean, I don't remember exactly my process
16  of taking it out of the bag.  I -- I had a -- I ripped
17  the bag away from it because it was tied in the top,
18  and I didn't want to have to move it around too much.
19  But I don't -- I mean, I don't know exactly how I got
20  it out once I got the bag open.
21      Q.   Okay.  And once you got it out, though, did
22  you remove the lid, take pictures or --
23      A.   I did.  I did.  Yes.
24      Q.   And then did you put the lid back on after
25  you were done taking pictures?

**Page 99**

1       A.   Yeah.  I just sat it back on the top like it
2   was.  I didn't lock it down, but you can sit it in the
3   groove and it kind of, you know, holds on top there,
4   so...
5       Q.   Okay.  I'm going to switch the areas and
6   talk about "SPS's" injuries and her medical care based
7   on your recollection.  And, you know, I don't have a
8   medical background.  You said you don't and just --
9       A.   Right.
10      Q.   -- answer me the best that you can.
11      A.   Okay.
12      Q.   All right.  So is it correct that after the
13  incident, I know you said earlier that first you were
14  going to go to the ER, but then I think you decided to
15  go to your primary -- or "SPS's" pediatrician instead;
16  is that correct?
17      A.   That is correct.
18      Q.   Okay.  And did you make that decision on
19  your own or did you call Dr. Steinwachs then and
20  decided to do that?
21      A.   Yes, I did.  As I stopped by a friend of
22  mine's store on the way and got a bag of ice, and the
23  children were able to kind of calm down a little bit
24  with the ice and so I could think .  And I call Dr.
25  Steinwachs' office manager, Jim, answered the phone

**Page 100**

1   and we talked -- I talked to Dr. Steinwachs with Jim,
2   and Dr. Steinwachs said, you know, come by here first
3   and let's see what we can do.  So that's why I went
4   there.
5       Q.   Okay.  And what -- what did Dr. Steinwachs
6   say about "SPS's" condition once he saw her that day?
7       A.   He was very concerned and called the burn
8   unit in Austell to get her in as quick as possible.
9   He -- he was glad that I came there so she didn't have
10  to wait in pain in the lobby of the emergency room.
11      Q.   Okay.  And what did Dr. Steinwachs say in
12  terms of her actual condition, her injuries?
13      A.   I mean, he just said it was really bad.  You
14  know, he never claimed to be a burn expert but he knew
15  that it wasn't good.
16      Q.   Okay.  And it's my understanding you took
17  her to the burn center, the Joseph M. Still Burn
18  Center the following day; is that correct?
19      A.   Yes.
20      Q.   Okay.  And did they -- did the burn center
21  advise you to come the following day or is that the
22  first time that they could -- they could see "SPS"?
23      A.   So when Dr. Steinwachs was talking to them,
24  he -- she could not have undergo surgery until she had
25  been so long without eating or drinking or whatever,

**Page 101**

1   and it was -- it was later in the afternoon, I
2   believe, or evening.  And they said that she could
3   come first thing in the morning and they would take
4   care of her.
5            Obviously we had the option to bring her
6   that evening, but talking with Dr. Steinwachs, "SPS"
7   was just so scared, and she's just -- her blood
8   pressure -- I mean, she was just scared to death.  And
9   whenever they advised that we needed to kind of calm
10  her down so that it, you know, would help with the
11  burning and the pain and stuff, between talking with
12  Dr. Steinwachs and myself and my husband, who met us
13  there, we were afraid that she may not fare well if we
14  went straight there and waited overnight.
15           So we went home with some pain medicine and
16  the people in Austell said that that would be fine,
17  we'd come first thing in the morning, and it helped to
18  calm her down to go home first for the evening.  But
19  we stayed at Dr. Steinwachs's office for quite a while
20  before we made that decision.
21      Q.   Okay.  And Dr. -- did Dr. Steinwachs give
22  "SPS" any medications or treatment that day?
23      A.   He gave them some pain medicine, but she
24  was -- literally had a bag of ice in her lap and was
25  just kind of hugging the bag of ice.  And the

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                                    Pages 102..105

---

**Page 102**

1  doctor -- the advice he got from Austell was that that
2  was pretty much right now the best they could do
3  because of her having just eaten.  So we needed to
4  manage the pain so that she could make it through the
5  evening.
6      Q.  Okay.  And was it hydrocodone that Dr.
7  Steinwachs prescribed?
8      A.  Yes, it was.
9      Q.  And did "SPS" have any hydrocodone that day
10  in the evening prior to arriving at the burn center?
11      A.  She did that evening, but she didn't take it
12  anymore after that, but, you know, any other than that
13  evening.
14      Q.  Okay.  All right.  Okay.  So the next
15  morning you took her to the JMS Burn Center; correct?
16      A.  Yes.
17      Q.  Okay.  And do you remember a specific
18  physician that you saw there that day?
19      A.  Dr. Brandigi.
20      Q.  Okay.  And any other doctors at the JMS Burn
21  Center that you kind of can recall --
22      A.  Can you hang on just -- can you hang on just
23  one second?  I'm really sorry, but the FedEx guy is at
24  the window.  Hang on one second.
25          MS. ODOM:  No problem.

**Page 103**

1          MR. KRESS:  Can we go off record for a
2      second.
3          VIDEOGRAPHER:  The time is 2:16 p.m.
4      We're now off the record.
5          (A recess was taken.)
6          VIDEOGRAPHER:  The time is 2:17 p.m.
7      We're back on the record.
8      Q.  (By Ms. Odom)  All right.  Ms. Snyder, I was
9  asking if you -- if there were any other physicians at
10  the JMS Burn Center that you kind of recall dealing
11  with on a regular basis.
12      A.  So Dr. Brandigi was who I saw the most.  I
13  know there was another physician that saw "SPS" a time
14  or two whenever she had the checkups and then the
15  anesthesiologist.  But unfortunately, I don't remember
16  their names.  I didn't talk with them quite as much.
17      Q.  Okay.  How about any other -- any nurses or
18  other healthcare providers that -- go ahead.
19      A.  Yeah, they had a fabulous nursing staff, and
20  I talked with all of them quite a bit, but I am
21  terrible with names.
22      Q.  Me too.  No worries.
23      Okay.  So on -- that would have been
24  December 29th, 2017, you went to JMS Burn Center and
25  saw Dr. Brandigi that day.  And what's your

**Page 104**

1  recollection of his assessment and recommendations for
2  "SPS"?
3      A.  He kind of got mad that we didn't bring her
4  the night before, but he took her -- he said we gotta
5  get her in immediately and get her taken care of.  So
6  he prioritized her pretty quickly.
7      Q.  Okay.  And what was his recommended
8  treatment for her?
9      A.  He -- he wasn't able to tell me to begin
10  with, but he knew that she was going to have to have
11  skin replacement.  And he said that obviously she was
12  very swollen by the time we got there the next
13  morning, and he would have to clean off everything and
14  see how many layers of skin had gone and what it would
15  take.
16          He said that there were different treatments
17  that you could do for the face versus the neck and the
18  chin and those kinds of things, but he knew that she
19  would have to have some grafting or skin replacement
20  for sure.
21      Q.  All right.  And did she -- my understanding
22  is she underwent skin grafting procedure that day; is
23  that correct?
24      A.  She did, yes.
25      Q.  Okay.  And was this procedure on December

**Page 105**

1  29th, was that for her neck, chest and face?  Was it
2  all at one time?
3      A.  It was all at one time, yes.  It took a long
4  time.
5      Q.  How long did it take, to the best of your
6  recollection?
7      A.  To the best of my memory, it was several
8  hours.  It might have even been four hours or so.  It
9  was a long process.
10      Q.  Okay.  So -- and it's my understanding that
11  the grafts were used for the neck and chest and
12  EpiBurn was used on the face; is that your
13  understanding?
14      A.  Yes.  That is correct.
15      Q.  All right.  And it sounds like from the
16  medical records that the procedure went well and that
17  she tolerated the procedure well; is that your
18  understanding?
19      A.  She did, yes.
20      Q.  Okay.  Other than the skin graft procedures
21  that day on December 29th, has she had any other skin
22  grafting procedures?
23      A.  No.  He recommended she have laser
24  treatments, but those were denied.
25      Q.  Okay.  And any -- my question was kind of

---

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                    Pages 106..109

Page 106

1  limited to skin grafting, but was there any other
2  types of surgical procedures that "SPS" underwent
3  other than these graft procedures on December 29th,
4  2017?
5      A.   During that -- no.  No, not that I'm aware
6  of unless there's something in the record that I don't
7  understand because I'm not a medical professional.
8      Q.   I'm not aware of it either, but just needed
9  to confirm.
10         Okay.  And it looks like she was discharged
11  from the burn center on December 31st; does that sound
12  right to you?
13     A.   That's correct.
14     Q.   Okay.  And during --
15         MS. ODOM:  Anyone else hear that weird
16     echo?
17         MR. KRESS:  Yes.
18         THE WITNESS:  It was my computer.  I
19     apologize.  I'm good.  It was just my
20     computer again.  I apologize.
21     Q.   (By Ms. Odom)  Okay.  No worries.  Okay.
22  And during -- prior to her discharge, it was noted in
23  her medical records that there were no signs or
24  symptoms of infection from the procedure; does that
25  sound correct to you?

Page 107

1      A.   That is -- yes.
2      Q.   Okay.  And that overall, "SPS" was doing
3  well after the procedure, and that overall the
4  procedure went well.  Is that --
5      A.   It did, yes.  That's correct.
6      Q.   And at the time of discharge at the burn
7  center, what were the instructions given to you?  Was
8  it Dr. Brandigi that gave you the discharge
9  instructions?
10     A.   Yes, it was.  We had to keep her dry and
11  keep the -- she had a face bandage, and they had made
12  her like a shirt almost out of the bandage for the
13  shoulder.  And it was limited mobility.  And she
14  wasn't supposed to open her mouth too wide, so we had
15  to, you know, be careful with the feeding, but just
16  keeping her clean and dry and keep her out of the sun.
17     Q.   All right.  And it looks like she was -- it
18  looks like Dr. Brandigi also said that she could
19  continue hydrocodone every four hours as needed for
20  pain.
21     A.   Right.  He allowed that, but she has a
22  pretty high pain tolerance, I guess, because she never
23  wanted any of it.
24     Q.   So other than that initial dose of
25  hydrocodone on the day of the incident, she never took

Page 108

1  it again after that; is that correct?
2      A.   She did take it while she was in the
3  hospital.  I believe she took some on a regular basis
4  there to begin with, but not after we left the
5  hospital.
6      Q.   Got it.  Okay.  So after discharge from the
7  hospital, she did not take hydrocodone again.
8      A.   That is correct.  We were able to manage her
9  pain with ibuprofen.
10     Q.   That was going to be my next question.  What
11  kind of pain medication she used.  It was ibuprofen;
12  is that correct?
13     A.   Yes.  That is correct.
14     Q.   And how often did she take ibuprofen, let's
15  say in the two weeks after discharge?
16     A.   Probably once or twice a day.  And it really
17  wasn't every day.  It just depended on the amount of
18  activity she was -- was doing.
19     Q.   Okay.  And did her use of ibuprofen decrease
20  as the weeks went by?
21     A.   It did.
22     Q.   Does she currently still take ibuprofen for
23  pain related to injuries from this incident?
24     A.   No, she does not.
25     Q.   Do you recall the last time she took

Page 109

1  ibuprofen for pain from the injuries from this
2  incident?
3      A.   I don't know exactly, but it wasn't but
4  maybe at the most two weeks after the -- after we came
5  home.
6      Q.   All right.  So it looks like you -- "SPS"
7  had her first follow-up on January 3rd, 2018 with
8  either Kelly Carter -- that was the PA --
9      A.   Uh-huh (affirmative).  That's right.
10     Q.   Okay.  And it was indicated there that her
11  facial dressings were removed and trunk dressings were
12  left intact.  Likely will be healed by next Monday.
13  Does that sound consistent with your recollection?
14     A.   Yes.
15     Q.   And it looks like she was prescribed
16  GlucanPro, which is a beta glucan --
17     A.   Yes.
18     Q.   -- ointment?
19     A.   Yes.
20     Q.   And is that something that you guys applied
21  to her on a regular basis?  Is that something you did
22  daily or how did that work?
23     A.   She had to use it -- she had to use it daily
24  to begin with.  She still has to use that from time to
25  time because even -- she used some last night.  Even

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 110..113

---

**Page 110**

1 mild exposure to the sun can cause her to burn pretty
2 quickly.
3     Q.   So she uses that after she has kind of
4 experienced some burn or to prevent it or both?
5     A.   It's a healer.
6     Q.   Okay.
7     A.   It's not -- yeah, so it's for -- to treat it
8 afterwards.
9     Q.   Okay.  So, for instance, I think you said
10 she used it last night.  Was she out in the sun for
11 some period and so there was some burning and she had
12 to apply it?
13     A.   Yes.  She has to use a certain kind of
14 sunscreen because of her sense -- sensitivity.  And I
15 don't know if she didn't apply it like she should have
16 or what, but she had some -- some burn on her face
17 that she had to use that for.
18     Q.   And what type of sunscreen is it that she
19 uses?
20     A.   She has to use the Neutrogena sensitive
21 anti-aging with the Helioplex in it, and I believe
22 it's like a SPF of 110 or something.
23     Q.   Okay.  And is that what -- is that what
24 she's been using since the time of the incident, since
25 her discharge from the hospital?

**Page 111**

1     A.   Yes.  That's the only one that we found that
2 works well and doesn't cause her to have a reaction.
3     Q.   Does she wear that every day or just when
4 she knows she may be outside for an extended period of
5 time?
6     A.   To begin with, she wore it every day.  Now,
7 just now that we've been outside for the summer,
8 anytime she knows she's going to be outside in the
9 sun, she puts it on.
10     Q.   And does she put -- apply it on all the
11 areas that were exposed during the incident or is it
12 specific places that she uses it now?
13     A.   Any -- yeah, anytime -- anywhere that she's
14 going to be exposed where she was burned.  Even when
15 she's wearing a shirt, she puts it on up under the
16 shirt.
17     Q.   Okay.  Now I'm looking at January 19th,
18 2018, another follow-up visit.  And at this point, her
19 record indicates that the burn injuries completely --
20 I'm going to butcher this word -- re-epithelialized,
21 was pink, soft and flat with no thickness.
22     A.   Basically her skin grew back.
23     Q.   Yep.
24     A.   Yeah.
25     Q.   Yes.  That's a better way for me to say it

**Page 112**

1 at least.
2     A.   Yeah.
3     Q.   And it says, "Resume normal activities, but
4 recommends avoid the sun.  Use sunscreen and wear hats
5 for protection."
6     A.   Yes.
7     Q.   Is that consistent with your recollection?
8     A.   That is correct.
9     Q.   And at that point on January 19th, 2018, was
10 she able to resume her normal activities?
11     A.   She was -- she was not.  She -- at the time,
12 she was preparing to start competition dance season,
13 and she still had limited mobility with some of the
14 skin in her shoulder because of the skin being tight,
15 and she couldn't be outside.  He recommended she not
16 go in the sun for at least a year.
17     Q.   And that was recommended that she not go in
18 the sun at all at least a year; is that correct?
19     A.   Right.  Right.
20     Q.   Okay.  And for the limited kind of range of
21 motion that you were talking about on her left
22 shoulder, did she ever get any treatment for that to
23 help with that?
24     A.   Well, it -- yeah.  The doctor just -- I
25 called and checked to make sure that that, you know,

**Page 113**

1 is this normal.  And he said yes, but just the more
2 she moved it, the better it would get and that's
3 exactly what she did.  But she had to relearn her
4 dances and things like that.  So it just was a lot on
5 her.
6     Q.   Was she eventually able to get her full
7 range of motion back in that left shoulder?
8     A.   She was, yes.  It was not internal.  It was
9 external.  So it was just a matter of getting that
10 skin more limber.
11     Q.   Okay.  And from the time of discharge, how
12 long after that do you think she had kind of her full
13 range of motion back in her left shoulder?
14     A.   It was about three, four weeks, somewhere in
15 February.
16     Q.   And during that year period where the doctor
17 recommended that she stay out of the sun, was she able
18 to comply with that?
19     A.   Yeah.  It was tough, but she did.
20     Q.   And did she wear sunscreen every day during
21 that first year?
22     A.   She did, and she wore a hat even if she went
23 outside.  And she had to limit when she did go
24 outside.  She was only able to be out for about ten or
25 15 minutes.  So like at school when they did recess,

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 114..117

Page 114

1  she could take her hat and wear sunscreen and she
2  could go out for ten or 15 minutes and then she'd have
3  to come back inside.
4      Q.   Okay.  And it looks like February 20th,
5  2018, I have a follow-up visit at the burn clinic.
6  Here, I see a notation that the paperwork was sent for
7  laser.  Is that referring to insurance paperwork for
8  the recommended laser treatment?
9      A.   Right.  Yes.
10     Q.   Okay.  And so is it Dr. Brandigi the one who
11  actually recommended laser treatment?
12     A.   Yeah.
13     Q.   And would the laser treatment be on all
14  areas of where her skin was exposed or was it certain
15  portions?
16     A.   No.  She had -- on her chest area, if you
17  could see in some of the pictures, she had a raised
18  area on her chest and a raised area on her shoulder.
19  And he said that, you know, that happens from time to
20  time with burns and that it would have to be treated
21  to get that to -- to not be raised anymore.
22     Q.   Okay.
23     A.   And it was kind of a sensitive area and it
24  would take the sensitivity out as well .
25     Q.   All right.  So laser treatment on the chest

Page 115

1  and shoulder, but no laser treatment on the face; is
2  that correct?
3      A.   That's correct.
4      Q.   Did Dr. -- did Dr. Brandigi tell you on how
5  many laser treatments he anticipated it would take
6  to -- to fix her issue on her chest and shoulder?
7      A.   Yeah.  He said it wouldn't be less than six,
8  but it -- it could possibly be more just depending on
9  how her skin tolerated it.  And they were -- some of
10  the areas were pretty high.  So he said at least six
11  treatments.
12     Q.   And what's your understanding did he
13  indicate to you in terms of the treatment, you have
14  one and then you have to wait a certain amount of
15  months before you do the next treatment?
16     A.   Uh-huh (affirmative).
17     Q.   What was his recommendation?
18     A.   The way that -- right.  So it sounded to
19  begin with his recommendation was with her at her age,
20  it would be one every month for six months as long as
21  she tolerated it okay in between.
22     Q.   And then did Dr. Brandigi ever indicate to
23  you or did anyone indicate to you the cost of these
24  laser treatments?
25     A.   He said that they -- if we paid out of

Page 116

1  pocket, it would be around $3,000 a treatment, but the
2  insurance would sometimes pay.
3      Q.   And when we're talking about per treatment,
4  would one treatment be with the chest and the shoulder
5  or are those individual treatments?
6      A.   As -- as I understood it, both would be done
7  at the same time.  And he did say that when they did
8  it the first time, they would definitely do both of
9  them together and if it -- depending on how she
10  tolerated it, she would either continue to do both
11  together as one treatment or she would have to do --
12  we would have to pick one and do it and then do the
13  other another time.
14     Q.   Okay.  And was there a certain -- I'm sorry.
15  Did -- would Dr. Brandigi be the one who performed the
16  laser treatment or would he send you somewhere else?
17     A.   It didn't sound like -- yeah, it was another
18  part -- another part of their program, but it wasn't
19  him.
20     Q.   Okay.  But would it be at that campus, the
21  Joseph M. Still in Cobb County?
22     A.   It's possible that it would have still been
23  there.  Now, that part, I wasn't exactly sure because
24  they have all kinds of different things at that
25  hospital, but it wouldn't have been done in the actual

Page 117

1  burn unit itself.
2      Q.   So it would not have been done; is that
3  correct?
4      A.   It would -- it could have been done on that
5  campus, but not necessarily at the burn clinic.
6      Q.   Got it.  Okay.
7           And then when the insurance company -- and
8  that's Blue Cross Blue Shield; is that correct?
9      A.   Uh-huh (affirmative).  Yeah.
10     Q.   When they denied coverage for laser
11  treatments, did they give you an explanation?
12     A.   They sent -- I had a hard time -- I never
13  did really get anything in writing exactly on that
14  except that it was -- we got a claim and it was
15  denied.  And in talking with Dr. Brandigi, he said
16  that a lot of time -- or maybe it was his nurse that I
17  talked to -- but they said that that happens a lot of
18  time because those are considered elective surgeries
19  and that he could appeal saying that it was not
20  elective.
21           But to my understanding, he -- it -- it --
22  it wasn't approved, and I don't know if he ever
23  appealed or if it -- if -- that I could never get a --
24  an answer to with the hospital -- I mean the -- the
25  insurance company.

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 118..121

Page 118

1    Q.  Okay.  And it looks like "SPS's" last
2  follow-up at the burn clinic was March 26th, 2018.
3  Does that sound right to you?
4    A.  Yes.  That's correct.
5    Q.  Okay.  And since that time, have you
6  communicated with the burn center or Dr. Brandigi's
7  office regarding recommended laser treatment?
8    A.  I have not, no.
9    Q.  And when is the last time you communicated
10  with your insurance company about getting coverage for
11  the laser treatment?
12    A.  Her last appointment was in March.  And I
13  tried all the way through the very -- almost to
14  Christmas.  So for -- I tried from March until
15  somewhere around November or December of that year to
16  get a straight answer.  And for a while we were
17  communicating on e-mail, and then the e-mails stopped
18  and I would get a call and I'm still waiting to hear
19  or I would get voicemails.
20        So it -- it just slowly faded to where it
21  was pretty obvious I wasn't going to get an answer and
22  so I haven't tried since then.  And that was 2018.
23    Q.  And do you have -- do you still have any of
24  those e-mails with the insurance company?
25    A.  No.  I could not find the e-mails.  We were

Page 119

1  talking about that a while back, and I could not find
2  the e-mails at all.
3    Q.  Did -- did you ever call 911 or call for EMS
4  after the incident?
5    A.  No.  We are a very rural community, so it's
6  best to just get in the car and go.
7    Q.  Understood.
8        All right.  Since March 26th, 2018 has "SPS"
9  undergone any treatment for her injuries from the
10  incident?
11    A.  No.
12    Q.  Has she gone to any medical provider to be
13  evaluated for her injuries from the incident since
14  March 26th, 2018?
15    A.  When she goes for her checkup with her
16  pediatrician, Dr. Steinwachs, he checks on her every
17  time, you know, just watching and making sure she's
18  good to go, but she's not gone specifically for that,
19  no.
20    Q.  Okay.  And any of the times that she went to
21  her routine visits with Dr. Steinwachs, did he
22  indicate any problems with her treatment or her
23  recovery or her prognosis for any of her injuries from
24  the incident?
25    A.  Nothing that he could see that looked out of

Page 120

1  the ordinary with the healing process.
2    Q.  And in terms of "SPS's" current scarring or
3  discoloration, has -- has there been a continued kind
4  of fading succession since the incident or has it
5  since kind of plateaued?
6    A.  She's pretty much plateaued.  You can still
7  see some pretty distinct lines.  And if she gets hot,
8  you can tell exactly where she was burned.  But maybe
9  as she gets older, some of that will fade, but right
10  now, she's kind of plateaued.
11        Gosh, my computer.
12    Q.  Okay.  And when would you --
13    A.  Sorry.
14    Q.  -- say she's kind of plateaued in terms of
15  her scarring and discoloration?
16    A.  I guess she seemed to get better.  You know,
17  it seemed to fade a little for several months, but
18  probably in the last -- let's see.  That was probably
19  around, I don't know, January or so.  So for about a
20  year she seemed to kind of -- it blend in, but it
21  hasn't really changed a lot since then.  Some of that
22  could be, you know, she hasn't been able to have any
23  outside exposure.  But the blending has kind of
24  stopped.
25    Q.  Okay.  And describe to me "SPS's" current

Page 121

1  condition in relation to her injuries from the
2  incident.
3    A.  So she still has, you know, the scarring and
4  marks where you can see some on her face, and she
5  still has the raised areas on her chest and shoulder.
6  And she's started this summer to venture outside a
7  little bit more, but still a very difficult time with
8  sensitivity to the -- to the face and chest area.  We
9  have to modify some of her clothing because of the
10  raised areas on her chest.
11    Q.  Is "SPS" insurance coverage, is that
12  through -- are you the primary insured or your
13  husband?
14    A.  Yes, I am.
15    Q.  Okay.  And I just want to go quickly down
16  the medical expenses in this case and just you can
17  just tell me if this is correct with your
18  understanding.
19        It looks like Dr. Steinwachs --
20  Steinwachs -- am I saying that correctly, Steinwachs?
21    A.  It's Steinwachs, yeah.
22    Q.  Okay.
23        -- Steinwachs charged $170.  You paid
24  $53.46.  Balance due is $47.63.  Does that sound
25  correct?

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 122..125

Page 122

1   A.   Yes.
2        Q.   Yes.  And then for the WellStar Cobb
3   hospitalization charges, it looks like -- and the
4   procedure, it looks like the total was $63,948.62.
5   There was a Blue Cross contractual write-off for
6   $39,525.71.  And then there's a current balance of
7   $24,422.91.  Does that sound correct?
8        A.   That is correct.
9        Q.   Okay.  And I noticed on the itemized bill
10  for this that it -- or itemized statement for these
11  charges that it says this is not a bill, it's an
12  itemization.  Have you actually been billed for the
13  $24,422?
14       A.   Yeah, we just -- we just finished making
15  payments on it.
16       Q.   Okay.  So you've actually completed payments
17  for that current balance -- or the remaining balance
18  of $24,422.91?
19       A.   Just now.
20       Q.   Okay.  All right.  And then for the -- for
21  the various follow-ups, there was -- for this
22  January 3rd through January 19th follow-up, total
23  charges of $1,114.  There was an insurance payment of
24  $105.63, a write-off of $30.98, and a current balance
25  of $977.39.  Does that sound accurate to you?

Page 123

1   A.   Yes.
2        Q.   Okay.  And is that still current balance or
3   has that been paid in full --
4        A.   No, it's -- it's -- it's been paid
5   partially.
6        Q.   Okay.  Do you recall how much you have
7   remaining on that balance?
8        A.   I don't -- probably not very much.  We
9   didn't get that -- that bill until later.  We were
10  already working on the hospital bill and its
11  automatically coming out.  It should be pretty much --
12  I don't know -- a couple hundred dollars at this
13  point.
14       Q.   Okay.  And then another -- the follow-up on
15  February 20th, 2018, it looks like there's a balance
16  of $253.74.  Has that been also paid in full or
17  partially?
18       A.   They were all -- yeah, they put all of those
19  follow-up costs in one bill.
20       Q.   Okay.  And so what's your understanding for
21  the follow-up costs or what's remaining, the total?
22       A.   I think it's a couple -- couple hundred
23  dollars left.
24       Q.   Got it.  Okay.  Other than the laser
25  treatment, has Dr. Brandigi or any of "SPS's" other

Page 124

1   medical providers recommended any other treatment for
2   her?
3        A.   No.
4        Q.   Have you ever considered corticosteroid
5   injections or is that anything has that's been
6   recommended to you?
7        A.   No.  No, I haven't been recommended that.
8        Q.   What about cryotherapy?  Has that been
9   recommended to you or have you ever considered that?
10       A.   I have not heard of that.
11       Q.   Okay.  How about surgical removal?  Has that
12  been recommended or considered?
13       A.   We talked about that, but the laser
14  treatments were the better way to go because that --
15  well, it seemed a better way to go because that was
16  already a replacement skin.  So removal could have
17  possibly caused more scarring.
18       Q.   All right.  What about pressure treatment or
19  silicone shots or gel?  Has that been a treatment
20  recommended or considered?
21       A.   No.  The pressure treatment, one thing that
22  they do recommend is just that she continues to rub
23  with -- with some pressure, and she does that all the
24  time.
25       Q.   Okay.  And when you say all the time, like

Page 125

1   is that, like, a daily, nightly?
2        A.   Like, all the time.
3        Q.   Okay.
4        A.   She's just always rubbing it.
5        Q.   All right.  And in terms of your son's
6   injuries from the incident, was he treated?
7        A.   He was treated by Dr. Steinwachs, and we
8   watched him for a while.  He had some pretty -- pretty
9   bad burns on his forehead, but we were able to treat
10  him without surgery.
11       Q.   Okay.  And was the exposure limited to his
12  forehead or the other parts of his body?
13       A.   He -- he got some -- what looked like
14  sunburn on other parts of his face and his chest and
15  his arms, but being a boy, as soon as he felt that
16  hot, his immediate reaction was to yank his shirt off.
17  And I think -- it appeared like that helped him out
18  significantly.  So his forehead really you could say
19  is the majority of his injury.
20       Q.   Okay.  Was he treated at the burn center as
21  well or just with Dr. Steinwachs?
22       A.   Just with Dr. Steinwachs.
23       Q.   And you're not asserting any claims in this
24  lawsuit on his behalf; is that correct?
25       A.   That's correct.

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
Lindie Snyder on 07/23/2020                                   Pages 126..129

Page 126

1      Q.   And your other daughter was not injured; is
2   that correct?
3      A.   That's correct.  She was not in the room.
4      Q.   Have you had any conversations with Instant
5   Brands or Instant Pot at any time?
6      A.   No.
7      Q.   And after this incident, you never
8   communicated with them or called customer service to
9   discuss what happened?
10     A.   No.
11     Q.   And never called -- or never e-mailed or
12  posted anything on social media or anything like that
13  to Instant Brands or regarding Instant Brands; is that
14  correct?
15     A.   No.
16     Q.   And is it your understanding that Instant
17  Brands is the entity who actually manufactured the
18  Instant Pot?
19     A.   To my understanding, I mean, as far as I
20  know.
21     Q.   Did you or anyone on your behalf or on
22  "SPS's" behalf ever contact the Consumer Products
23  Safety Commission or any other kind of consumer
24  regulatory body or organization?
25     A.   No.

Page 127

1      Q.   And same question regarding the Georgia
2   Consumer Protection -- Protection Division or any kind
3   of Georgia consumer agency.
4      A.   No.
5      Q.   When did you first consult with an attorney
6   regarding this incident?
7      A.   I don't remember.  I'd have to look that up.
8   It would -- I mean, it was Adam.  That was the only
9   person I ever talked to.
10     Q.   Okay.  Was it months after, weeks after the
11  incident?
12     A.   I honestly don't remember.  I really don't
13  remember.  A friend of mine sent me his contact
14  information and I called or e-mailed -- I can't
15  remember -- and that was -- that was it.  But I don't
16  exactly remember how long.
17     Q.   And I don't want -- okay.  And I don't want
18  to get into any conversations you actually had with
19  Adam, just to be clear.
20     A.   Yeah.
21     Q.   That's privileged.
22          Okay.  And who was the friend that
23  recommend -- told you about Adam?
24     A.   Sonya Williamson.
25     Q.   And did she have experience with Adam in the

Page 128

1   past?  Is that how that came about?
2      A.   No.  She was reading something online and
3   sent it to me.
4      Q.   Okay.  And when did you make the decision to
5   file a lawsuit in this case?
6      A.   I don't -- I don't remember exactly.
7      Q.   Was it after you contacted Adam or prior to
8   that?
9      A.   Yes.  Oh, yes.  Definitely.
10     Q.   Sorry, before or after?
11     A.   It was after.
12     Q.   Okay.  And can you just tell me in your own
13  word why you decided to file the lawsuit.
14     A.   The reason I chose Instant Pot is because of
15  their claims for safety, and they didn't hold up.  And
16  I was concerned that anybody else would have to go
17  through what my children had gone through.  I didn't
18  want that to happen if I could help it.
19          And also this is not a cheap process, and my
20  daughter is still -- can't walk down the store aisle
21  with Instant Pots on it without having just
22  difficulty.  So this just doesn't need to happen to
23  anybody else.
24     Q.   Has "SPS" or anyone in your family had any
25  kind of counseling or psychological treatment as a

Page 129

1   result of the incident?
2      A.   She hasn't had any formal counseling or
3   anything, but we talk about it regularly.
4      Q.   Has anyone recommended to you that she get
5   some counseling or therapy or treatment in that
6   regard?
7      A.   No.  She's -- she's doing well with what
8   we're doing.  So no.
9      Q.   Okay.  And we're getting very close towards
10  the end of this, so I appreciate your patience.  I
11  might take a quick break before I completely finish
12  just to go back through my notes, but I just have a
13  few more questions now if that's okay.
14     A.   Okay.
15     Q.   All right.  Do you have any knowledge or
16  have any evidence to support that the -- your specific
17  Instant Pot wasn't manufactured according to the
18  specifications?
19     A.   Not to my knowledge.
20     Q.   And do you have any knowledge or evidence to
21  support that your Instant Pot was not designed
22  according to the industry standard?
23     A.   Not to my knowledge.
24     Q.   Has anyone other than your counsel told you
25  that the incident was caused by a malfunction or

Page 130

1  defect of Instant Pot?
2      A.   No.
3      Q.   Do you have any criticisms of "SPS's"
4  medical providers from her injuries from the incident?
5      A.   No.  They did a great job.
6      Q.   In terms of any witnesses to the actual
7  incident, is there anyone other than you, "SPS" and
8  your son?
9      A.   No.
10     Q.   And did you -- and other than your other
11 daughter, your older daughter who arrived shortly
12 thereafter in between that time and seeing Dr.
13 Steinwachs, did you come in contact with anyone else?
14     A.   The friend of mine whose store I went by and
15 got ice.
16     Q.   What is that friend's name?
17     A.   Daniel Bridges.
18     Q.   Okay.  And what's the name of the store?
19     A.   Billy's Supermarket.
20          MS. ODOM:  Okay.  I think I am very
21      close to being finished.  If I could just
22      have maybe five minutes to look over my
23      notes, and then --
24          THE WITNESS:  Okay.
25          MS. ODOM:  -- we should be finished

Page 131

1      up.  Okay.  Thanks.
2          THE WITNESS:  Okay.  Thank you.
3          VIDEOGRAPHER:  The time is 2:58 p.m.
4      We're now off the record.
5          (A recess was taken.)
6          VIDEOGRAPHER:  The time is 3:05 p.m.
7      We're back on the record.
8      Q.   (By Ms. Odom)  All right.  Ms. Snyder, there
9  was just one other line of questioning I want to ask
10 you.  I'm going to share my screen and go back to the
11 user manual that was attached to your complaint.
12 Okay.  Can you see it?
13     A.   Uh-huh (affirmative).
14     Q.   Let me know if I need to enlarge it.
15     A.   That's good.
16     Q.   Okay.  Do you -- we were talking about
17 earlier how before anytime you used Instant Pot, and
18 you said specifically that you would have gone to the
19 user manual and kind of looked up and made sure you
20 followed all the steps for, in this case, the soup
21 cycle; is that correct?
22     A.   Yeah.
23     Q.   So looking here, the pressure cooker the
24 following procedures for rice, soup, poultry, et
25 cetera, is this kind of the area that you were

Page 132

1  referring to?
2      A.   Yeah, I believe so.
3      Q.   Okay.  And I'll just scroll down, and you
4  can see it says, "Select a cooking function," for
5  instance, soup, once a function key is pressed, the
6  indicator lights up.
7      A.   Right.
8      Q.   Okay.  And then you select the cooking time
9  and you can adjust to more or less cooking time, or
10 there was a built-in cooking time.  And is it your
11 understanding you did the built-in 30-minute cooking
12 time?
13     A.   Yes.  I always did the built-in time.
14     Q.   Okay.  And No. 5 says, "Select cooking
15 pressure," and I think you said you, again, kind of
16 used the default.
17     A.   Yes.
18     Q.   Okay.  All right.  So it says, "All
19 functions except rice defaults to high pressure."  So
20 you would have defaulted to the high pressure?
21     A.   Whatever it -- normal setting was, yes.
22     Q.   Okay.  All right.  And just scrolling down.
23 No. 7, "When the pressure cooking cycle finishes, the
24 cooker beeps and automatically goes into keep warm
25 cycle."  And I think that's --

Page 133

1      A.   Yes.
2      Q.   -- consistent with what you were saying
3  earlier.
4      A.   Yes.  That's right.
5      Q.   Then it says, No. 8, "To serve food, press
6  keep warm/cancel to stop the keep warm cycle."
7      A.   That's right.
8      Q.   "And open it according to the safe lid
9  opening section of this manual."
10          So is it your recollection at the time of
11 the incident you would have set the keep warm/cancel
12 button before you touched the Instant Pot?
13     A.   Yeah.  I -- yes, I did.  I pressed the
14 cancel, and then I went back to the manual to make
15 sure that -- 'cause I couldn't -- I never could
16 remember if it was wait before or wait after or
17 whatever.  So, yeah, I would have checked it.
18     Q.   All right.  So it says, "Open the" -- it
19 says, "According to the safe lid opening section of
20 this manual."  So do you think you would have --
21     A.   Uh-huh (affirmative).
22     Q.   -- checked the safe --
23     A.   Oh, yeah, every time.
24     Q.   All right.  So I'm going to flip back to
25 that and tell me if this is what you recall.  Here it

**Page 134**

1   is.  Safe lid opening.  It's on Page 9 of the user
2   manual.
3       A.   Yes.  That's right.
4       Q.   Is this the section that you usually would
5   refer to?
6       A.   Yep.
7       Q.   Okay.
8       A.   To look it up.  That's right.
9       Q.   Okay.  And then No. 2 says, "Release
10  pressure by one of the following approaches," and it
11  looks like there's a quick release and a natural
12  release.  Do you recall which release approach you
13  used at the time of the incident?
14      A.   Let's see.  I believe I was going to go and
15  do the venting, which is what I usually did for soups.
16  But I never got to touch it.
17      Q.   So the venting, you mean the quick release?
18      A.   Yes.  Yeah.  Where you turn the handle
19  thing, yeah.  That's exactly what I was going to do,
20  and I never got to touch it.
21      Q.   Okay.  So -- and you pressed the keep
22  warm/cancel button, maybe went back to the user manual
23  to look at the instructions --
24      A.   Yeah.
25      Q.   -- came back and --

**Page 135**

1       A.   Yeah.
2       Q.   -- was going to do the quick release?
3       A.   That's right.  Yeah.
4       Q.   But -- but before you could do that, the lid
5   popped off; is that correct?
6       A.   That's correct.  Yes.
7       Q.   Okay.  So you never actually turned the
8   pressure release handle to the venting position?
9       A.   That's correct.
10      Q.   Okay.
11           MS. ODOM:  All right.  I think that's
12      all I have.  Adam, do you have anything?
13           MR. KRESS:  I do not, Jessica.  I
14      appreciate it.  I think that's it for me.
15           MS. ODOM:  All right.
16           MR. KRESS:  We will read and sign.
17           MS. ODOM:  Thank you, Ms. Snyder.  I
18      appreciate your time today.
19           THE WITNESS:  Thank you.
20           VIDEOGRAPHER:  This concludes -- this
21      concludes the deposition of Lindie Snyder.
22      The time is 3:10 p.m.  We're now off the
23      record.
24           (Deposition concluded at 3:10 p.m.)
25

**Page 136**

1                        DISCLOSURE
2
3        Pursuant to Article 10.B of the Rules
    and Regulations of the Board of Court
    Reporting of the Judicial Council of
4   Georgia which states:  "Each court reporter
    shall tender a disclosure form at the time
5   of the taking of the deposition stating the
    arrangements made for the reporting
6   services of the certified court reporter,
    by the certified court reporter, the court
7   reporter's employer or the referral source
    for the deposition, with any party to the
8   deposition, counsel to the parties, or
    other entity.  Such form shall be attached
9   to the deposition transcript," I make the
    following disclosure:
10
         I am a Georgia Certified Court
11  Reporter.  I am here as a representative of
    Huseby Global Litigation.  Huseby Global
12  Litigation was contacted to provide court
    reporting services for the deposition.
13  Huseby Global Litigation will not be taking
    this deposition under any contract that is
14  prohibited by O.C.G.A. 9-11-28(c).
15       Huseby Global Litigation has no
    contract/agreement to provide reporting
16  services with any party to the case, any
    counsel in the case, or any reporter or
17  reporting agency from whom a referral might
    have been made to cover this deposition.
18
         Huseby Global Litigation will charge
19  its usual and customary rates to all
    parties in the case, and a financial
20  discount will not be given to any party to
    this litigation.
21
22
                              Blanche J. Dugas
23                            CCR No. B-2290
24
25

**Page 137**

1   STATE OF GEORGIA:
2   COUNTY OF FULTON:
3
4            I hereby certify that the foregoing
5        transcript was reported, as stated in the
6        caption, and the questions and answers
7        thereto were reduced to typewriting under
8        my direction; that the foregoing pages
9        represent a true, complete, and correct
10       transcript of the evidence given upon said
11       hearing, and I further certify that I am
12       not of kin or counsel to the parties in the
13       case; am not in the employ of counsel for
14       any of said parties; nor am I in any way
15       interested in the result of said case.
16
17
18
19
20              BLANCHE J. DUGAS, CCR-B-2290
21
22
23
24
25

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                    Pages 138..141

---

**Page 138**

```
1                    CAPTION
2
3          The Deposition of LINDIE SNYDER, taken in
4   the matter, on the date, and at the time and place set
5   out on the title page hereof.
6          It was requested that the deposition be
7   taken by the reporter and that same be reduced to
8   typewritten form.
9          It was agreed by and between counsel and
10  the parties that the Deponent will read and sign the
11  transcript of said deposition.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 139**

```
1                   CERTIFICATE
2   STATE OF GEORGIA
3   COUNTY OF FULTON
4          Before me, this day, personally appeared,
5   LINDIE SNYDER, who, being duly sworn, states that the
6   foregoing transcript of her deposition, taken in the
7   matter, on the date, and at the time and place set out
8   on the title page hereof, constitutes a true and
9   accurate transcript of said deposition.
10
11  _____
12  LINDIE SNYDER
13
14          SUBSCRIBED and SWORN to before me this
15  _____day of_____, 20____ in the
16  jurisdiction aforesaid.
17
18  _____    _____
19  My Commission Expires      Notary Public
20
21  *If no changes need to be made on the following two
22  pages, place a check here _____, and return only this
23  signed page.*
24
25
```

**Page 140**

```
1               DEPOSITION ERRATA SHEET
2
3   Our Assignment No.  301726
4   Case Caption:  "SPS" vs. Instant Brands, Inc., et al.
5
6   Witness:  LINDIE SNYDER - 07/23/2020
7          DECLARATION UNDER PENALTY OF PERJURY
8   I declare under penalty of perjury that I have read
9   the entire transcript of my deposition taken in the
10  captioned matter or the same has been read to me, and
11  The same is true and accurate, save and except for
12  changes and/or corrections, if any, as indicated by me
13  on the DEPOSITION ERRATA SHEET hereof, with the
14  understanding that I offer these changes as if still
15  under oath.
16
17  Signed on the _____ day of
18  _____, 20___.
19
20  _____
21  LINDIE SNYDER
22
23
24
25
```

**Page 141**

```
1               DEPOSITION ERRATA SHEET
2   Page No._____Line No._____Change to:_____
3   _____
4   Reason for change:_____
5   Page No._____Line No._____Change to:_____
6   _____
7   Reason for change:_____
8   Page No._____Line No._____Change to:_____
9   _____
10  Reason for change:_____
11  Page No._____Line No._____Change to:_____
12  _____
13  Reason for change:_____
14  Page No._____Line No._____Change to:_____
15  _____
16  Reason for change:_____
17  Page No._____Line No._____Change to:_____
18  _____
19  Reason for change:_____
20  Page No._____Line No._____Change to:_____
21  _____
22  Reason for change:_____
23
24  SIGNATURE:_____DATE:_____
25  LINDIE SNYDER
```

**S.P.S. vs INSTANT BRANDS, INC., ET AL.**
**Lindie Snyder on 07/23/2020**                                    Page 142

```
                                        Page 142
1            DEPOSITION ERRATA SHEET
2    Page No._____Line No._____Change to:_____
3    _____
4    Reason for change:_____
5    Page No._____Line No._____Change to:_____
6    _____
7    Reason for change:_____
8    Page No._____Line No._____Change to:_____
9    _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25   LINDIE SNYDER
```

**Exhibits**

Exhibit 1
  28:13,15

Exhibit 2
  49:2,5

**$**

$1,114
  122:23

$105.63
  122:24

$170  121:23

$24,422
  122:13

$24,422.91
  122:7,18

$253.74
  123:16

$3,000  116:1

$30.98
  122:24

$39,525.71
  122:6

$47.63
  121:24

$53.46
  121:24

$63,948.62
  122:4

$977.39
  122:25

**0**

01   8:8

09   8:16

**1**

1   4:4
  28:13,15
  42:24
  91:25

100   65:17

110   110:22

11:07   4:8

12   46:12

12:14   48:13,
  20

12:30   48:14

12:32   48:23

15   27:4
  91:11
  113:25
  114:2

16th   31:9

19   15:6
  16:16

1996   11:23
  12:6

1997   8:5
  11:19

19th   111:17
  112:9
  122:22

1:39   91:25

1:40   91:10

**2**

2   45:21
  49:2,5
  92:4 134:9

20   91:20

2001   9:19
  10:3 11:24

2002   10:4

2008   8:13,
  14

2010   14:2,4

2016   31:3
  36:6 37:16
  44:10
  49:25 50:7
  51:17 52:8

2017   7:9
  20:13
  29:10,17
  30:6 35:20
  37:6,16
  40:4,7
  41:11 43:5
  45:7 54:4,
  15 70:18,
  21 95:13
  103:24
  106:4

2018   15:7
  16:14 38:2
  44:2,7

45:4 51:12
68:6 95:13
109:7
111:18
112:9
114:5
118:2,22
119:8,14
123:15

2018-'19
  15:7

2019   16:15,
  17,19,25
  17:1,19
  18:6,12
  19:17

2020   4:1,7
  16:16
  95:15

20th   7:9
  114:4
  123:15

21   8:24 9:3

22   42:24

23   4:1

23rd   4:7

25   42:24

26th   118:2
  119:8,14

28th   29:10,
  17 30:6
  35:19 37:5
  40:4,7
  41:11 43:5

45:7 54:4,
15 70:18,
21

**29th** 103:24
105:1,21
106:3

**2:00** 91:16
92:4

**2:16** 103:3

**2:17** 103:6

**2:58** 131:3

---

### 3

**3** 45:12,13
46:11
47:13
57:12,13

**30** 68:2,3
74:9,21
76:10
77:25

**30-minute**
132:11

**31811** 7:5

**31st** 14:2,4
106:11

**3:05** 131:6

**3:10**
135:22,24

**3rd** 109:7
122:22

---

### 4

**4** 46:2

**4-H** 19:22
20:8

**45** 60:14

---

### 5

**5** 132:14

**55** 58:14

---

### 6

**60** 23:18

**65** 58:18

---

### 7

**7** 132:23

**7/24/79** 7:22

---

### 8

**8** 133:5

**88** 7:5

---

### 9

**9** 47:12
134:1

**911** 119:3

**97** 10:4

**99** 9:19

---

### A

**a.m.** 4:8

**absolutely**
21:24 47:2
91:8

**accidentally**
84:17

**accompanied**
34:13

**accompanies**
53:2

**account** 27:8
28:3

**accounts**
28:6,9

**accurate**
122:25

**accurately**
6:18

**activities**
15:17
19:17,20,
21,22
20:6,8,12,
14 112:3,
10

**activity**
108:18

**actual** 32:19
35:15
53:19,21
54:15 63:7
88:11

92:22
100:12
116:25
130:6

**Adam** 4:13
6:21 13:12
127:8,19,
23,25
128:7
135:12

**add** 20:1
66:7

**additional**
26:19

**address** 7:4,
6,12

**adjust** 132:9

**administrator**
27:8

**admission**
30:6

**admitted**
4:14

**advertising**
44:6

**advice** 102:1

**advise**
100:21

**advised**
101:9

**affirmative**
6:16 9:14
22:9 56:7

60:20
63:23
64:22
66:13
73:18
87:20 88:8
90:7 109:9
115:16
117:9
131:13
133:21

**affirmatively**
13:24

**afraid**
101:13

**afternoon**
101:1

**age** 115:19

**agency** 24:21
127:3

**agent** 10:5

**agents** 9:10
10:1,9

**ages** 7:18

**agreeable**
5:7,8

**agreement**
4:24

**ahead** 7:17
70:2
103:18

**aid** 10:17,
22,23

**air** 77:23

**aisle** 128:20

**alleged**
25:16

**allowed**
107:21

**Amazon** 45:2

**ambidextrous**
71:13

**amount** 64:13
78:4
108:17
115:14

**Andre** 88:5

**anesthesiologi
st** 103:15

**angles** 96:6

**Ann** 9:10
10:11

**Ann's** 10:12

**answering**
6:9 62:14

**anti-aging**
110:21

**anticipate**
6:7

**anticipated**
115:5

**anymore**
16:10
102:12
114:21

**anytime**
111:8,13
131:17

**apologize**
19:23 20:2
65:24
78:11
106:19,20

**appeal**
117:19

**appealed**
51:2
117:23

**appeared**
89:20
96:22
125:17

**appliance**
45:21

**appliances**
46:5 51:18

**applied**
109:20

**apply**
110:12,15
111:10

**appointment**
118:12

**approach**
134:12

**approaches**
134:10

**approved**
117:22

**approximately**
35:20
37:17

**area** 26:6
83:25
85:22,24,
25 93:12
114:16,18,
23 121:8
131:25

**areas** 61:2
99:5
111:11
114:14
115:10
121:5,10

**arising**
25:17

**arm** 84:19

**arms** 84:1,
15,18,19,
20 85:4
125:15

**arrests** 12:9

**arrived**
130:11

**arriving**
102:10

**art** 20:1,5
57:12

**articles**
44:2

**artwork** 55:6

asserting
 26:25
 125:23

assessment
 104:1

assistant
 8:25 9:25
 15:9,11,13

assume  86:1

assuming
 37:22

assure  79:15

athletic  9:1
 15:13
 58:23 60:9

attached
 33:9 38:4,
 10 39:4
 131:11

attachment
 49:2

attempt
 47:14

attempted
 79:4

attend  14:24

attention
 53:4

attorney
 38:17
 127:5

attorneys
 4:9 23:23

August  15:7

Austell
 100:8
 101:16
 102:1

automatically
 123:11
 132:24

avoid  47:14
 112:4

awards
 18:22,24
 19:2

aware  11:14
 25:20 48:2
 51:4,11
 53:10
 70:25
 87:22 90:2
 92:11
 106:5,8

awful  56:17

——————————
        B
——————————

B-A-S-S  88:7

B-O-L-E-S
 10:13

baby  21:4

bachelor's
 8:8

back  8:9,17
 9:13 10:3
 17:25
 20:13 31:1

34:1 45:11
46:11
48:24
56:23 57:4
60:24
63:17
69:24 70:6
72:1,4
76:10,15
82:20
89:22,23
92:5 93:17
94:7
98:13,24
99:1 103:7
111:22
113:7,13
114:3
119:1
129:12
131:7,10
133:14,24
134:22,25

background
 8:4,20
 13:10 99:8

bad  84:9
 100:13
 125:9

bag  93:10,
 16,21
 94:3,4,7,
 12,13,14,
 15 95:20,
 24 97:9,
 17,18,20,
 22 98:12,

16,17,20
99:22
101:24,25

bagged  93:9

bags  98:5

balance
 121:24
 122:6,17,
 24 123:2,
 7,15

ballet  18:19

bandage
 107:11,12

bankruptcy
 12:16

barn  12:1

base  33:9,
 14 35:15
 65:21
 88:11
 92:22
 94:10

based  99:6

Basically
 111:22

basis  76:16
 78:19
 103:11
 108:3
 109:21

Bass  88:4,7

Basses  90:6,
 7 93:9,13

94:11

bay 54:25

beautiful
57:11

beep 73:1
77:16,17
81:6

beeping
72:23

beeps 72:25
77:13
132:24

begin 104:9
108:4
109:24
111:6
115:19

beginning
4:3 92:3

behalf 4:14,
17 13:1
24:12 27:6
125:24
126:21,22

beneficial
18:18

beta 109:16

beverage
36:3

beverages
49:9,10
74:1,2

big 22:25

45:15

bike 12:1

bill 122:9,
11 123:9,
10,19

billed
122:12

bills 26:20

Billy's
130:19

birth 7:21
13:25

birthdays
14:5

bit 27:16
45:19 57:4
63:7 78:16
84:14 98:3
99:23
103:20
121:7

black 52:3,
10,13,14
93:10
94:12,13

blend 120:20

blending
120:23

blockages
69:10

blood 101:7

Blue 24:23
117:8

122:5

boards 36:24

body 58:7
83:24
125:12
126:24

Boles 9:10
10:11

book 34:16
67:16
78:20,25

born 14:16,
17

bothered
95:11

box 30:21
31:16
32:9,11,
13,15,19,
23 33:1,25
34:1
64:14,20
66:4 94:5
97:19,24
98:1

boy 125:15

brand 52:1,
11

brand-new
31:19 33:5

Brandigi
102:19
103:12,25
107:8,18

114:10
115:4,22
116:15
117:15
123:25

Brandigi's
118:6

Brands 4:6,
18 23:17
29:5
126:5,13,
17

break 5:24
6:1,2,4
48:8,11,13
91:7
129:11

Bridges
130:17

bring 101:5
104:3

Brisbois
4:17

brokerage
10:8

built 50:25

built-in
132:10,11,
13

bullet
47:13,22

burn 21:21,
24 51:14
54:6

100:7,14,
17,20
102:10,15,
20 103:10,
24 106:11
107:6
110:1,4,16
111:19
114:5
117:1,5
118:2,6
125:20

**burned** 17:7
21:2 86:4
111:14
120:8

**burning**
101:11
110:11

**burns** 21:5
46:4 84:12
114:20
125:9

**business**
98:9

**butcher**
111:20

**button** 65:4
67:20
133:12
134:22

**buttons**
39:16
40:17 42:9
67:14

**buy** 98:9

---

**C**

---

**cab-** 62:12

**cabinet**
62:22

**cabinets**
62:15,17

**calendar**
16:21
26:12

**Calhoun** 7:1,
3 32:2

**call** 10:23
41:6
99:19,24
118:18
119:3

**Callaway**
11:23

**called** 19:10
25:9 91:3
100:7
112:25
126:8,11
127:14

**calm** 99:23
101:9,18

**camera**
96:11,12

**camps** 16:1
20:5

**campus**

116:20
117:5

**cancel**
133:14

**canning**
50:22

**capacity**
18:25

**car** 91:4
119:6

**care** 21:17
87:9 99:6
101:4
104:5

**careful**
107:15

**carefully**
39:19

**Carter** 109:8

**Carver** 15:14

**case** 13:22
26:4,21
27:1 28:22
121:16
128:5
131:20

**catch** 10:21

**caused** 51:14
124:17
129:25

**causing** 54:6

**Caution**
47:23

**ceiling**
63:5,8
86:20,24
88:24,25
89:5

**ceilings**
62:6,19

**center**
100:17,18,
20 102:10,
15,21
103:10,24
106:11
107:7
118:6
125:20

**certified**
10:17,24
20:11

**cetera**
131:25

**chance** 79:22
80:13

**change** 74:12

**changed**
75:7,8
78:1
120:21

**character**
18:20

**charged**
121:23

**charges**
122:3,11,

23

cheap  128:19

check  40:16
68:10
69:4,15
76:1,11
79:5,13,20
81:18

checked  40:8
69:6
112:25
133:17,22

checking
69:18
71:22

checks
119:16

checkup
119:15

checkups
103:14

chest  58:9,
11,12
83:25
85:22,24,
25 105:1,
11 114:16,
18,25
115:6
116:4
121:5,8,10
125:14

chicken  36:3

child  90:17

childcare
12:2

children
7:16,18
13:1 42:3,
6 43:18,20
45:22
46:5,9
54:11 66:8
99:23
128:17

children's
14:5

chin  85:21
104:18

chocolate
37:1,5,7,
11,14,22,
24 49:10,
16 64:10,
12 66:3
67:5,6
86:5,22
90:24 94:9

chose  18:10
128:14

Christmas
31:9
44:10,14
118:14

chronological
8:21

circle  56:17

circular
68:10

circumstances
30:12

Civil  5:2

claim  117:14

claimed
100:14

claims
125:23
128:15

clarify
77:24

clarifying
62:19

classes
18:16

clean  35:4,
6,12,13,17
68:20,22,
23,25
69:21
87:18
93:13
104:13
107:16

cleaning
86:23

cleanup
87:24

clear  29:3
41:4
127:19

clinic  114:5
117:5
118:2

clockwise
70:7,10

clogs  69:10

close  14:5
60:21
66:15,25
82:7 84:22
129:9
130:21

closed  66:12
67:9,11
94:17

closer  84:22

closet  93:11
94:18,22,
24 95:14

clothes  84:1
85:14,15

clothing
84:13 86:7
121:9

club  20:6

coaches  17:9

Cobb  116:21
122:2

coincidence
80:21

college  8:6
9:11,23,24
11:22

Columbus
8:6,7
14:17

comfort 6:2

comfortably
  58:10

commercial
  50:4,6,8,
  15

commercials
  44:9

Commission
  126:23

communicated
  118:6,9
  126:8

communicating
  118:17

community
  119:5

company
  24:20 25:2
  27:7
  117:7,25
  118:10,24

compete
  16:18
  17:9,11,
  20,23
  18:19

competed
  17:2 19:5,
  6,7,12

competing
  17:16 18:6

competition
  16:8,14,16

17:1,19
18:17
19:4,11
20:4
112:12

competitions
  19:1,12,
  15,24

complaint
  38:5,10,22
  49:2 50:19
  131:11

complete
  6:10 77:2,
  5,20

completed
  122:16

completely
  47:16,24
  54:22
  88:17 97:3
  111:19
  129:11

complies
  56:19

comply
  113:18

computer
  70:1,4
  106:18,20
  120:11

concern
  50:17

concerned

41:17
54:8,11
100:7
128:16

concerns
  43:6

concluded
  135:24

concludes
  135:20,21

condition
  26:13
  69:16,22
  100:6,12
  121:1

confirm 7:8
  26:11 73:7
  106:9

considered
  50:22
  117:18
  124:4,9,
  12,20

consistent
  109:13
  112:7
  133:2

consult
  127:5

consumer
  126:22,23
  127:2,3

contact
  83:21

126:22
127:13
130:13

contacted
  128:7

container
  98:2

containers
  24:16

content
  89:21

contents
  60:3 65:9,
  21 82:9
  83:3,20
  84:7 85:3,
  18 86:10,
  19 89:18,
  19

continue
  18:7
  107:19
  116:10

continued
  120:3

continues
  124:22

continuing
  18:14

contractual
  122:5

control
  60:16
  72:15,19

convenient
  61:6

conversation
  25:10

conversations
  126:4
  127:18

convictions
  12:10

cook  12:6
  36:1 41:15
  42:10
  67:19
  73:16,25
  74:3,4,11,
  12 75:20
  76:5 77:20
  78:12
  81:1,23
  92:19

cooked  36:22
  49:8,10

cooker  33:14
  36:10,16,
  19 46:13,
  16,17,21
  47:9 51:6,
  18,19
  61:25
  70:6,22
  72:23 73:4
  74:16 76:2
  131:23
  132:24

cookers
  45:24

50:18

cooking
  36:24
  43:14
  46:18
  74:24
  75:10,16,
  17 76:19,
  23 77:2
  79:8 92:7
  132:4,8,9,
  10,11,14,
  23

cool  68:4

cooled  46:13

copy  28:14
  29:8 38:9,
  12,21 49:3

cord  46:5,
  6,7 63:12,
  18 64:6
  92:15

corporate
  12:2

correct
  12:21,22
  14:19 16:8
  30:7 31:5
  34:14 37:2
  47:20,21
  57:7,8
  59:23
  66:12
  70:19 74:9
  85:12 86:2

94:20
  95:17,18
  96:14
  99:12,16,
  17 100:18
  102:15
  104:23
  105:14
  106:13,25
  107:5
  108:1,8,
  12,13
  112:8,18
  115:2,3
  117:3,8
  118:4
  121:17,25
  122:7,8
  125:24,25
  126:2,3,14
  131:21
  135:5,6,9

correctly
  71:19
  72:7,8
  121:20

correspondence
  24:19,22
  25:7

corticosteroid
  124:4

cost  115:23

costs  27:6
  123:19,21

counsel  4:24
  25:2,23

26:22
  93:25 95:8
  96:14
  129:24

counseling
  128:25
  129:2,5

countdown
  74:6 77:25

counted  74:8

counter
  46:6,7
  54:18
  55:19
  56:1,14
  58:5,10
  60:21
  61:14
  63:17,22,
  25 64:5
  65:11
  67:17
  81:8,16
  82:10 87:3
  95:21

counters
  87:6

countertop
  34:10
  61:21

counting
  76:7,8

counts  68:2

county  8:24
  9:2,8,21

15:14
19:22
116:21

couple   8:9
  10:8 19:12
  23:8 26:4
  81:4,10
  123:12,22

court   4:11
  6:5,17 7:5
  28:13 49:3

cover   87:1

coverage
  25:13
  117:10
  118:10
  121:11

covered
  84:13
  86:1,4

CPR   10:16,
  23

create   24:4

created
  21:21
  23:25 24:1

Creekside
  14:25
  15:12

crew   59:17,
  19

criticisms
  130:3

Crock-pot
  51:20,21,
  23 52:17

Crock-pots
  51:24
  52:5,22

Cross   24:23
  117:8
  122:5

crown   63:6

cryotherapy
  124:8

curled   63:13

current   7:4
  120:2,25
  122:6,17,
  24 123:2

customer
  41:7 126:8

cycle   74:11
  76:5 77:20
  78:7,13
  81:1 92:19
  131:21
  132:23,25
  133:6

—————————

            D

—————————

daily
  109:22,23
  125:1

damage   33:2
  68:7 96:24

dance   15:18,
  25 16:1,3,
  7 18:7,11,
  14,24
  19:1,4,11
  20:14,20
  21:8
  112:12

danced   18:12

dances   113:4

dancing
  19:16

Daniel
  130:17

date   4:7
  7:21 8:10,
  18 13:25

dates   16:22

daughter
  126:1
  128:20
  130:11

Dawn   35:14

day   31:23
  40:11,12
  61:12,14
  64:11 69:3
  70:24
  71:15
  72:11,17
  73:4,11,14
  75:9,13
  78:25 79:3
  100:6,18,
  21 101:22

102:9,18
103:25
104:22
105:21
107:25
108:16,17
111:3,6
113:20

days   87:16

dealing
  103:10

dealt   38:17

death   101:8

December   7:9
  20:13
  29:10,17
  30:6 31:3,
  9 35:19
  36:6 37:5,
  16 38:2
  40:4,7
  41:11 43:5
  44:2,7,8
  45:4,7
  49:25
  51:12,17
  52:8 54:4,
  15 68:6
  70:18,21
  95:12,13
  103:24
  104:25
  105:21
  106:3,11
  118:15

decided

99:14,20
128:13

**decision**
99:18
101:20
128:4

**Decker** 52:3,
10,14

**declined**
17:25

**decorated**
52:14

**decorative**
63:5

**decrease**
108:19

**default**
75:3,5
132:16

**defaulted**
132:20

**defaults**
132:19

**defect** 130:1

**defendant**
4:17 13:3,
6 23:17

**defendants'**
28:15 49:5
57:13

**degree** 8:8

**denied** 21:18
25:2,6

105:24
117:10,15

**dented** 94:10

**dents** 92:23
93:1,5

**denying**
25:12

**depended**
108:17

**depending**
40:20
115:8
116:9

**depicting**
25:24

**deposition**
4:1,4,23
5:15,20
12:21
22:5,8
23:7 26:17
28:13,18
29:24
135:21,24

**deposition's**
5:6

**dermatologist**
21:16 25:6

**describe**
32:7 54:16
58:5 59:16
61:18 63:2
85:17 86:9
96:25

120:25

**describes**
21:4

**designed**
129:21

**detail** 50:8

**diagonally**
82:21

**diagram** 55:3
60:1 63:25
64:2 82:5

**diaries** 24:7
26:11

**difference**
22:2

**difficult**
46:15,20
121:7

**difficulty**
128:22

**dimensions**
61:18

**dining** 95:23

**dinner** 51:10

**direct** 45:12
46:12

**direction**
83:14
86:11

**directly**
82:17

**director** 9:1

15:13

**dirty** 94:8

**disabilities**
45:23

**discarded**
30:10,14,
20

**discharge**
106:22
107:6,8
108:6,15
110:25
113:11

**discharged**
106:10

**discoloration**
120:3,15

**discovery**
4:25 25:1

**discuss**
126:9

**dish** 35:14

**dishwasher**
55:25

**display**
72:15,19
74:5,13
76:6

**distinct**
120:7

**District**
8:24 9:8,
21

diverted
  89:7

Division
  127:2

doctor  21:4
  102:1
  112:24
  113:16

doctors
  102:20

document
  26:2
  42:24,25

documents
  23:25 25:1
  26:16,24

dollars
  123:12,23

door  55:23
  56:3

dose  107:24

doughnut
  54:24

drape  46:5

draw  55:2

dressings
  109:11

drink  74:1,2

drinking
  100:25

drinks  36:3

drops  48:1

dry  107:10,
  16

due  16:4,12
  121:24

duly  4:20

duration
  81:3

_____

E

e-mail  25:10
  28:14 49:3
  118:17

e-mailed
  126:11
  127:14

e-mails
  118:17,24,
  25 119:2

ear  85:21

earlier  25:6
  49:7 66:2
  74:15
  93:23 95:7
  99:13
  131:17
  133:3

early  11:19
  95:15

ears  85:21

easier  22:12

easy  41:3

eaten  102:3

eating
  100:25

echo  106:16

edge  46:6
  60:21,25
  61:1

education
  8:9 20:7

educational
  8:4,11,19
  11:11

egg  20:10,
  11

ejected
  89:14,19

elective
  117:18,20

electric
  51:7 92:14

electrical
  63:11,24
  64:3

electronic
  36:15
  51:18

elevate  76:3

elevating
  75:24

emergency
  91:5
  100:10

employer
  9:20 11:6

employment
  8:20
  11:19,20

EMS  119:3

end  6:8
  63:18
  78:21
  91:24
  129:10

ended  58:7

enlarge
  45:16
  131:14

entering
  14:21

entity
  126:17

entries  24:8
  26:12

Epiburn
  105:12

ER  99:14

error  72:20

escape  43:15

estate  9:9
  10:4

estimate
  66:23,25

et al  4:6

evaluated
  119:13

evening

101:2,6,18
102:5,10,
11,13

**evenly** 71:9

**eventually**
113:6

**evidence**
129:16,20

**exact** 8:10,
18 39:7
83:11

**EXAMINATION**
5:10

**examined**
4:20

**excuse** 95:12

**Exhibit** 23:8
28:13,15
49:2,5
57:12,13

**expenses**
25:17
26:25 27:5
121:16

**expensive**
22:1

**experience**
127:25

**experienced**
86:15
110:4

**experiments**
86:13

**expert**
28:21,24
100:14

**explanation**
117:11

**exploded**
51:7,13
82:9 86:10

**exploding**
50:24

**explosion**
54:6 83:6,
11

**exposed** 85:3
111:11,14
114:14

**exposure**
85:17
110:1
120:23
125:11

**extended**
63:15
111:4

**extension**
46:7

**exterior**
32:15

**external**
113:9

_____

**F**
_____

**fabulous**
103:19

**face** 21:2
85:21
90:23 91:1
104:17
105:1,12
107:11
110:16
115:1
121:4,8
125:14

**Facebook**
28:1

**facial**
109:11

**facing** 60:16
83:5,14

**fade** 120:9,
17

**faded** 84:18
118:20

**fading** 120:4

**fair** 6:11
39:6

**fall** 14:22

**family**
11:13,16
35:9
41:22,25
49:25 51:5
128:24

**fancier** 63:7

**fancy** 63:7

**fare** 101:13

**farm** 11:2,3

**fast** 10:20
42:21
86:17

**favorite**
59:14

**feature**
47:25

**features**
40:22
41:18

**February**
113:15
114:4
123:15

**Federal** 5:1

**Fedex** 102:23

**feeding**
107:15

**feel** 40:25
70:11

**feeling** 48:8

**feet** 61:19,
20 62:8,9,
24 83:19

**fell** 89:23

**felt** 125:15

**figure** 88:14
90:21

**figured**
37:23

**file** 128:5,

13

**filed** 12:16,
  23,25
  13:1,6
  27:6

**filled** 32:11

**find** 30:14
  38:16
  118:25
  119:1

**fine** 5:14
  48:9,15,17
  66:1
  101:16

**finger** 80:2,
  5

**finish** 47:4
  129:11

**finished**
  16:14 17:1
  77:12,14,
  25 78:13
  81:2
  122:14
  130:21,25

**finishes**
  132:23

**firms** 10:8

**five-seven**
  58:18

**five-six**
  58:18

**fix** 87:11
  115:6

**fixed** 87:11

**fixture**
  62:25 63:8
  86:25

**flag** 15:23
  19:18

**flashing**
  73:20

**flat** 111:21

**flew** 77:22
  79:23 80:6
  81:2 82:2,
  4,8

**flexible**
  27:8

**flip** 42:20
  133:24

**float** 47:15
  48:1
  69:15,21
  75:23 76:3

**floor** 87:6

**fluorescent**
  63:3

**flying** 89:1,
  12

**follow** 53:7
  75:6

**follow-up**
  109:7
  111:18
  114:5
  118:2

122:22
  123:14,19,
  21

**follow-ups**
  122:21

**food** 46:4
  133:5

**foot** 63:18
  82:15,17,
  20

**football**
  15:23
  19:19

**force** 43:9
  46:16
  47:8,14,20

**forcefully**
  77:23

**forearm**
  85:7,8,10

**forehead**
  85:20
  125:9,12,
  18

**form** 5:4

**formal** 129:2

**formalities**
  5:2

**found** 86:22
  111:1

**foundation**
  17:6

**fourteen**

7:19

**frames** 9:15

**fridge** 55:17
  62:23
  87:3,4,6

**friend** 50:11
  87:9,18
  88:1 99:21
  127:13,22
  130:14

**friend's**
  130:16

**friends** 50:1
  51:5

**front** 22:6,
  17 38:22
  45:13 68:1

**full** 6:25
  64:20
  66:4,19,
  20,21
  113:6,12
  123:3,16

**fully** 78:14

**function**
  76:24
  132:4,5

**functions**
  132:19

———————

**G**

———————

**garbage**
  94:12,13

garden  20:6

Gardens
 11:23

gasket
 68:11,18,
 20

gave  101:23
 107:8

gel  124:19

general
 50:17

Georgia  7:5
 8:6 12:8
 14:17 32:4
 127:1,3

gift  31:5,
 10,21
 44:10

gifted  31:7

girl  58:9

give  8:3,19
 14:12 55:5
 91:15,20
 101:21
 117:11

glad  100:9

glucan
 109:16

Glucanpro
 109:16

good  4:13
 5:12,14,15
 66:22

69:16,22
 73:24
 84:22
 100:15
 106:19
 119:18
 131:15

googling
 36:23

gosh  32:20
 63:12
 75:11 96:4
 120:11

gotta  104:4

governmental
 24:21

grab  80:7,
 12,13
 81:7,8

grabbed
 81:16,17
 94:13

grade  14:21,
 23

graduated
 8:5,7,15

graft  105:20
 106:3

grafting
 104:19,22
 105:22
 106:1

grafts
 105:11

grandmother
 50:19

great  39:2
 56:5 61:16
 64:7 130:5

grew  111:22

grommet
 69:20,21

groove  99:3

ground  5:18

groups  12:3

growth  21:3

guess  5:12
 10:23
 14:18 18:1
 21:4 37:22
 57:4 58:19
 59:25
 71:12
 84:22
 107:22
 120:16

guide  34:21

guy  102:23

guys  22:22
 23:1 24:15
 38:24
 109:20

─────────

H

─────────

H-A-T-C-H-E-E
 11:7

hac  4:14

half  58:2
 61:20
 66:21
 82:15,17,
 21

hall  94:24
 95:14

hallway
 55:23 95:3

Hamilton  7:5
 8:6

hand  60:24
 79:25
 80:3,10,
 11,16
 89:1,6,9,
 11,12

handle  79:11
 80:8,10,12
 89:14
 134:18
 135:8

handled
 95:16

handler
 20:11

handles
 46:15,20

handling
 20:10
 70:25

hands  71:7,8
 79:25

handwriting

55:12

**hang**  14:11
  70:1
  102:22,24

**hanging**  8:17

**happen**  50:20
  53:16
  128:18,22

**happened**
  30:9
  53:14,22,
  23  126:9

**happy**  5:23

**hard**  117:12

**Harris**  8:24
  9:2  15:14

**hat**  113:22
  114:1

**Hatchee**  11:7

**hats**  112:4

**hazardous**
  46:17

**HD**  58:23

**head**  6:15
  13:24
  60:12

**healed**
  109:12

**healer**  110:5

**healing**
  120:1

**health**  24:20

**healthcare**
  27:6
  103:18

**hear**  18:4
  19:9
  77:13,19
  81:6
  106:15
  118:18

**heard**  51:12
  53:13
  124:10

**hearing**  11:5
  75:17

**height**  57:25
  58:1,3

**Helioplex**
  110:21

**helped**  42:10
  101:17
  125:17

**helpful**  8:22
  22:7  55:3
  56:6  57:22
  64:7

**high**  8:5
  11:22  21:6
  58:3,9,11
  107:22
  115:10
  132:19,20

**higher**  18:15

**highly**  78:24
  79:6  80:8,

23

**history**
  11:20
  24:2,5

**hit**  60:3
  67:24
  84:13
  86:24  87:1
  88:23,25
  89:4,6

**HMO**  24:20

**hold**  16:13,
  20  128:15

**holds**  99:3

**hole**  54:24

**holiday**
  31:10

**home**  29:14
  90:14,16
  93:11
  94:15
  101:15,18
  109:5

**honest**  84:10

**honestly**
  78:18
  127:12

**hood**  59:1

**hoodie**  58:25

**hope**  97:1

**hospital**
  25:15
  29:14  30:5

87:16,17
  93:18
  108:3,5,7
  110:25
  116:25
  117:24
  123:10

**hospitalizatio
n**  122:3

**hot**  37:1,4,
  7,11,14,
  22,24
  43:13
  49:10,12,
  13,14,16
  64:10,12
  66:3  67:5
  86:5,22
  90:24  91:1
  94:9  120:7
  125:16

**hour**  6:2
  48:7

**hours**  105:8
  107:19

**house**  30:8
  33:20
  94:25  98:7

**household**
  92:8

**hugging**
  101:25

**huh-uh**  6:16
  25:19  59:9
  76:20  79:9

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020      Index: hundred..information

85:5  96:18

**hundred**
  123:12,22

**husband**
  7:13,15
  11:1  28:8
  89:3
  90:11,14,
  15  101:12
  121:13

**husband's**
  88:5

**hydrocodone**
  102:6,9
  107:19,25
  108:7

―――――――――
        **I**
―――――――――

**I-N-S-P-I-R-E**
  19:10

**ibuprofen**
  108:9,11,
  14,19,22
  109:1

**ice**  99:22,
  24  101:24,
  25  130:15

**idea**  31:23
  51:25
  52:15  55:5
  82:25

**identification**
  28:16  49:6
  57:14

**idiot**  97:1

**III**  7:15

**images**  26:8
  27:17

**imaging**
  23:22

**immediately**
  27:17
  71:25
  104:5

**improvement**
  21:11

**inadvertently**
  29:25

**inch**  82:10

**inches**
  58:14,18
  60:13,14
  61:1
  63:16,17
  66:24
  82:12

**incident**
  16:5  23:19
  24:9,13,21
  25:18,25
  26:6
  27:14,18,
  20,24
  29:9,16
  30:6,20
  36:12,18
  37:1  38:5
  40:7  51:8
  54:15

56:10
  58:4,15,21
  59:23
  60:7,11,
  16,23  62:1
  68:5  69:4,
  14  70:24
  71:15
  72:6,17
  75:13
  79:8,11
  81:14,19,
  24  83:6,18
  87:14
  88:24
  90:3,10,19
  92:12,15,
  21,24
  93:2,4,7,
  14  96:20
  99:13
  107:25
  108:23
  109:2
  110:24
  111:11
  119:4,10,
  13,24
  120:4
  121:2
  125:6
  126:7
  127:6,11
  129:1,25
  130:4,7
  133:11
  134:13

**incidents**
  51:13
  53:11,12
  54:1,4

**included**
  53:8

**including**
  49:9,10

**Incorporated**
  4:6

**indicating**
  73:17
  77:14
  78:12  81:1

**indication**
  77:4,11

**indicator**
  132:6

**individual**
  18:25
  116:5

**individually**
  18:22

**individuals**
  45:22

**industry**
  129:22

**infection**
  106:24

**informal**
  15:21

**information**
  127:14

ingredients
 64:9 65:19
 66:8,11,18

initial
 35:12
 107:24

initially
 35:11 86:4
 91:4 92:18

injections
 124:5

injured
 54:8,12
 126:1

injuries
 16:5,12
 21:22,24
 24:9 26:21
 27:24
 47:14
 51:14 54:6
 99:6
 100:12
 108:23
 109:1
 111:19
 119:9,13,
 23 121:1
 125:6
 130:4

injury
 125:19

inserting
 30:1

inside

32:11,12
 43:13
 47:24
 65:22 85:7
 114:3

inspected
 97:19

Inspire
 19:7,10,
 13,14

Instagram
 28:1

instance
 20:20 51:6
 65:19
 110:9
 132:5

instances
 51:4

Instant  4:6,
 17 23:17,
 18 26:4
 27:12,17
 29:5,9
 30:19
 31:2,13
 32:8,23
 33:3,8,19
 34:9,13,20
 35:1,4,12,
 15,20
 36:1,5,13,
 22 37:5,
 14,24
 38:7,14
 39:8,21,24

41:6,8,11,
 18 42:1,3,
 7,8,14
 43:2,6,19,
 24 44:3,6,
 11 45:1,5,
 9 46:9
 47:7 49:9,
 11,24
 50:1,3,15
 51:13,16
 53:12
 54:5,9,12
 56:9,13
 60:15,19,
 22 61:3,13
 63:11
 65:3,10
 66:25
 67:7,22
 68:7,25
 69:25
 70:25
 71:16,18
 72:10,14
 73:4
 75:16,18
 76:11,18
 77:1 78:1,
 11 79:7
 80:5,25
 81:20,23
 82:1,8,11
 83:2,5,15,
 17,20 85:3
 88:10,17
 89:18
 92:9,12,

15,17,22
 93:2,5,8,
 13,17,21
 95:14,25
 96:17,20
 97:6,10
 98:12
 126:4,5,
 13,16,18
 128:14,21
 129:17,21
 130:1
 131:17
 133:12

instantaneous
 83:2

instructing
 47:19

instruction
 45:25
 46:19

instructional
 45:8

instructions
 32:15,19
 34:25 41:1
 53:8 73:7
 107:7,9
 134:23

instructs
 79:17

insurance
 21:18
 24:20 25:2
 27:7 114:7

116:2
117:7,25
118:10,24
121:11
122:23

insured
121:12

insurer
24:23

intact  89:15
109:12

internal
46:14
113:8

Internet
43:23
44:1,9,19,
20  45:9
53:19

interrupted
62:20

introduce
4:10

invoices
26:20

involved
29:9

IP-DUO  23:18

irritability
21:12

island
54:17,20,
21,23
55:21

56:11
57:25
60:19
61:18
62:15,17,
18,25
63:21
74:17

issue  43:2
50:16
115:6

issues  41:8,
10 43:4
52:16,19
66:14 67:7

itemization
122:12

itemized
122:9,10

items  23:9
41:15

_____

J

_____

James  7:15

January
37:16
95:13
109:7
111:17
112:9
120:19
122:22

jazz  18:19

JC  53:22

jeans  58:22
59:10,14

Jessica  4:16
22:14
29:20
48:11
57:19 91:6
135:13

JGS  7:20

Jim  9:10
10:11
99:25
100:1

JMS  102:15,
20 103:10,
24

job  12:5
130:5

jobs  11:21

Joe's  12:6,7

Joseph
100:17
116:21

journal  24:7

journals
26:12

judge  55:6

judging
20:10

July  4:1,7
15:8

June  8:13
17:1,19

18:6,12
19:17

_____

K

_____

keeping  46:9
107:16

Kelly  109:8

key  132:5

kid  20:17
85:16

kids  59:11
60:25
74:23
88:15
90:22

kind  8:21
17:6 20:6
21:15 24:4
32:18 33:2
34:25
36:4,15
41:7 44:5
53:20,24
54:16,18
59:17
69:20
70:14
71:17
72:18,20,
23 76:15
77:13,15,
19 80:20
82:18
84:23,24
86:10,11

87:7,18,
22,24
88:12 89:2
97:12,20
98:1,4,8
99:3,23
101:9,25
102:21
103:10
104:3
105:25
108:11
110:3,13
112:20
113:12
114:23
120:3,5,
10,14,20,
23 126:23
127:2
128:25
131:19,25
132:15

**kinds** 104:18
116:24

**kitchen** 26:6
33:21
51:18
54:16,18,
25 56:3
57:25 58:3
59:22
61:2,18
62:7 63:20
74:20,22,
23 76:14
83:13

86:20 87:8
89:24 90:3
93:10
94:14
95:5,21

**knew** 50:20
100:14
104:10,18

**knob** 69:5,
12

**knocked** 89:2

**knowledge**
45:23
87:25
89:15
92:25
93:3,6
129:15,19,
20,23

**Kress** 4:13
5:8 6:22
13:13,16
22:14,17,
21,23 23:3
29:20 30:3
39:1
48:10,15,
18 57:16,
18 91:6,13
103:1
106:17
135:13,16

_____

_____
L
_____

**labeling**

32:14

**labels** 24:17

**Laminate**
61:23

**land** 82:22,
23

**landed** 88:21
89:3

**lap** 101:24

**laptop** 22:18

**laser** 25:5
105:23
114:7,8,
11,13,25
115:1,5,24
116:16
117:10
118:7,11
123:24
124:13

**law** 11:11

**lawsuit**
13:4,6
24:22
38:11
125:24
128:5,13

**lawsuits**
12:23,25
54:5

**lay** 5:18

**layers**
104:14

**laying** 81:7

**layout** 54:16

**LBS** 7:19

**leadership**
8:11

**learn** 50:3

**leave** 34:9
74:20
98:14

**Lee** 7:3

**left** 80:11
85:22,25
89:22,25
108:4
109:12
112:21
113:7,13
123:23

**left-handed**
71:10,11,
14

**legal** 11:10,
16

**legs** 84:3

**length** 60:24

**lessons**
18:7,11,14

**letters**
24:11

**level** 18:15
95:3

**Lewis** 4:16

**lid** 33:9,13
  43:9,14
  47:8,15,
  20,23,25
  66:12,15
  67:9,11
  68:7,11
  69:24
  70:5,22
  71:2,6,17
  72:7
  76:19,24
  78:15 79:5
  82:2,4,8,
  23 83:1
  88:10,16,
  23 89:14
  96:22,23
  97:7,10,12
  98:13,22,
  24 133:8,
  19 134:1
  135:4

**liens** 25:15,
  16,20

**lift** 71:17

**light** 62:25
  73:16,21
  74:4

**lighting**
  86:25

**lights** 63:4
  132:6

**limber**
  113:10

**limit** 113:23

**limited**
  45:23
  106:1
  107:13
  112:13,20
  125:11

**Lindie** 4:1,
  4,19,23
  7:1,3 22:8
  48:16
  57:16
  91:14
  135:21

**lined** 70:16

**lines** 120:7

**liquid** 67:4
  77:8,23
  91:1

**liquids**
  43:13

**list** 23:11,
  12

**literally**
  101:24

**lived** 7:6

**living** 7:8

**LLC** 11:7

**lobby** 100:10

**located** 12:7
  56:10

**location**
  83:23

**locations**
  19:14

**lock** 70:12,
  15 71:4,5
  99:2

**locked** 33:13
  47:25
  70:22
  71:2,6,18
  72:4,7
  97:12

**locking**
  71:17

**locks** 71:25

**long** 6:3
  7:6 33:17
  37:15
  58:24
  59:2,3,4
  61:20 63:3
  76:2 78:9,
  18,19,21
  81:3 86:23
  91:10,13
  100:25
  105:3,5,9
  113:12
  115:20
  127:16

**long-sleeve**
  59:6,7,17
  86:1

**longer** 29:11
  88:9 91:12

**looked** 23:12

  30:13
  40:14,20,
  23 44:8,9,
  18 67:13
  73:6 76:13
  78:24 79:3
  86:12
  89:22
  90:3,23,24
  93:21
  119:25
  125:13
  131:19

**Lord** 56:24

**loses** 17:14

**lot** 19:7
  21:4,14
  36:24
  37:11
  40:24 45:2
  75:12,14
  77:8,9,10
  78:20
  81:22 88:9
  113:4
  117:16,17
  120:21

**lots** 36:4

**loud** 62:22

———————

M

**mad** 104:3

**made** 22:2
  36:2 37:4,
  7,11,13

49:16
59:13
61:21 66:2
67:5 69:17
81:1
101:20
107:11
131:19

mail   97:19

main   95:3

maintained
  26:12

majority
  19:13
  125:19

make   11:5
  29:2 37:24
  40:16,22
  63:6 68:11
  69:6,15
  70:7 71:8,
  18,22
  72:3,23
  74:1 77:18
  78:21
  83:21
  99:18
  102:4
  112:25
  128:4
  133:14

makes   78:12

makeup   16:10
  17:3,10,
  12,13

20:20
21:1,9,10,
12,23,25
22:1,2

makeups
  21:20

making   37:1
  39:15
  40:21
  119:17
  122:14

malfunction
  129:25

manage   102:4
  108:8

manager
  11:2,3
  99:25

manual   27:12
  29:8,13
  30:5,18
  32:16
  34:13,21,
  24 38:4,6,
  10,16
  39:4,7,12,
  17,21
  40:3,10,
  14,19
  41:1,13,
  19,23
  42:18
  43:8,12,17
  45:12
  46:2,12
  47:13 48:4

53:1 73:6,
11 79:4,17
81:7,8,13
131:11,19
133:9,14,
20 134:2,
22

manually
  47:17

manuals
  52:22
  53:5,8

manufactured
  126:17
  129:17

manufacturer
  51:23

March   14:2,4
  118:2,12,
  14 119:8,
  14

mark   28:12
  49:1 57:12
  60:4 84:17

marked   28:15
  49:5 57:13

marketing
  44:6

marks   121:4

married   7:3

master's
  8:10

material
  61:21

materials
  23:16 29:4
  30:19

matter   4:5
  113:9

meaning
  42:10

meant   15:4

measurements
  61:17

meatloaf
  36:2

media   4:4
  27:22,25
  28:6,8
  43:23
  91:25 92:4
  126:12

medical
  10:14
  11:8,13
  23:21
  24:1,5,8,
  13 25:17,
  20 26:13,
  20 27:5,7
  28:18
  58:13 84:4
  99:6,8
  105:16
  106:7,23
  119:12
  121:16
  124:1
  130:4

medication
 24:17
 84:24
 108:11

medications
 101:22

medicine
 101:15,23

members
 49:25 51:5

memo  24:4

memory  42:21
 105:7

mentioned
 20:15

mentions
 54:5

mercy  56:24

messages
 27:23
 72:14,18
 74:5

met  101:12

middle  15:14
 54:17,23

mild  110:1

mind  91:6

mine  84:9,
 18 127:13
 130:14

mine's  99:22

minute  21:7

minutes
 67:25
 68:2,3
 74:9,21
 76:10
 77:25
 81:4,10
 91:11,20
 113:25
 114:2
 130:22

missed
 17:21,24
 47:22

mobility
 107:13
 112:13

mode  73:16,
 25 74:4
 75:17
 76:23

model  23:18

modeling
 63:6

modify  121:9

Moe's  12:6,7

mom  36:6

moment  65:15
 77:22
 80:12

Moments
 83:12

mommy  42:10,
 11

Monday
 109:12

month  35:23
 115:20

months
 115:15,20
 120:17
 127:10

morning  4:13
 5:12,13,14
 101:3,17
 102:15
 104:13

mother  31:8,
 12,24
 44:12

mother's
 32:1

motion
 112:21
 113:7,13

Mountain
 12:8

mouth  107:14

move  29:21
 79:7 88:11
 98:12,18

moved  67:17
 73:24
 92:18
 95:16
 113:2

movement
 88:13

moving  46:2
 64:9 69:12
 92:11

multiple
 19:14
 40:20
 46:23

multiplied
 64:23

Muscogee
 9:8,21

mushroom
 86:16

—————————

N

names  7:2,20
 10:10
 52:11
 103:16,21

national
 19:11

natural
 134:11

naturally
 47:17

necessarily
 117:5

neck  59:18,
 20 83:25
 85:21
 104:17
 105:1,11

needed  41:14
 76:12

87:19,23
101:9
102:3
106:8
107:19

negative
6:16 25:19
59:9 76:20
79:9 85:5
96:18

Neutrogena
110:20

news   53:18

newspaper
98:6

night   104:4
109:25
110:10

nightly
125:1

nodding   6:15

nods   13:24

noises   72:23
75:18

normal   20:17
71:4,5
75:20
76:17
77:18
96:20
112:3,10
113:1
132:21

notation

114:6

noted   106:22

notes   23:21
24:4,7
129:12
130:23

notice   4:24
22:4,7
23:7 28:13
33:1 68:6,
17 69:9
72:14 86:3
92:21

noticed
24:25
89:16
122:9

notices
25:16

November
118:15

number   8:1
14:14

nurse   117:16

nurses
103:17

nursing
103:19

───────────

O

───────────

objection
29:22,23
30:1

objections
5:3

observe
75:23

obvious
118:21

occurred
26:6
27:18,20
81:14,24
83:6,7,11,
18 90:10,
19 92:23

Odom   4:16,
22 5:9,11
6:20,24
8:3 13:12,
15,19,21
14:16
22:16,20,
22,25 23:6
28:12,17
29:23 30:4
38:24
39:2,3
48:6,12,
19,25 49:7
57:20,22
91:8,21
92:6
102:25
103:8
106:15,21
130:20,25
131:8
135:11,15,
17

offense
12:13

office   99:25
101:19
118:7

official
10:18,24

offset   64:4

ointment
84:23
109:18

older   120:9
130:11

oldest   90:18
91:3

online   38:16
44:22,25
54:3 128:2

open   43:10,
14 46:13,
17,22
47:9,15,
20,23,25
54:22
80:15
81:12,14
93:16
98:20
107:14
133:8,18

opened
30:24,25
33:1,8,14
93:21
94:15

opening
  47:3,17
  133:9,19
  134:1

option  101:5

order  13:17

orders  91:17

ordinary
  73:2 120:1

organization
  126:24

original
  31:16

out-of-pocket
  26:25

outlet  56:15
  61:6,9
  63:11,20,
  24 64:3

outlets  46:6

oven  84:16

overnight
  101:14

Owens  9:10
  10:11

owner's
  32:16
  41:13

——————————
            P
——————————

p.m.  48:20,
  23 91:25

92:4
103:3,6
131:3,6
135:22,24

PA  109:8

pack  64:24

package
  33:14
  64:20

packaged
  33:16

packaging
  27:11
  32:7,24

packed  98:2

packet  64:12

packets
  64:14,16

packing
  32:12
  97:23,25
  98:4

pages  23:8
  40:18,20

paid  115:25
  121:23
  123:3,4,16

pain  100:10
  101:11,15,
  23 102:4
  107:20,22
  108:9,11,
  23 109:1

pair  60:9

pandemic
  16:4,6

panel  60:16
  72:15,19
  76:6

pantry
  33:21,22
  34:4 55:15
  61:13
  76:15

pants  60:9

paper  90:25

paperwork
  114:6,7

paraprofession
al  9:7,12,
  18

part  9:25
  10:5 11:22
  20:7,16
  25:10
  40:21
  67:17
  68:21,22
  69:17
  85:10 86:4
  116:18,23

partially
  123:5,17

participate
  16:25
  27:25

participated

18:16
19:21
20:14

partis-  19:6

parts  40:10
  84:13 85:2
  125:12,14

passed  21:14

past  9:2
  51:10 66:3
  128:1

patience
  129:10

patients
  21:21

pavilion
  12:2

pay  53:4
  116:2

payment  27:5
  122:23

payments
  122:15,16

pediatrician
  99:15
  119:16

people  33:25
  53:19,21
  54:1
  101:16

percent
  65:17

Perfect

48:18 60:6

performed
  116:15

period
  110:11
  111:4
  113:16

permitted
  5:1

person  127:9

personal
  17:11
  47:14

personally
  36:11
  53:11,13,
  15

phone  25:11
  96:11,12
  99:25

photographs
  25:22 26:5
  27:16

photos  26:1,
  3,4

physician
  21:16
  25:24
  102:18
  103:13

physicians
  103:9

pick  116:12

picture  55:9
  56:24

pictures
  90:2 94:6,
  19 95:20,
  25 96:2
  97:16
  98:22,25
  114:17

piece  57:11
  63:5,6

Pine  12:8

pink  111:21

Pinterest
  36:23,24
  37:25 38:1
  49:22,23
  65:1

place  56:23
  70:15
  71:25 72:4

places  46:23
  111:12

plaintiff
  4:15 13:22
  22:8 23:22

planning
  16:21 91:5

plans  20:19
  27:4

plastic
  32:11 98:5

plateaued
  120:5,6,

10,14

play  15:20

plays  15:18

plug  63:18
  65:12
  72:25

plugged
  65:10,16
  72:10,13,
  22 81:24

pocket  116:1

point  17:17
  21:17
  29:5,20,24
  30:10,15
  47:9 59:22
  65:25
  66:15
  74:5,11
  77:1 78:14
  80:15
  92:7,14
  111:18
  112:9
  123:13

points  17:14

popped  83:1
  135:5

porch  56:4

portions
  114:15

position
  75:24
  135:8

positions
  9:16

possession
  23:10,15,
  22

possibly
  115:8
  124:17

posted
  126:12

posts  27:22

pot  23:18
  26:4
  27:12,17
  29:9 30:20
  31:2,13
  32:8,23
  33:3,8,20
  34:9,13,20
  35:1,4,12,
  15,20
  36:1,5,13,
  22 37:5,
  14,24
  38:7,14
  39:8,21,25
  41:6,8,11,
  18 42:1,3,
  7,8,14
  43:2,6,19,
  24 44:3,6,
  12 45:1,5,
  9 46:9
  47:7,24
  49:9,11,24
  50:1,3,15

51:13,17
53:12
54:5,9,12
56:9,13
60:15,19,
22 61:3,4,
13 63:11
65:3,10,
20,22
66:8,19,
21,25
67:7,22
68:8,16,25
69:25
70:25
71:16,18
72:10,14
73:4
75:16,18
76:11,18
77:1 78:1,
11 79:7
80:5,25
81:20,23
82:1,8,11
83:2,6,15,
18,20 85:3
88:10,11,
17 89:19
92:9,12,
15,17,22
93:2,5,8,
13,17,22
95:14,25
96:17,20
97:7,10
98:12
126:5,18

128:14
129:17,21
130:1
131:17
133:12

**potentially**
54:12

**Pots** 128:21

**poultry**
20:10
131:24

**pour** 42:7

**power** 73:1

**powered** 82:1

**practice**
52:25

**prefer** 6:22
22:13

**preference**
13:14

**pregnant**
8:16

**preparation**
26:16
28:18
40:15

**preparations**
46:18

**prepare** 24:7

**prepared**
28:22

**preparing**
112:12

**prescribed**
102:7
109:15

**prescription**
24:17

**present** 4:9

**press** 133:5

**pressed**
132:5
133:13
134:21

**pressing**
40:16

**pressure**
36:9,15,19
45:24
46:13,14,
17 47:16,
17,23 51:6
61:25 69:4
75:2 77:7,
9 79:10
89:13
101:8
124:18,21,
23 131:23
132:15,19,
20,23
134:10
135:8

**pressurized**
46:16,21
47:10

**pretty** 83:2
84:18 98:7

102:2
104:6
107:22
110:1
115:10
118:21
120:6,7
123:11
125:8

**prevent**
110:4

**previous**
15:12

**primary**
99:15
121:12

**principal**
8:25 9:1
15:2,5,6,
10,11,13

**prior** 9:4,6,
14 12:9
15:9 35:3,
19 36:5,10
40:7 41:11
43:5 44:1,
6,10 45:4,
7 47:1,6
49:24
51:5,12
52:8 67:6
68:5 69:3,
14 70:18
72:6,17
73:6 81:19
92:8,15

93:2,24
102:10
106:22
128:7

prioritized
104:6

privileged
127:21

pro   4:14

problem
57:21
72:20
75:15
91:21
102:25

problems
69:12 71:3
119:22

procedure
5:2
104:22,25
105:16,17
106:24
107:3,4
122:4

procedures
105:20,22
106:2,3
131:24

process
49:17
69:18
75:10
81:10 92:7
98:15

105:9
120:1
128:19

produce   23:9

produced
25:1

product
31:19 33:6
44:20 53:1

products
23:17
126:22

professional
106:7

prognosis
119:23

program   42:7
116:18

programmed
73:3 74:16
75:3

programming
73:7

promise   55:7
65:14

prompt   6:1

properly
68:12

protection
112:5
127:2

protective
13:16

provide
13:25 95:8

provided   8:1
14:14
23:23 24:3
25:23
26:22
96:13

provider
119:12

providers
24:13
103:18
124:1
130:4

providing
93:24

psychological
128:25

pull   22:11
58:23
92:14

pulled   84:2
95:24

purchase
31:12
91:16

purchased
31:24

purposes
4:25 5:1

push   42:9
46:15,20
65:4

67:16,20

pushed   39:15
67:12,16
85:13

pushing
65:13

put   34:1
35:15
60:5,18,24
61:7,11
62:3 64:4,
13 65:9,
11,15,21,
22 68:16
70:11
76:23
80:2,3,16
84:23
93:11
94:5,7,11,
18,23,24
95:14,21,
23 97:9,
17,18,20,
23,25
98:13,24
111:10
123:18

puts   111:9,
15

putting
65:19 70:5
76:18

**Q**

quantifying
  26:24

quarantine
  98:9

question
  5:4,25
  6:8,9,11
  12:12,15
  26:5  58:7
  62:14
  105:25
  108:10
  127:1

questioning
  49:1  131:9

questions
  5:22  29:2
  39:5  41:7,
  10,14
  129:13

quick  34:20
  42:20  48:7
  55:9  91:7
  100:8
  129:11
  134:11,17
  135:2

quickly
  23:13
  84:18
  104:6
  110:2
  121:15

**R**

rag  35:18

raised
  114:17,18,
  21  121:5,
  10

ran  90:25
  91:3

range  112:20
  113:7,13

re-ask  5:23

re-
epithelialized
  111:20

reach  63:12
  95:10

reaction
  111:2
  125:16

read  39:17,
  19,21  40:6
  41:22  44:2
  45:15  48:4
  52:22  53:1
  135:16

readable
  23:2

reading  6:21
  41:18
  43:8,12,17
  45:25
  128:2

reads  45:21

ready  65:13
  78:22
  80:11

real  9:9
  10:4  42:20

realize  86:6

Realtor  9:25

reason  17:8
  18:13
  40:21
  52:12
  75:25
  128:14

recall  19:4
  27:21
  29:12
  30:4,12
  32:14,18
  33:11
  34:12,18,
  25  37:21
  40:9
  42:19,25
  43:3,21
  44:5,25
  45:3,25
  46:8,10,
  19,24  50:5
  58:20
  66:14
  70:17
  72:13,16
  73:10,13,
  20  75:17
  76:3  78:3

79:2,16
  80:4
  81:13,19,
  21  86:9,11
  87:10
  88:12,14,
  15,20,23
  89:13
  92:8,17
  93:1,5
  102:21
  103:10
  108:25
  123:6
  133:25
  134:12

receipt
  31:21

receive
  18:22,24
  19:2  31:21
  53:1  84:4

received
  24:12  26:3
  31:2,15
  36:6  38:7,
  14  51:16
  52:21

receiving
  49:24

recent  51:11

recess  48:22
  92:2  103:5
  113:25
  131:5

recipe  34:16
  37:23 38:2
  49:21
  64:15 65:2
  66:3 67:6,
  19

recipes
  36:21,23
  37:21

recollection
  99:7 104:1
  105:6
  109:13
  112:7
  133:10

recommend
  124:22
  127:23

recommendation
  115:17,19

recommendation
s  104:1

recommended
  104:7
  105:23
  112:15,17
  113:17
  114:8,11
  118:7
  124:1,6,7,
  9,12,20
  129:4

recommends
  112:4

reconvene

48:14

record  4:10
  7:24 8:2
  14:10,15
  29:3
  48:21,24
  92:1,5
  103:1,4,7
  106:6
  111:19
  131:4,7
  135:23

records
  23:21
  28:18
  58:13
  105:16
  106:23

recovery
  119:23

rectangle
  54:18

red  84:17

REDACTED
  7:20

refer  13:10,
  21 134:5

reference
  29:21

referred
  19:18
  39:13

referring
  114:7

132:1

reflecting
  25:8 26:13

refresh
  42:21

regard  129:6

regular
  59:17 73:1
  76:16
  78:19
  96:11
  103:11
  108:3
  109:21

regularly
  129:3

regulatory
  126:24

reimbursement
  27:5,7

related  24:8
  25:17
  26:21
  27:23 44:2
  108:23

relating
  24:1 46:8

relation
  58:6 121:1

relearn
  113:3

release
  47:17 69:4
  79:11

89:13
  134:9,11,
  12,17
  135:2,8

released
  46:14
  47:16,24
  77:8 81:20

remain  95:6

remained
  95:7

remaining
  122:17
  123:7,21

remember
  6:13 8:10
  32:10,20
  33:10,12,
  13,15,17
  34:17,19,
  23 37:23
  40:5,6
  50:9,10
  51:1 55:10
  65:18,23,
  24,25
  67:2,12
  73:22
  75:11,12,
  14 77:16
  78:6 79:13
  84:10
  86:12 88:1
  89:6,9
  97:2,5
  98:6,15

102:17
103:15
127:7,12,
13,15,16
128:6
133:16

remodeling
87:8

remotely
5:20

removal
124:11,16

remove  78:14
79:4
98:13,22

removed
32:23
109:11

repairs
87:8,19,23

repeat  10:21

rephrase
5:23

replacement
104:11,19
124:16

reporter
4:11 6:5,
17 28:14
49:4

reports
28:21,24
54:5

requested
23:9

requests
21:19

reserved  5:5

reside  7:11
32:3

residential
10:6

residue  94:9
96:19

resistance
66:16 71:3

respect  27:9

responder
10:16,22

responses
25:1

responsive
23:14

responsiveness
5:5

Restaurant
12:6

result  87:8
129:1

resume
112:3,10

retrieved
95:8 97:6
98:11

returned

30:5

returning
20:19

reverse  8:21

review  26:16
28:17,21
29:7 40:3

reviewed
29:4

reviewing
44:5

Rhonda  32:2

rice  51:19
131:24
132:19

right-handed
71:10

rights  25:17

ripped  98:16

rolled  63:13
85:11

room  60:2
90:9,11,18
91:5 95:23
100:10
126:3

rotate  70:6

rough  9:15

roughly
57:24 96:2

round  59:19,
20

routine  81:6
119:21

rub  124:22

rubber  68:10

rubbing
125:4

ruined  59:15

rules  5:1,19

run  16:22

rural  119:5

S

S-T-E-A-M
19:25

safe  50:11,
15,16
78:14
133:8,19,
22 134:1

safety  40:22
41:18 43:6
47:24
50:16,25
71:24
126:23
128:15

sat  95:24
97:10 99:1

sauté  76:22,
23

save  57:16

scale  55:4

scared
  101:7,8

scarring
  120:2,15
  121:3
  124:17

school  8:5,
  24 9:2,8,
  21 11:22
  14:24,25
  15:1,7,14,
  16 19:22
  20:6
  113:25

science
  86:13

scratches
  33:2 92:23

screaming
  88:15
  90:22

screen  22:7,
  19 38:21,
  23 131:10

scroll  23:7
  39:4 132:3

scrolling
  132:22

search  54:4

season
  16:14,16,
  25 112:12

seated  68:11

second-
  53:14,17,
  20

section
  42:18
  133:9,19
  134:4

sections
  73:11

Security
  7:24 8:1
  14:14

select  75:2
  132:4,8,14

selected
  73:15 74:3

self-treatment
  84:7

send  57:18,
  19 116:16

sending
  13:19

sense  110:14

sensitive
  21:3,25
  110:20
  114:23

sensitivity
  21:6
  110:14
  114:24
  121:8

separate
  33:15

34:21,22
  65:20

serve  133:5

service
  126:8

set  61:13
  73:23
  92:19
  133:11

setting
  49:14,15
  65:7,13
  67:12,15,
  16,21,24
  74:12
  75:2,4,5
  78:2,3
  81:9
  132:21

settings
  40:8,11,16
  65:2,14
  73:12 75:8
  78:2,23

shaking  6:15

share  22:6,
  18,20
  38:20,22
  131:10

shared  24:14

she'd  114:2

She'll
  14:23,25

shelf  32:10

33:21
  34:2,6
  93:12 95:9

Shield  24:23
  117:8

Shiloh  32:4,
  5

shirt  90:22
  107:12
  111:15,16
  125:16

shirts  59:12

shopping
  44:22,25

short  59:2

short-sleeve
  60:8

shorter
  60:12,13

shortly
  29:14
  130:11

shots  124:19

shoulder
  85:22,23,
  24,25
  107:13
  112:14,22
  113:7,13
  114:18
  115:1,6
  116:4
  121:5

showed
  94:14,15
  97:9

shut  66:12
  70:1

side  55:1
  63:22,24
  64:5  74:16

sides  80:8

sign  57:11
  135:16

Signal  7:5

signed  15:22

significantly
  125:18

signing  6:21

signs  106:23

silicone
  69:20
  124:19

similar
  38:13
  49:16,17
  51:7

singing
  19:23

sink  55:25
  90:25

sit  53:10
  99:2

sitting
  34:6,7
  55:1  56:14

81:15
97:14,15

ski  12:2

skin  17:7
  21:2,3,4,
  17,25  85:2
  91:2
  104:11,14,
  19,22
  105:20,21
  106:1
  111:22
  112:14
  113:10
  114:14
  115:9
  124:16

slack  63:15

sleep  70:4

sleeve  58:24
  59:2,3,4

sleeves  84:2
  85:11

slid  63:17

slow  51:18

slowly
  118:20

slung  90:22

small  97:4

smaller
  19:12

smoothly
  5:21

Snyder  4:1,
  5,19,23
  5:13  6:24
  7:1,15
  10:15
  13:23  22:8
  23:11
  26:17  48:8
  49:7  54:14
  91:11  92:6
  103:8
  131:8
  135:17,21

soap  35:14

social  7:23
  8:1  14:9,
  14  27:22,
  25  28:5,8
  43:23
  126:12

soft  111:21

solid  73:21

son  8:15
  59:21  60:7
  83:9  90:9,
  12,22
  130:8

son's  125:5

Sonya  127:24

sound  31:3
  58:15
  77:18,19
  78:12  81:1
  106:11,25
  109:13

116:17
118:3
121:24
122:7,25

sounded
  115:18

sounds  77:13
  105:15

soup  40:8,
  11,12
  49:15
  65:4,7
  67:15,16,
  20,24
  73:12,15
  74:1  81:17
  131:20,24
  132:5

soups  36:2
  49:12
  134:15

spaces  54:19

speak  6:7
  53:25
  54:24

speaking
  10:20

special  53:4

specialist
  8:11  21:15
  25:7

specific
  21:16
  40:17

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020
Index: specifically..stop

50:16
98:10
102:17
111:12
129:16

**specifically**
17:3
21:21,24
67:3 79:2,
16 119:18
131:18

**specifications**
129:18

**spell** 10:12

**spending**
27:8

**SPF** 110:22

**spilled** 46:4
86:10

**splashing**
84:7

**sports**
15:18,20
19:17

**spot** 61:7,9

**spots** 84:21,
24 86:22

**SPS** 4:5
7:19
13:11,22
14:1,16
18:5 19:16
20:19
21:20

23:22
24:12,17
26:3 27:6
28:5 29:15
30:2 56:21
58:6 59:5
60:12
82:13 83:5
90:8,12,23
100:22
101:6,22
102:9
103:13
104:2
106:2
107:2
109:6
119:8
128:24
130:7

**SPS's** 15:17
24:1,5,8
25:24
26:13,21
27:24
28:17
85:17
99:6,15
100:6
118:1
120:2,25
121:11
123:25
126:22
130:3

**square** 60:5

**staff** 91:17

103:19

**stand** 42:13
58:10

**standard**
58:1,2
129:22

**standing**
42:10
56:18,21
57:3 60:2
63:25 82:4

**start** 6:9
34:20
65:13
81:10
112:12

**started** 8:7
49:1 67:18
71:21 74:6
75:10
76:2,5
121:6

**state** 6:25
8:7

**stated** 29:25

**statement**
122:10

**statements**
26:20

**statutory**
25:15

**stay** 113:17

**stayed**
101:19

**steam** 19:21,
25 20:1,4,
7 77:10
79:10
81:20

**Steinwachs**
99:19
100:1,2,5,
11,23
101:6,12,
21 102:7
119:16,21
121:19,20,
21,23
125:7,21,
22 130:13

**Steinwachs'**
99:25

**Steinwachs's**
101:19

**STEM** 19:25

**stemming**
24:13

**step** 57:4
82:19,20

**stepping**
45:11

**steps** 81:9
131:20

**stop** 16:9
17:16
18:11
50:25
133:6

stopped
  16:13 18:5
  91:2 99:21
  118:17
  120:24

store  33:19,
  24 99:22
  128:20
  130:14,18

stored  33:24

stories  51:9
  53:14,18

story  94:25
  95:1,2

stove  55:19

stovetop
  36:9,19
  50:18 51:7

straight
  64:6
  101:14
  118:16

stretching
  63:14

strike  29:21

striking
  30:1

structural
  87:23

stuff  20:17
  65:16
  91:18
  101:11

style  50:18

Styrofoam
  32:12

subject
  24:13
  25:25

subrogation
  25:16

substitute
  9:1

succession
  120:4

suffer  17:14

suggest  91:9

summary  8:3

summer  15:23
  16:1,17,
  18,19
  19:19 50:7
  111:7
  121:6

sun  107:16
  110:1,10
  111:9
  112:4,16,
  18 113:17

sunburn
  84:18
  125:14

sunscreen
  110:14,18
  112:4
  113:20
  114:1

Supermarket
  130:19

supervise
  42:15

supervision
  42:4

support
  129:16,21

supposed
  35:17 69:7
  73:23
  75:22
  107:14

surely  89:5

surgeries
  117:18

surgery
  100:24
  125:10

surgical
  106:2
  124:11

swear  4:11

swim  15:19

Swiss  64:12,
  15,16,20
  66:4

switch  99:5

swollen
  104:12

sworn  4:20

symptoms
  106:24

System  9:2

_____

T

t-shirt
  59:6,7
  60:8 86:1

table  6:1
  42:24
  43:1,3
  51:10
  55:1,13
  95:23,24
  96:1

taking  6:5
  18:11
  84:16 90:2
  94:16
  98:16,25

talk  20:25
  27:15
  54:14 99:6
  103:16
  129:3

talked  18:5
  50:11,23
  100:1
  103:20
  117:17
  124:13
  127:9

talking
  50:10,14,
  15 63:10
  71:22
  100:23

101:6,11
112:21
116:3
117:15
119:1
131:16

tall  58:8,
  17 60:10
  62:6,19
  82:11

tea  49:12,
  13,14,22

teacher  9:1

team  16:8
  17:9,13,16
  18:17,25
  19:2 20:16

teams  15:20

tears  68:18

teas  37:11

technically
  15:8

tells  67:15
  68:21 70:9
  79:19

ten  7:20
  14:18
  60:13
  62:11,23
  96:7,8
  113:24
  114:2

terms  52:17
  66:24

100:12
115:13
120:2,14
125:5
130:6

terrible
  103:21

testified
  4:21 12:18

therapy
  129:5

thickness
  111:21

thing  44:21
  50:12
  52:13
  53:24 59:1
  66:4 76:15
  77:7
  101:3,17
  124:21
  134:19

things  16:1,
  21 20:7
  25:5 30:21
  35:25
  36:4,22
  39:15 42:7
  49:8
  50:23,25
  51:19
  53:16
  58:11 65:3
  67:14,18
  69:18
  70:18

71:21,24
74:17
78:23 79:1
81:22 84:3
87:11
104:18
113:4
116:24

thinking
  62:22 89:4
  91:11 97:5

thirdhand
  53:14,17

thought
  77:12

three-day
  87:15

three-fourths
  66:22

three-quarters
  66:20

threw  30:17,
  24

tied  98:17

tight  112:14

till  10:3

time  4:7
  5:6,24
  9:9,15,25
  10:5,19
  14:13
  16:23 17:2
  18:12 19:8
  21:13,14

23:19
29:12
33:18
36:4,25
37:10,13
38:2
39:10,13,
14,24
40:18,23
42:12
48:20,23
50:12
51:2,5
56:10
58:4,14,21
60:7,10,
13,16,22
61:25 66:3
67:19
68:3,5,13,
14,16
69:6,19
71:16,20
74:12,21,
22 75:9,
14,20
76:7,8,13
78:5,9
79:8,11,14
80:17,21,
25 81:2,
11,17,18
82:14
83:11
86:23
88:24
90:16
91:20,25

92:4 93:20
94:20
100:22
103:3,6,13
104:12
105:2,3,4
107:6
108:25
109:24,25
110:24
111:5
112:11
113:11
114:19,20
116:7,8,13
117:12,16,
18 118:5,9
119:17
121:7
124:24,25
125:2
126:5
130:12
131:3,6
132:8,9,
10,12,13
133:10,23
134:13
135:18,22

timer  68:1
74:7 77:6

times  20:22
35:22,23
37:9 40:19
77:8 78:20
79:1
119:20

timing  67:23

timings  65:3

tipped  88:12
92:18

today  5:13
26:17
28:19,25
53:10
135:18

Today's  4:7

told  53:19
79:12
127:23
129:24

tolerance
107:22

tolerated
105:17
115:9,21
116:10

top  50:21
58:5 59:16
63:16
66:24 67:1
76:24
77:21,22
79:22
80:6,19
81:2
82:11,22
83:1 85:9,
23 97:7,
10,14,15
98:17
99:1,3

tops  85:9

total  52:5
122:4,22
123:21

totality
11:20

totally  66:1

touch  60:25
134:16,20

touched
77:22
79:22,25
80:12,20,
24 84:15
95:16
133:12

touches  17:6

touching
80:21
92:8,11

tough  113:19

towel  90:25

training
10:14,25
11:8,10,
14,16

trash  93:10
97:22

treat  110:7
125:9

treated
114:20
125:6,7,20

treatment
24:9 25:5
26:13 84:4
101:22
104:8
112:22
114:8,11,
13,25
115:1,13,
15 116:1,
3,4,11,16
118:7,11
119:9,22
123:25
124:1,18,
19,21
128:25
129:5

treatments
25:13
104:16
105:24
115:5,11,
24 116:5
117:11
124:14

trial  12:18

triangle
56:21

triangles
70:13

trophies
18:24

troubleshootin
g  42:17,23
43:1

S.P.S. vs INSTANT BRANDS, INC., ET AL.
Lindie Snyder on 07/23/2020                    Index: Troy..versus

Troy  8:8,11

trunk  109:11

trusted
  41:20

turn  70:9,
  11 134:18

turned  27:2
  135:7

TV  86:13

Twitter  28:3

type  17:3
  20:4,8
  44:21
  110:18

types  35:25
  49:8 106:2

typical
  52:25

typically
  33:19
  35:25
  36:21
  40:15
  44:24
  53:4,7
  60:18 62:3
  65:11,18
  71:19 81:6

———————

U

U-X-A-H  11:7

uh-huh  6:15
  9:14 22:9

56:7 60:20
63:22
64:22
66:13
73:18
87:20 88:8
90:7 109:9
115:16
117:9
131:13
133:21

un  86:14

unable  17:4,
  5,8 21:1

undergo
  100:24

undergone
  119:9

underneath
  61:25 62:4

understand
  5:22 41:3
  43:9,13,18
  47:5 106:7

understanding
  16:7 31:2,
  18 36:25
  59:21
  80:18
  88:16 95:6
  100:16
  104:21
  105:10,13,
  18 115:12
  117:21

121:18
123:20
126:16,19
132:11

understood
  14:8 40:25
  46:25 47:8
  116:6
  119:7

underwent
  104:22
  106:2

unit  46:13
  100:8
  117:1

University
  8:7,8,12

unlike  86:14

unusual  33:3
  66:16 68:6
  75:18

user  27:11
  29:8,13
  30:5,18
  34:12,21,
  24 38:4,6,
  9,16 39:4,
  7,12,17
  40:3,10,
  14,19
  41:1,19,22
  42:18
  43:8,12,17
  45:11 46:2
  48:4 51:14

52:22
53:1,5,8
73:6,11
79:4,17
81:13
131:11,19
134:1,22

Uxah  11:7

———————

V

V-NECK  59:18

V2  23:18

valve  47:15,
  18 48:1
  69:4,15,21
  75:23 76:3
  77:7 78:17
  79:20
  89:13
  97:2,3

vent  79:10

vented  78:14

venting
  134:15,17
  135:8

venture
  121:6

verbally
  6:14

version  39:7

versus  4:5
  18:25
  104:17

vice  4:14

video  96:16

videos  26:5
27:16,23
43:22 45:8

visit  111:18
114:5

visits
119:21

voicemails
118:19

volcano
86:13

———————

W

———————

waist  58:3

wait  78:15,
16,21
100:10
115:14
133:16

waited
101:14

waiting
91:18
118:18

waived  5:3

walk  65:8
83:10
128:20

walk-in
33:22

walked  83:13

wall  8:17

Walmart  45:3

wanted
40:21,22
44:20
107:23

warm  35:18
78:2,6
132:24
133:6

warm/cancel
133:6,11
134:22

warning
46:3,8
77:17

warnings
41:1 53:5,
7

watch  43:22

watched
125:8

watching
42:11
119:17

water  35:16
64:13,15,
17,23 66:5

ways  65:24
85:13

wear  16:10
17:4,5,6,

10,12,13
20:20
21:1,9,10
59:11
111:3
112:4
113:20
114:1

wearing
58:20,22
59:5,8,10,
14 60:7,8
111:15

wears  21:5,
12

website
45:5,9

week  35:23
40:1

weeks
108:15,20
109:4
113:14
127:10

weird  86:18
106:15

weird-shaped
98:2

Wellstar
122:2

whichever
80:10

wide  61:19
107:14

Williamson
127:24

window  54:25
102:24

wipe  90:25

wiping  91:2

wires  97:4

witnesses
130:6

wooden  63:5

word  39:18
46:3
111:20
128:13

wording  41:3
51:1

wore  111:6
113:22

work  42:8
48:16
109:22

worked  9:9
10:4,7
11:23 12:1

working  8:23
9:11,25
67:18
74:24
123:10

works  48:15
111:2

worried  85:1

**worries**
  103:22
  106:21

**worry**  50:24

**write-off**
  122:5,24

**writing**
  25:12
  117:13

**written**
  34:25

---

Y

---

**yank**  125:16

**year**  15:7,
  12  35:21
  37:17 67:6
  93:23
  95:7,15
  112:16,18
  113:16,21
  118:15
  120:20

**years**  7:7
  8:9,24
  9:3,8,11
  14:19
  15:15
  51:10

**younger**
  42:11

---

Z

---

**zip-up**  59:1